16-0642

**FILED**

DEC 1 5 2016

Clerk, U.S. District and Bankruptcy Courts

Certificate Number: 12459-DC-CC-028496356



12459-DC-CC-028496356

# CERTIFICATE OF COUNSELING

I CERTIFY that on December 15, 2016, at 8:27 o'clock AM PST, William Haymore Brammer, Jr. received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Columbia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   December 15, 2016              By:     /s/Sarah Rowe

                                        Name:   Sarah Rowe

                                        Title:  Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).