IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 2 8 2016
Clerk, U.S. District and
Bankruptcy Courts

In re:                                      )   Case No. 16-00642
                                            )
William Haymore Brammer, Jr.,               )   Chapter 13
                         Debtor             )
                                            )   Judge S. Martin Teel, Jr.
                                            )

### DEBTOR'S MOTION TO FOR ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES OTHER DOCUMENTS, AND INFORMATION REQUIRED UNDER 11 U.S.C. § 521(a)(1) AND TO CONTINUE MEETING OF CREDITORS AND CONFIRMATION HEARING ACCORDINGLY

Debtor William H. Brammer, Jr., respectfully represents:

1. Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code on December 15, 2016.

2. Debtor's petition was prepared and filed in an expedited manner to stop a pending order of foreclosure of Debtor's home. Debtor was therefore unable to gather all necessary documents for completing the Chapter 13 schedules, statement of financial affairs, plan, and other information and documents required under section 521(a)(1) when the petition was filed.

3. Shortly after Debtor filed his Chapter 13 Petition for Bankruptcy, Debtor's wife labored and delivered their daughter. Wife and daughter have only just come home from the hospital as of the date of this motion and Debtor has not had the opportunity to gather necessary information and prepare the required schedules and other documents as required and will have little time in the next few weeks as Debtor and family adjust to care necessary for the new infant daughter.

4. It is requested that the Court grant Debtor an addition period of thirty (30) to forty-five (45) days, pursuant to 11 U.S.C. §§ 521(i)(3) and Rules 1007(c) and 3015(b) of the Federal Rules of Bankruptcy Procedure, so that Debtor may prepare and submit the necessary forms and information.

5. No prior requests for extensions or continuances have been made in this matter. This motion is not made for the purposes of delay and no creditor will suffer any prejudice if Debtor is granted an extension of time.

6. Pursuant to Local Rule 5007-1, Debtor contacted the Chapter 13 Trustee for her consent. The Trustee's staff reported that she is out of town and will note the case file accordingly.

**WHEREFORE**, Debtor request that this Court grant him an extension of time of not less than thirty (30) to forty-five (45) in which to file his Chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, Chapter 13 plan, and all other information and forms required by 11 U.S.C. 521(a)(1).

Date: December 28, 2016          Respectfully Submitted

*[signature]*

William H. Brammer, Jr.
107 7th Street SE
Washington, DC 20003
whbrammerjr@gmail.com
T: (202) 841-3859
F: (202) 517-9134

*Debtor Pro Se*

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Motion was sent on the 28th day of December 2016, by first class mail to the following.

Nancy L. Spencer Grigsby
185 Admiral Cochrane Drive
Ste. 240
Annapolis, MD 21401
T: (301) 805-4700
F: (301) 805-9577
*Chapter 13 Trustee*

Kenneth R. Savitz, Esq.
ROSENBERG & ASSOCIATES, LLC
8601 Westwood Center Drive, Suite 255
Vienna, VA 22182
Telephone: 301.907.8000
Facsimile: 301.907.8101
*Attorneys for Creditor Wilmington Savings Fund Society*

Capitol One
PO Box 30285
Salt Lake City, UT 84130-0285
*Unsecured Creditor*

William H. Brammer, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 16-00642 |
| William Haymore Brammer, Jr., | ) | |
| Debtor | ) | Chapter 13 |
| | ) | |
| | ) | Judge S. Martin Teel, Jr. |
| | ) | |

**ORDER GRANTING DEBTOR'S MOTION FOR ADDITIONAL TIME TO FILE CHAPTER 13 SCHEDULES OTHER DOCUMENTS, AND INFORMATION REQUIRED UNDER 11 U.S.C. § 521(a)(1) AND TO CONTINUE MEETING OF CREDITORS AND CONFIRMATION HEARING ACCORDINGLY**

It is ORDERED that upon consideration of Debtor's Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required under Section 521(a)(1), that Debtor's Motion is GRANTED. Debtor shall have until _____, 2017, to file his Chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521 (a)(1) and that the scheduled Meeting of Creditors and Confirmation Hearing dates shall be reset accordingly.

Date: _____

_____
S. Martin Teel
U.S. Bankruptcy Judge