IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re: )
) Case No. 16-00642
William Haymore Brammer, Jr., )
                        Debtor ) Chapter 13
)
) Judge S. Martin Teel, Jr.
)

**ORDER GRANTING DEBTOR'S MOTION FOR ADDITIONAL TIME TO FILE
CHAPTER 13 SCHEDULES OTHER DOCUMENTS, AND INFORMATION
REQUIRED UNDER 11 U.S.C. § 521(a)(1) AND TO CONTINUE MEETING OF
CREDITORS AND CONFIRMATION HEARING ACCORDINGLY**

It is ORDERED that upon consideration of Debtor's Motion for Additional Time to File Chapter 13 Schedules, Other Documents and Information Required under Section 521(a)(1), that Debtor's Motion is GRANTED. Debtor shall have until _____, 2017, to file his Chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521 (a)(1) and that the scheduled Meeting of Creditors and Confirmation Hearing dates shall be reset accordingly.

Date: _____

                                                                                              _____
                                                                                              S. Martin Teel
                                                                                              U.S. Bankruptcy Judge