The order below is hereby signed.

Signed: December 30 2016



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re ) | |
| ) | |
| WILLIAM HAYMORE BRAMMER, JR.,  ) | Case No. 16-00642 |
| ) | (Chapter 13) |
| Debtor.  ) | |

## ORDER

Pursuant to the debtor's motion, it is

ORDERED that the court enlarges to January 27, 2017, the deadline for the debtor to file his Chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521 (a)(1).  It is further

ORDERED that the meeting of creditors is continued to February 10, 2017, at 2:00 p.m. and the confirmation hearing is continued to March 24, 2017, at 09:30 a.m.

[Signed and dated above.]

Copies to: All entities on BNC mailing list.

R:\Common\TeelSM\Judge Temp Docs\Brammer (William) - Enlarge Time.wpd