The order below is hereby signed.

Signed: December 30 2016



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| WILLIAM HAYMORE BRAMMER, JR., | ) | Case No. 16-00642 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

### ORDER

Pursuant to the debtor's motion, it is

ORDERED that the court enlarges to January 27, 2017, the deadline for the debtor to file his Chapter 13 schedules, statement of affairs, payment advices, statement of current monthly income and disposable income calculation, chapter 13 plan, and all other information and forms required by 11 U.S.C. § 521 (a)(1).  It is further

ORDERED that the meeting of creditors is continued to February 10, 2017, at 2:00 p.m. and the confirmation hearing is continued to March 24, 2017, at 09:30 a.m.

[Signed and dated above.]

Copies to: All entities on BNC mailing list.

R:\Common\TeelSMT\Judge Temp Docs\Brammer (William) - Enlarge Time.wpd

```
                            United States Bankruptcy Court
                                 District of Columbia
```

In re:                                                              Case No. 16-00642-smt
William Haymore Brammer, Jr.                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1         User: plopez              Page 1 of 1              Date Rcvd: Dec 30, 2016
                             Form ID: pdf001           Total Noticed: 11

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2017.
db             +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213
smg             Child Support Services Division,    Office of the Attorney General,
                 Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg            +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
                 Washington, DC 20019-3540
smg            +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
                 441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg             Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC  20220-0001
smg             U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
                 4th Floor,    Washington, DC  20001-2733
691761          Capital One,    PO Box 30285,    Salt Lake city, UT 84130-0285
691760         +Wilmington Savings Fund Society,    c/o Rosenberg & Associates LLC,
                 8601 Westwood Center Drive Ste.255,    Vienna, VA 22182-2287
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: angela.coleman@dc.gov Dec 30 2016 22:52:02     D.C. Office of Tax and Revenue,
                 Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
smg             E-mail/Text: cio.bncmail@irs.gov Dec 30 2016 22:52:01     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA  19101-7346
smg             E-mail/Text: atlreorg@sec.gov Dec 30 2016 22:52:03     Securities and Exchange Commission,
                 Office of Reorganization,    950 East Paces Ferry Road, Ste. 900,    Atlanta, GA  30326-1382
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2016 at the address(es) listed below:
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 2
```