IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |

## NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1.  Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

    /s/ Mark D. Meyer, Esq.
    Mark D. Meyer, Esq.
    DC Bar 475552

    Rosenberg & Associates, LLC
    4340 East West Highway, Suite 600
    Bethesda, MD 20814
    (301) 907-8000

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on January 6, 2017, a copy of the foregoing Line Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

| | |
|---|---|
| William H. Brammer, Jr.<br>107 7th Street, SE<br>Washington, DC 20003 | Nancy Spencer Grigsby, Trustee<br>185 Admiral Cochrane Drive, Suite 240<br>Annapolis, MD 21401 |

,

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  59218

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218