OFLCH13 (12/15)



In Re: **William Haymore Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **16–00642**
Chapter: **13**

### ORDER TO FILE MISSING DOCUMENTS
=====================================

The following documents required by 11 U.S.C. § 521(a)(1)[1] and Fed. R. Bankr. P. 1007 have not yet been filed:

| | | | |
|---|---|---|---|
| ☑ | Schedules A/B–J (Official Form 106 for individuals or 206 for non–individuals)[2] | ☑ | Statement of Your Financial Affairs (Official Form 107 for individuals or 207 for non–individuals) |
| ☑ | Copies of All Payment Advices or Other Evidences of Payment/Statement That No Evidence of Payment Exists[3] | ☑ | Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C–1) |
| ☑ | Chapter 13 Plan | | |

The petition date in this case was 12/15/16 . Accordingly, the missing documents indicated above were due by 01/27/2017 pursuant to Fed. R. Bankr. P. 1007. It is therefore

ORDERED that the missing documents indicated above be filed by 02/13/2017. **Failure to file the missing documents within fourteen (14) days of the entry of this order may result in dismissal of this case.**[4]

Copies to: Debtor(s); Attorney for the Debtor(s) (if any).

_____

[1] Section 521 of the Bankruptcy Code lists the general duties of the debtor(s) in this case, including the duties of the debtor(s) to file certain specified documents. See 11 U.S.C. § 521(a). If any documents required by § 521(a)(1) are not filed within forty–five (45) days of the petition date, § 521(i) requires that the case be treated as having been dismissed automatically on the forty–sixth day after the filing date (with one exception that is generally unavailable). Section § 521(i)(3) permits extension of the deadlines set forth in § 521(i)(1) by an additional forty–five (45) days upon request of the debtor. The request must be made before the initial forty–five (45) day period expires and generally will be awarded only where there are extraordinary circumstances warranting relief. *If the point is reached that § 521(i) requires automatic dismissal, the court may, without further notice, issue an order reciting that the case has been automatically dismissed.*

[2] All Official Forms are available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html. If schedules D or E/F are filed after the mailing matrix and list of creditors are filed, the debtor(s) must file either an amended mailing matrix and list of creditors or a certification that no changes have been made to the mailing matrix. Finally, the debtor(s) must pay a $30.00 fee if the schedules require the filing of an amended mailing matrix and list of creditors to add or delete a creditor.

[3] A debtor who has received no payment advices or other evidence of payment from an employer within the sixty (60) days preceding the filing of the petition may satisfy the requirements of § 521(a)(1)(B)(iv) by filing a statement to that effect on the court's docket.

[4] Although this order sets a date for filing after which the court may consider dismissing this case if the documents are not filed, this order **does not** grant an extension to the deadline set by the Bankruptcy Rules for filing any of the documents. To obtain an extension of time, the debtor must file a motion under Rule 9006 showing excusable neglect that justifies enlarging the filing deadline, accompanied by a proposed order with a 4" margin at the top.

For the Court:
Clerk of the Court

Dated: 1/30/17

By:
pl