Fill in this information to identify your case and this filing:

Debtor 1     William         Haymore         Brammer, Jr.
             First Name      Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name   Middle Name    Last Name

United States Bankruptcy Court for the District of Columbia

Case number   16-0042

FILED
JAN 30 2017
Clerk, U.S. District and Bankruptcy Courts

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property                                                                                   12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No  Go to Part 2
☑ Yes Where is the property?

1 1  **107 7th Street SE**
Street address, if available, or other description

Washington    DC    20003
City          State ZIP Code

Not Applicable
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D Creditors Who Have Claims Secured by Property.

Current value of the entire property?   Current value of the portion you own?
$ 819,954.00                             $         0.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

Fee Simple

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here

1 2  _____
Street address, if available, or other description

_____
City          State ZIP Code

_____
County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D Creditors Who Have Claims Secured by Property

Current value of the entire property?   Current value of the portion you own?
$ _____                                $ _____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B                    Schedule A/B: Property                                    page 1

Debtor 1  William Haymore Brammer, Jr.                Case number (if known) 16-0042
         First Name  Middle Name  Last Name

1.3 _____
    Street address, if available, or other description

    _____

    _____
    City            State    ZIP Code

    _____
    County

**What is the property?** Check all that apply
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____                                  $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
_____

☐ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ..................... ......... ........... .......... ⟶ $ **0.00**

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G Executory Contracts and Unexpired Leases*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

3.1 Make           Landrover
    Model          Discovery II
    Year           2000
    Approximate mileage  150,000
    Other information
    Car has accident damage.

**Who has an interest in the property?** Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions Put the amount of any secured claims on *Schedule D. Creditors Who Have Claims Secured by Property*

**Current value of the entire property?**    **Current value of the portion you own?**
$ 462.00                                      $ 462.00

If you own or have more than one, describe here

3.2 Make           _____
    Model          _____
    Year           _____
    Approximate mileage  _____
    Other information

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D. Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**
$_____                                  $_____

Official Form 106A/B                    Schedule A/B: Property                    page 2

Debtor 1  William  Haymore  Brammer, Jr.    Case number (if known) 16-0042
         First Name  Middle Name  Last Name

3.3  Make _____
     Model _____
     Year _____
     Approximate mileage _____
     Other information

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

3.4  Make _____
     Model _____
     Year _____
     Approximate mileage _____
     Other information

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D. Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

4.1  Make _____
     Model _____
     Year _____
     Other information

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions Put the amount of any secured claims on *Schedule D. Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

If you own or have more than one, list here

4.2  Make _____
     Model _____
     Year _____
     Other information

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D Creditors Who Have Claims Secured by Property*

Current value of the entire property?    Current value of the portion you own?

$_____    $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**  →  $ **462.00**

Official Form 106A/B    Schedule A/B: Property    page 3

| Debtor 1 | William | Haymore | Brammer, Jr | Case number (if known) 16-0042 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

6. **Household goods and furnishings**
   *Examples* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes  Describe   Washer, dryer, refrigerator, sofa, bedroom set, desk, dining set          $ 2,500.00

7. **Electronics**
   *Examples.* Televisions and radios, audio, video, stereo, and digital equipment, computers, printers, scanners, music collections, electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes  Describe   TV, stereo, cell phone, printer (for work), CDs, Albums          $ 1,000.00

8. **Collectibles of value**
   *Examples.* Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes  Describe                                                                         $

9. **Equipment for sports and hobbies**
   *Examples* Sports, photographic, exercise, and other hobby equipment, bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools, musical instruments
   ☐ No
   ☑ Yes  Describe   Backpacking equipment          $ 600.00

10. **Firearms**
    *Examples* Pistols, rifles, shotguns, ammunition, and related equipment
    ☐ No
    ☑ Yes  Describe   Shotgun, rifle          $ 400.00

11. **Clothes**
    *Examples* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes  Describe   Jeans, suits, hiking boots, shirts, ties, shorts          $

12. **Jewelry**
    Examples Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes  Describe   wedding ring          $ 500.00

13. **Non-farm animals**
    *Examples* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes  Describe   One dog (mutt), one cat (from shelter)          $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes  Give specific information          $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**    →   $ 5,000.00

Official Form 106A/B                Schedule A/B: Property                page 4

Debtor 1    William    Haymore    Brammer, Jr.    Case number (if known) 16-0042
           First Name   Middle Name   Last Name

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
Examples. Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes                                                                           Cash    $         100.00

**17. Deposits of money**
Examples  Checking, savings, or other financial accounts, certificates of deposit, shares in credit unions, brokerage houses, and other similar institutions  If you have multiple accounts with the same institution, list each

☐ No
☑ Yes

Institution name

| | | |
|---|---|---|
| 17 1 Checking account | CitiBank Business Checking | $ 4,500.00 |
| 17 2 Checking account | | $ |
| 17 3 Savings account | | $ |
| 17 4 Savings account | | $ |
| 17 5 Certificates of deposit | | $ |
| 17 6 Other financial account | DC Bar IOLTA Trust Account - CitiBank | $ 462.00 |
| 17 7 Other financial account | | $ |
| 17 8 Other financial account | | $ |
| 17 9 Other financial account | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
Examples  Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes    Institution or issuer name

                                                                                          $
                                                                                          $
                                                                                          $

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No              Name of entity                              % of ownership
☐ Yes  Give specific    New Columbia Law Group PLLC            10,000%  %      $
       information about                                       0%       %      $
       them                                                    0%       %      $

Official Form 106A/B                Schedule A/B: Property                        page 5

Debtor 1   William (First Name)   Haymore (Middle Name)   Brammer, Jr. (Last Name)        Case number (if known) 16-0042

### 20. Government and corporate bonds and other negotiable and non-negotiable instruments

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them

☑ No
☐ Yes  Give specific information about them

Issuer name

$_____
$_____
$_____

### 21. Retirement or pension accounts

*Examples* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes  List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan | | $_____ |
| Pension plan | | $_____ |
| IRA | | $_____ |
| Retirement account | | $_____ |
| Keogh | | $_____ |
| Additional account | | $_____ |
| Additional account | | $_____ |

### 22. Security deposits and prepayments

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes

| | Institution name or individual | |
|---|---|---|
| Electric | | $_____ |
| Gas | | $_____ |
| Heating oil | | $_____ |
| Security deposit on rental unit | | $_____ |
| Prepaid rent | | $_____ |
| Telephone | | $_____ |
| Water | | $_____ |
| Rented furniture. | | $_____ |
| Other | | $_____ |

### 23. Annuities (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes

Issuer name and description

$_____
$_____
$_____

Debtor 1    William        Haymore        Brammer, Jr.                Case number (if known) 16-0042
            First Name     Middle Name    Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program**
    26 U S C §§ 530(b)(1), 529A(b), and 529(b)(1)
    ☒ No
    ☐ Yes
    Institution name and description  Separately file the records of any interests 11 U S C § 521(c)

    _____ $_____
    _____ $_____
    _____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes  Give specific information about them                                                                $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes  Give specific information about them                                                                $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes  Give specific information about them                                                                $_____

**Money or property owed to you?**                                                        **Current value of the portion you own?**
                                                                                          Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☒ No
    ☐ Yes  Give specific information about them, including whether you already filed the returns and the tax years
                                                                            Federal  $_____
                                                                            State    $_____
                                                                            Local    $_____

29. **Family support**
    *Examples* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☒ No
    ☐ Yes  Give specific information
                                                                            Alimony              $_____
                                                                            Maintenance          $_____
                                                                            Support              $_____
                                                                            Divorce settlement   $_____
                                                                            Property settlement  $_____

30. **Other amounts someone owes you**
    *Examples* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits, unpaid loans you made to someone else
    ☒ No
    ☐ Yes  Give specific information
                                                                                                                $_____

Debtor 1  William Haymore Brammer, Jr.    Case number (if known) 16-0042
          First Name  Middle Name  Last Name

31. **Interests in insurance policies**
    *Examples.* Health, disability, or life insurance, health savings account (HSA), credit, homeowner's, or renter's insurance
    ☑ No
    ☐ Yes Name the insurance company of each policy and list its value

    | Company name | Beneficiary | Surrender or refund value |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died
    ☑ No
    ☐ Yes Give specific information
    $

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples.* Accidents, employment disputes, insurance claims, or rights to sue
    ☑ No
    ☐ Yes Describe each claim
    $

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☑ No
    ☐ Yes Describe each claim
    $

35. **Any financial assets you did not already list**
    ☑ No
    ☐ Yes Give specific information
    $

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here  →  $

## Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☐ No Go to Part 6
    ☑ Yes Go to line 38

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☑ Yes Describe  Aging Accounts Receivable owed New Columbia Law Group, PLLC by Clients    $ 119,406.39

39. **Office equipment, furnishings, and supplies**
    *Examples* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☑ Yes Describe  Apple MacBook Pro, Brother Laser Printer    $ 2,000.00

Official Form 106A/B    Schedule A/B: Property    page 8

| Debtor 1 | William | Haymore | Brammer, Jr. | Case number (if known) 16-0042 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**40 Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☑ No
☐ Yes Describe                                                                                           $_____

**41 Inventory**
☑ No
☐ Yes Describe                                                                                           $_____

**42 Interests in partnerships or joint ventures**
☑ No
☐ Yes Describe

| Name of entity | % of ownership | |
|---|---|---|
| _____ | ____% | $_____ |
| _____ | ____% | $_____ |
| _____ | ____% | $_____ |

**43 Customer lists, mailing lists, or other compilations**
☑ No
☐ Yes Do your lists include personally identifiable information (as defined in 11 U S C § 101(41A))?
   ☐ No
   ☐ Yes Describe                                                                                        $_____

**44 Any business-related property you did not already list**
☑ No
☐ Yes Give specific information
   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____
   _____   $_____

**45 Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** → $ **121,406.39**

---

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

**46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No Go to Part 7
☐ Yes Go to line 47

**Current value of the portion you own?**
Do not deduct secured claims or exemptions

**47 Farm animals**
*Examples* Livestock, poultry, farm-raised fish
☑ No
☐ Yes
                                                                                                          $_____

| Debtor 1 | William | Haymore | Brammer, Jr. | Case number (if known) 16-0042 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

48. **Crops—either growing or harvested**
   - ☑ No
   - ☐ Yes Give specific information
   $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☑ No
   - ☐ Yes
   $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☑ No
   - ☐ Yes
   $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☑ No
   - ☐ Yes Give specific information
   $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** → $_____

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples* Season tickets, country club membership
   - ☑ No
   - ☐ Yes Give specific information
   $_____
   $_____
   $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** → $_____

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. Part 1: Total real estate, line 2 | | → $ 0.00 |
| 56. Part 2: Total vehicles, line 5 | $ 462.00 | |
| 57. Part 3: Total personal and household items, line 15 | $ 5,000.00 | |
| 58. Part 4: Total financial assets, line 36 | $ 4,962.00 | |
| 59. Part 5: Total business-related property, line 45 | $ 121,406.39 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $ 0.00 | |
| 61. Part 7: Total other property not listed, line 54 | +$ 0.00 | |
| 62. **Total personal property.** Add lines 56 through 61. | $ 131,830.00 | Copy personal property total → +$ 131,830.00 |

63. **Total of all property on Schedule A/B.** Add line 55 + line 62.    $ 131,830.00

Official Form 106A/B     Schedule A/B: Property     page **10**