**Fill in this information to identify your case:**

Debtor 1: William (First Name) Haymore (Middle Name) Brammer, Jr. (Last Name)

Debtor 2 (Spouse, if filing): _____ (First Name) _____ (Middle Name) _____ (Last Name)

United States Bankruptcy Court for the: District of Columbia

Case number (If known): 16-00642

**FILED**
**JAN 3 0 2017**
Clerk, U.S. District and Bankruptcy Courts

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☑ No Go to Part 2
   ☐ Yes

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts As much as possible, list the claims in alphabetical order according to the creditor's name If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1 If more than one creditor holds a particular claim, list the other creditors in Part 3

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet)

|     |                                                                       | Total claim | Priority amount | Nonpriority amount |
|-----|-----------------------------------------------------------------------|-------------|------------------|---------------------|

**2.1**

Priority Creditor's Name: _____

Number Street: _____

City State ZIP Code: _____

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____     $_____     $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other Specify _____

**2.2**

Priority Creditor's Name: _____

Number Street: _____

City State ZIP Code: _____

**Who incurred the debt?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___     $_____     $_____     $_____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other Specify _____

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of ___

Debtor 1  William _____ Haymore _____ Brammer, Jr. _____  Case number (if known) 16-00642 _____
         First Name  Middle Name  Last Name

**Part 1:  Your PRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.    Total claim    Priority amount    Nonpriority amount

☐
_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?  _____
Number       Street
_____    As of the date you file, the claim is: Check all that apply

_____    ☐ Contingent
City           State      ZIP Code       ☐ Unliquidated
                                         ☐ Disputed

**Who incurred the debt?** Check one

☐ Debtor 1 only                          **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only             ☐ Domestic support obligations
☐ At least one of the debtors and another ☐ Taxes and certain other debts you owe the government
                                         ☐ Claims for death or personal injury while you were
☐ Check if this claim is for a community debt    intoxicated
                                         ☐ Other  Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

☐
_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?  _____
Number       Street
_____    As of the date you file, the claim is: Check all that apply

_____    ☐ Contingent
City           State      ZIP Code       ☐ Unliquidated
                                         ☐ Disputed

**Who incurred the debt?** Check one

☐ Debtor 1 only                          **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only             ☐ Domestic support obligations
☐ At least one of the debtors and another ☐ Taxes and certain other debts you owe the government
                                         ☐ Claims for death or personal injury while you were
☐ Check if this claim is for a community debt    intoxicated
                                         ☐ Other  Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

☐
_____    Last 4 digits of account number  ___ ___ ___ ___    $_____    $_____    $_____
Priority Creditor's Name
_____    When was the debt incurred?  _____
Number       Street
_____    As of the date you file, the claim is: Check all that apply

_____    ☐ Contingent
City           State      ZIP Code       ☐ Unliquidated
                                         ☐ Disputed

**Who incurred the debt?** Check one

☐ Debtor 1 only                          **Type of PRIORITY unsecured claim:**
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only             ☐ Domestic support obligations
☐ At least one of the debtors and another ☐ Taxes and certain other debts you owe the government
                                         ☐ Claims for death or personal injury while you were
☐ Check if this claim is for a community debt    intoxicated
                                         ☐ Other  Specify _____
**Is the claim subject to offset?**

☐ No
☐ Yes

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims         page ___ of ___

Debtor 1  William (First Name)  Haymore (Middle Name)  Brammer, Jr (Last Name)   Case number (if known) 16-00642

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   - ☐ No  You have nothing to report in this part  Submit this form to the court with your other schedules
   - ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim  For each claim listed, identify what type of claim it is  Do not list claims already included in Part 1  If more than one creditor holds a particular claim, list the other creditors in Part 3 If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2

**Total claim**

**4.1**  Capital One
Nonpriority Creditor's Name
PO Box 30285
Number    Street
Salt Lake City    UT    84130
City    State    ZIP Code

Last 4 digits of account number  9  8  0  4
When was the debt incurred?  08/09/2015

$ 966.00

Who incurred the debt? Check one
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other  Specify _____

**4.2**
Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

$ _____

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other  Specify _____

**4.3**
Nonpriority Creditor's Name

Number    Street

City    State    ZIP Code

Last 4 digits of account number  ___ ___ ___ ___
When was the debt incurred?  _____

$ _____

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other  Specify _____

| Debtor 1 | William | Haymore | Brammer, Jr. | Case number *(if known)* 16-00642 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page**

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                                                                                                    **Total claim**

☐

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City            State        ZIP Code

**Who incurred the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other  Specify_____

---

☐

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City            State        ZIP Code

**Who incurred the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other  Specify_____

---

☐

_____
Nonpriority Creditor's Name

_____
Number    Street

_____
City            State        ZIP Code

**Who incurred the debt?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___         $_____

**When was the debt incurred?**    _____

**As of the date you file, the claim is.** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other  Specify_____

| Debtor 1 | William | Haymore | Brammer, Jr. | Case number (if known) 16-00642 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one)  ❑ Part 1  Creditors with Priority Unsecured Claims
                            ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

_____
Name

_____
Number    Street

_____

_____
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of  (Check one).  ❑ Part 1. Creditors with Priority Unsecured Claims
                             ❑ Part 2  Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1  William            Haymore         Brammer, Jr.          Case number (if known) 16-00642
          First Name  Middle Name  Last Name

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.
   Add the amounts for each type of unsecured claim.

Total claim

Total claims from Part 1

6a **Domestic support obligations**                                      6a    $ _____

6b **Taxes and certain other debts you owe the government**              6b    $ _____

6c **Claims for death or personal injury while you were intoxicated**    6c    $ _____

6d **Other.** Add all other priority unsecured claims
    Write that amount here                                               6d  + $ _____

6e **Total.** Add lines 6a through 6d                                    6e    $ _____

Total claim

Total claims from Part 2

6f **Student loans**                                                     6f    $ _____

6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims**  6g  $ _____

6h **Debts to pension or profit-sharing plans, and other similar debts** 6h    $ _____

6i **Other.** Add all other nonpriority unsecured claims
   Write that amount here                                                6i  + $ _____

6j **Total** Add lines 6f through 6i                                     6j    $ _____

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page ___ of ___