IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 3 0 2017**

Clerk, U.S. District and
Bankruptcy Courts

In re:    ) Case No. 16-00642
    )
William Haymore Brammer, Jr.,    ) Chapter 13
    Debtor    )
    ) Judge S. Martin Teel, Jr.
    )

## CERTIFICATE OF SERVICE

I hereby certify on the 24th Day of January, that the Debtors Schedule A/B, Schedule E/F, Statement of Current Monthly Income, Calculation of Disposable Income, and Statement of Financial Affairs were mailed, first class mail, postage prepaid upon the following:

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Ste. 240
Annapolis, MD 21401

Mark D. Meyer
Rosenberg & Associates, LLC
4340 East West Highway, Ste. 600
Bethesda, MD 20814


Respectfully Submitted,

William H. Brammer, Jr.
107 7th Street SE
Washington, DC 20003
Debtor