**alter13 (4/10)**



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
William Haymore Brammer, Jr.  
**Debtor**

**Case No.** 16−00642

**Chapter** 13

### ORDER TO FILE LBR 1007−2 STATEMENT, SUPPLEMENTAL MAILING MATRIX, OR TO SHOW CAUSE

==================================================

On 12/15/2016, the debtor(s) filed a bankruptcy petition in the above−captioned case (Dkt. No. 1) and filed a mailing matrix on 12/15/2016. Thereafter, on 01/30/2017, the debtor(s) filed schedules.

LBR 1007−2 requires that a supplemental mailing matrix be filed with any schedule(s) or amended schedule(s) which contains alterations or additions to the information required to appear on the matrix. Alternatively, if the schedule(s) or amended schedule(s) does not contain alterations or additions to the information required to appear on the matrix, the debtor(s) can submit a statement to that effect. Accordingly, it is

ORDERED that within 7 days of entry of this order the debtor either:
− submit a statement that the debtor's schedule(s) do not contain alterations or additions to the information required to appear on the lists under Fed. Rs. Bankr. Proc. 1007(a)(1) or 1007(a)(3) and thus on the mailing matrix, including that they do not add any entity required to appear on the matrix, nor change the name or address of any such entity;
− submit a supplemental mailing matrix and LBR 1009−2(e) certificate; or
− show cause, by a writing filed with this court, why the debtor's schedules (Dkt. No. 17) ought not be stricken.

Copies to:

Debtor(s)  
Attorney for the Debtor(s) (if any)  
Chapter 13 Trustee

Dated: 1/30/17

For the Court:  
Clerk of the Court

By:  
pl