alter13 (4/10)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
William Haymore Brammer, Jr.  
**Debtor**

**Case No.** 16−00642

**Chapter** 13

### ORDER TO FILE LBR 1007−2 STATEMENT, SUPPLEMENTAL MAILING MATRIX, OR TO SHOW CAUSE

======================================================

On 12/15/2016, the debtor(s) filed a bankruptcy petition in the above−captioned case (Dkt. No. 1) and filed a mailing matrix on 12/15/2016. Thereafter, on 01/30/2017, the debtor(s) filed schedules.

LBR 1007−2 requires that a supplemental mailing matrix be filed with any schedule(s) or amended schedule(s) which contains alterations or additions to the information required to appear on the matrix. Alternatively, if the schedule(s) or amended schedule(s) does not contain alterations or additions to the information required to appear on the matrix, the debtor(s) can submit a statement to that effect. Accordingly, it is

ORDERED that within 7 days of entry of this order the debtor either:
− submit a statement that the debtor's schedule(s) do not contain alterations or additions to the information required to appear on the lists under Fed. Rs. Bankr. Proc. 1007(a)(1) or 1007(a)(3) and thus on the mailing matrix, including that they do not add any entity required to appear on the matrix, nor change the name or address of any such entity;
− submit a supplemental mailing matrix and LBR 1009−2(e) certificate; or
− show cause, by a writing filed with this court, why the debtor's schedules (Dkt. No. 17) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee

Dated: 1/30/17

For the Court:
Clerk of the Court

By:
pl

United States Bankruptcy Court
District of Columbia

In re:  
William Haymore Brammer, Jr.  
    Debtor

Case No. 16-00642-smt  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0090-1     User: plopez     Page 1 of 1     Date Rcvd: Jan 30, 2017  
                     Form ID: alter13     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.  
db          +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2017 at the address(es) listed below:  
         Mark Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1  
          bk@rosenberg-assoc.com  
         Nancy Spencer Grigsby    grigsbyecf@ch13md.com  
         U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV  
                                                                              TOTAL: 3