| | | |
|---|---|---|
| In Re: | * | IN THE UNITED STATES |
| | * | |
| WILLIAM H. BRAMMER | * | BANKRUPTCY COURT FOR |
| | * | |
| Debtor | * | THE DISTRICT OF COLUMBIA |
| | * | |
| | * | |
| | * | |
| | * | Chapter 13 |
| | * | |
| | * | Case # 16-00642 SMT |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears on behalf of the Debtor, William H. Brammer in the above bankruptcy case, and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be served in this case, whether written or oral, be given to or served upon the undersigned at the address below stated.

PLEASE TAKE FURTHER NOTICE that a request is also made for service of copies of all papers, reports, pleadings, motions and applications (including notices thereof), petitions, plans of reorganization and answer or reply papers, and any amendments thereto, filed in the above-captioned case by mail or otherwise upon the undersigned at the address set forth below.

Dated: February 6, 2017

Respectfully submitted,
_____/s/_____
Charles M. Maynard, Esq.
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2017 the above notice was served electronically on all parties via the Court's CM/ECF system, and I mailed a copy of the forgoing Notice by first class, postage prepaid mail to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer
Rosenberg & Associates
4340 East West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

/s/ Charles M. Maynard
Charles M. Maynard