IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| In re: | : |   |
|   | : |   |
| WILLIAM H. BRAMMER | : | Case No.:  16-00642 |
|   | : |   |
|   | : | Chapter 13 |
| Debtor | : |   |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEBTOR'S STATEMENT OF NO ALERATIONS PURSUANT
### TO LOCAL BANKRUPTCY RULE 1007

Debtor, William H. Brammer, hereby states pursuant to Local Bankruptcy Rule 1007-2 (b) that there have been no changes to the names or addresses of any entity on that supplemental mailing matrix and that the schedules do not add or change any addresses of creditors and equity security holders.

/s/ William H. Brammer
    William H. Brammer

Date: February 8, 2017

　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　Charles M. Maynard
　　　　　　　　　　　　　　　　　　　200-A Monroe Street, #115
　　　　　　　　　　　　　　　　　　　Rockville, MD  20850
　　　　　　　　　　　　　　　　　　　301-294-6003
　　　　　　　　　　　　　　　　　　　301-294-6004 FAX

　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*

Copies to:

Debtor
Chapter 13 Trustee
All Creditors and Parties in Interest