ofldec13 (12/15)



In Re:  **William Haymore Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.:  **16–00642**
Chapter:  **13**

**ORDER TO FILE AMENDED SCHEDULES TO INCLUDE SIGNED DECLARATION**
========================================================================

   On 02/08/2017, the debtor(s) filed schedules (Dkt. No. 31). The filing, however, failed to include a signed declaration.

   Fed. R. Bankr. Proc. 1008 requires all schedules to be either verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746. Moreover, Fed. R. Bankr. P. 1007(b)(1) provides that the debtor shall file schedules "prepared as prescribed by the appropriate Official Forms." Bankruptcy Official Form 106 Dec for individuals or 202 for non–individuals includes the Declaration. Accordingly, it is

   ORDERED that within 7 days of the entry of this order the debtor(s) shall file amended schedules to include a signed declaration, in the form prescribed by Official Form 106 Dec for individuals or 202 for non–individuals, with any alterations as may be appropriate, or show cause, by a writing filed with this court, why the schedules (Dkt. No. 31) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee

_____

Dated:  2/9/17

For the Court:
Clerk of the Court

By:
pl