**ofldec13 (12/15)**



In Re:  **William Haymore**
**Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.:  **16–00642**
Chapter:  **13**

## ORDER TO FILE AMENDED SCHEDULES TO INCLUDE SIGNED DECLARATION
==================================================================

   On 02/08/2017, the debtor(s) filed schedules (Dkt. No. 31). The filing, however, failed to include a signed declaration.

   Fed. R. Bankr. Proc. 1008 requires all schedules to be either verified or contain an unsworn declaration as provided in 28 U.S.C. § 1746. Moreover, Fed. R. Bankr. P. 1007(b)(1) provides that the debtor shall file schedules "prepared as prescribed by the appropriate Official Forms." Bankruptcy Official Form 106 Dec for individuals or 202 for non–individuals includes the Declaration. Accordingly, it is

   ORDERED that within 7 days of the entry of this order the debtor(s) shall file amended schedules to include a signed declaration, in the form prescribed by Official Form 106 Dec for individuals or 202 for non–individuals, with any alterations as may be appropriate, or show cause, by a writing filed with this court, why the schedules (Dkt. No. 31) ought not be stricken.

Copies to:

Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee


_____


Dated:  2/9/17

For the Court:
Clerk of the Court

By:
pl

United States Bankruptcy Court
District of Columbia

In re:
William Haymore Brammer, Jr.
      Debtor

Case No. 16-00642-smt
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: plopez          Page 1 of 1          Date Rcvd: Feb 09, 2017
                Form ID: ofldec13          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2017.
db          +William Haymore Brammer, Jr.,   107 7th St., SE,   Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2017 at the address(es) listed below:
        Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
        Mark  Meyer    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana
         Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
         bk@rosenberg-assoc.com
        Nancy Spencer Grigsby    grigsbyecf@ch13md.com
        U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                          TOTAL: 4