## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:                                    :
                                          :
    WILLIAM H. BRAMMER    :    Case No.:  16-00642 SMT
                                          :
                                          :    Chapter 13
    Debtor                :
***************************************************************

### DEBTOR'S STATEMENT OF NO ALERATIONS PURSUANT TO LOCAL BANKRUPTCY RULE 1007

   LBP 1007-2 (b) Statement of No Alterations

The schedules filed herewith:

(1) do not add any entity not included on the existing List of Creditors and mailing matrix (as amended by any amendments that have been made thereto); and

(2) do not change the name or address of any entity as listed on the existing List of Creditors and mailing matrix ( as amended by any amendments that have been made thereto).

I HEREBY CERTIFY under penalty of perjury that the information on this statement is true, correct and complete.

Date: February 12, 2017

                                /s/ William H. Brammer
                                  William H. Brammer

Case 16-00642-SMT    Doc 35    Filed 02/12/17    Entered 02/12/17 23:14:11    Desc Main
Document      Page 2 of 2