| | | | |
|---|---|---|---|
| Case Number: | 16-00642-SMT | Debtor: | WILLIAM HAYMORE BRAMMER, JR. |
| Petition Filing Date: | 12/15/2016 | | |
| Plan Filing Date: | 2/8/2017 | Counsel: | CHARLES MAYNARD |
| First Payment: | 1/14/2017 | Phone #: | 3012946003 |
| Confirmation Date and Time: | 2/10/2017 9:30 AM | E-Mail: | CMAYNARD@MAYNARDLAWGROUP.COM |

| | | | |
|---|---|---|---|
| First Meeting Date and Time: | Jan 13 2017 2:00PM | First Meeting Complete? | Concluded |
| ☑ Photo ID & SSN Verified | | Continued 341 Date: | 2/10/2017 2:00:00 PM |
| Prior Bkys | ☐ No ☑ Yes | ☑ CH7 Year Filed 2008 | ☑ CH13 Year Filed 2009 |
| Present Creditors: | | | |

| | |
|---|---|
| Performance: | Tee paid<br>Mortgage February will be paid |
| Income/DI: | SE: New Columbia Law Firm, est 2011-2012; no employees, works from home<br>Expects increase in income due to new contract<br>Spouse is employed - need stubs |
| Tax/Refund History: | All filed recently<br>Need amd IRS poc - includes 2013-15 NR<br>Per D, they will object to IRS, re: taxes now filed and D did not live in DC 2006-2007, so doesn't expect that secured lien will survive |
| Expense Verification: | Mortgage $4153 |
| Chapter 7 Liqudation: | |
| Amended Plan: | Feasibility? Need to see spouse's income docs |
| Amended Schedules: | Amd Sch I/J - spouse's income docs, any increase in SE income |
| Motion/Objections: | Will object to IRS poc (C#1)<br>Will object to PYOD, LLC (C#2) - believes this is short sale deficiency previously d/c in bankruptcy case + SOL objection |
| Other: | Per D, suit filed in District Court - need case number and docs (that case is stalled pending bankruptcy case?) |

Meeting Conducted By: Becky Herr, Esquire

Reviewed By: Becky Herr, Esquire

Reviewed Date: 2/13/17

| | | | |
|---|---|---|---|
| Date and Time: 3/24/2017 9:30:00 AM | 1St Conf Hearing: 2/10/2017 9:30 AM | E-mailed | ☐ Yes ☐ No |
| Petition Filing Date: 12/15/2016 | Bar Date: 04/13/2017 | No. of Hearings | |
| Case Number: 16-00642-SMT | | | |
| Debtor(s) Name: | WILLIAM HAYMORE BRAMMER, JR. | Counsel: | CHARLES MAYNARD |
| | | Phone nunber | 3012946003 |
| Cont. 341 Date: 2/10/2017 2:00:00 PM | | 1st 341 Date | Jan 13 2017 2:00PM |

| | | | | | |
|---|---|---|---|---|---|
| Plan # | | Term of Plan: | 60 | Convert from 7 ☐ YES ☐ NO | Conversion Date: |
| Scheduled Monthly Payment: | | Payments Due | | Total Plan Payment Due: | $ |
| Gross Funding | $28000.00 | Balance on Hand less Trustee fee: | $383.68 | Def Amt =$-412.03 | # of Pay (___) |
| Default as of | | DI=$ | CMI | | |

☐ Confirmed Plan # _____ as is    ☐ Confirmed Plan # _____ with consent addendum

Confirmed on condition that: _____    received in 10 days

| ☐ Denied with leave to amend: | Plan due: _____ | Hearing date: |
| ☐ Denied without leave to amend | Continued to Hearing Date: _____ | |
| ☐ Dismissed ☐ Converted | | TEE FILED OBJECTION _____ |

Plan Payment Information: FOR INTERNAL USE ONLY
☐ Wage Order ☐ Debtor 1 ☐ Debtor 2 ☐ 50/50
☐ Full Payroll Address _____
_____
_____
(If Debtor is a W-2 employee, must have Motion to Waive Wage Order filed by time of confirmation or Wage Order will be filed with Court.)
☐ Epay Doc # _____ ☐ Self Employed ☐ Retired ☐ Disability ☐ Unemployed

**Tax Refund Language**

The Debtor(s) shall provide the Trustee with copies of State and Federal tax returns for the years designated below within 15 days of filing the returns (and shall timely file the returns on or before April 15 of each year due). No later than June 1st of each year, the Debtor(s) shall pay into the plan the amount of refunds exceeding $_____ (the amount already pro-rated on Schedule I, if any) for each of the designated years The tax refund payments will be in addition to, not a credit against, the monthly payments required to be paid under the plan. The Debtor(s) shall not make any change to the amount of annual tax withholdings under the W-4 statement(s) existing as of the date of the petition without 30 days prior notice to the Trustee.This commitment covers tax years: