IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>  Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>  Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br><br>  Respondents | Motion No. |

## **EXHIBIT A -- DEBT**

**Pre Petition Arrears**

| | |
|---|---:|
| 7 payments of $4153.51 for 6/1/2016-12/1/2016 | $29,074.57 |
| Total: | $29,074.57 |

**Post Petition Arrears**

| | |
|---|---:|
| 1 payment of $4153.51 for 1/1/2017 | $4,153.51 |
| 1 payment of $4401.53 for 2/1/2017 | $4,401.53 |
| Late Charges | $415.36 |
| Attorney Fees and Costs | $831.00 |
| Total: | $9,801.40 |
| **Total Pre and Post Petition Arrears:** | **$38,875.97** |

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218