2016039296-3

5

Prepared by and Return to:

Rosenberg & Associates, LLC
8601 Westwood Center Drive Suite 255
Vienna, Virginia 22182

---

THIS TRANSFER IS EXECUTED PURSUANT TO A DECREE OF DIVORCE AND IS EXEMPT FROM TRANSFER AND RECORDATION TAXES.

---

### DEED

Made this 24 day of February, 2016, by and between HEILI KIM, GRANTOR, party of the first part, and WILLIAM H. BRAMMER, JR., GRANTEE, party of the second part:

WHEREAS, GRANTOR and GRANTEE obtained title to the below-described property, as Tenants by the Entirety, pursuant to that Deed dated June 1, 2005 and recorded with the Recorder of Deeds of the District of Columbia as Instrument Number 2005093636; and

WHEREAS, GRANTOR and GRANTEE's marriage was dissolved through that September 8, 2011 Judgment of Dissolution of Marriage entered by the Los Angeles Superior Court (Case No.: SD027430); and

WHEREAS, pursuant to the parties' Marital Settlement Agreement, GRANTEE is to retain sole ownership and possession of the below-described property.

NOW, THEREFORE, WITNESSETH, that the said Heili Kim, for and in consideration of the sum of $ 0.00 Dollars and pursuant to the aforementioned Judgment, does grant unto William H. Brammer, Jr., in fee simple, all of her interest in that piece or parcel of land, together with the improvements, easements and appurtenances thereunto belonging situate, namely:

All that certain property situated in City of Washington in the County of District of Columbia and State of DC and being described in a Deed dated 06/01/2005 and recorded 07/07/2005 as Instrument Number 93636 among the Land Records of the County and State set forth above and referenced as follows:

Lot Numbered 0104 in Square Numbered 0870 in a Subdivision made by John R. Ferris as per plat recorded in Liber 44 at Folio 117 in the Office of the Surveyor for the District of Columbia Parcel No. 0870/0104.

Address:    107 7th Street, SE, Washington, D.C. 20003

SSL:    S: 0870  L: 0104

WITNESS the hands and seals of the party of the first part.

_____        _____
WITNESS                                HEILI KIM

State of _____    )
County of _____    ) ss:

  On this _____ day of February, 2016, Heili Kim, known to me (or satisfactorily proven) to be the person named in the foregoing instrument, personally appeared before me, a Notary Public, within and for the State and County aforesaid, and acknowledged that she freely and voluntarily executed the same for purposes stated therein.

_____
Notary Public
My commission expires: See attachment

### Property Address

107 7th Street, SE, Washington, D.C. 20003

```
Doc #: 2016039296  Fees: $281.50
04/21/2016 12:24 PM   Pages: 3
Filed and Recorded in Official Records of
WASH DC RECORDER OF DEEDS IDA WILLIAMS
```

| | |
|---|---|
| RECORDING FEES | $25.00 |
| SURCHARGE | $6.50 |
| LATE FEES | $250.00 |

7

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __Los Angeles__

On __2.27.2016__ before me, __Denia Roxana Lopez__,
         Date                                Here Insert Name and Title of the Officer
personally appeared __Heili Kim__
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
              Signature of Notary Public

[Notary Seal: DENIA ROXANA LOPEZ, Commission # 2084969, Notary Public - California, Los Angeles County, My Comm. Expires Oct 5, 2018]

Place Notary Seal Above

--- OPTIONAL ---

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____ Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited  ☐ General
☐ Individual    ☐ Attorney in Fact
☐ Trustee       ☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5907