IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265, Seal Beach, CA 90740<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218

## **ORDER GRANTING RELIEF FROM AUTOMATIC STAY**

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia

1

ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a), be and the same is hereby, terminated to enable Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1, its successors and/or assigns, to proceed with the foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements known as 107 7th Street, SE, Washington, DC 20003, and that the successful purchaser thereof may take all lawful actions to obtain possession of same; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362(a) be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

/s/ Mark D. Meyer, Esq.

cc:  Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles Maynard, Esquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208 ,
Rockville MD

**End of Order**

Rosenberg &
Associates, LLC
4340 East West Highway
Suite 600
Bethesda, Maryland 20814
(301) 907-8000
File Number:  59218