IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265, Seal Beach, CA 90740<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 107 7th Street, SE, Washington, DC 20003.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218

**MARCH 7, 2017**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

> Diane S. Rosenberg, Attorney for the Movant
> Rosenberg & Associates, LLC
> 4340 East West Highway, Suite 600
> Bethesda, MD 20814
> diane@rosenberg-assoc.com
>
> Nancy Spencer Grigsby, Trustee
> 185 Admiral Cochrane Drive, Suite 240
> Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**MARCH 30, 2017 at 2:00 PM at the United States Bankruptcy Court, 333 Constitution Avenue, NW Washington, DC 20001, .**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: February 21, 2017         /s/ Mark D. Meyer, Esq._____
                                Mark D. Meyer, Esq.
                                DC Bar 475552

                                Rosenberg & Associates, LLC
                                4340 East West Highway, Suite 600
                                Bethesda, MD 20814
                                (301) 907-8000
                                Mark.Meyer@rosenberg-assoc.com

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 21, 2017, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, or via electronic email, to the following:

| | |
|---|---|
| William H. Brammer, Jr.<br>107 7th Street, SE<br>Washington, DC 20003 | Nancy Spencer Grigsby, Trustee<br>185 Admiral Cochrane Drive, Suite 240<br>Annapolis, MD 21401 |
| | Charles Maynard, Esquire<br>Law Offices of Charles M. Maynard, LLC<br>401 East Jefferson Street  Suite 208 ,<br>Rockville MD |

     /s/ Mark D. Meyer, Esq.  
     Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218