IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>　　Debtor | Case No. 16-00642-SMT<br>Chapter 13 |

## **CERTIFICATE OF SERVICE**

　　I hereby certify that on the 21st day of February, 2017, the Motion for Relief from Automatic stay and Notice of Opportunity to Object were mailed, first class mail, postage prepaid, upon the following:

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Charles Maynard, Esquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208 ,
Rockville MD

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
 Annapolis, MD 21401

Respectfully Submitted,

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 59218