IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Case No. 16-642 |
| ) | |
| WILLIAM HAYMORE BRAMMER, JR., ) | Chapter 13 |
| ) | |
| Debtor. ) | |
| _____ ) | |

## **ORDER**

Having considered the United States' Objection to Confirmation of Plan dated February 8, 2017, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED,** that confirmation of Debtor's plan is denied.

cc:

Joycelyn S. Peyton
*Counsel for the United States*

Charles M. Maynard
*Counsel for Debtor*

Nancy Spencer Grigsby
*Trustee*

**END OF DOCUMENT**