**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
WILLIAM HAYMORE BRAMMER, JR.   : Chapter 13 Case No. 16-00642-SMT
   Debtor

**TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**
**AND NOTICE OF DEADLINE AND OPPORTUNITY TO RESPOND**

Comes now Nancy Spencer Grigsby, Chapter 13 Trustee, and hereby objects to debtor's attempt to exempt entire assets, pursuant to D.C. Code §15-501(a)(1), D.C. Code §15-501(a)(2) and D.C. Code §15-501(a)(3), in the amount of "100% of fair market value". The Trustee objects to debtor's attempt to claim the entire value of the assets as exempt, whatever that value may be and whether it is beyond the relevant statutory limits. In support thereof, the Trustee states that based on the failure of the debtor to provide documentation, including but not limited to dates and acquisition costs, in support of the scheduled value of all personal and real property and business interests, the Trustee objects to actual value of exemptions in excess of the specific amount claimed and of the amount allowed by law. *In re Schwab*, 130 S.Ct. 2652 (2010); *In re Winchell*, 2010 Bankr. Lexis 4883 (Bankr. E.D. Wash. 2010); *In re Hefel*, 2011 WL 3292929 (N.D. Iowa 2011); *In re Salazar*, 449 B.R. 890 (Bankr. N.D. Tex. 2011), In re *In re Stoney*, 445 B.R. 552 (Bankr. E.D. Vir. 2011).

WHEREFORE, the Trustee requests that said claimed exemptions be disallowed.

Respectfully submitted,

Nancy Spencer Grigsby
Chapter 13 Trustee

By Counsel:
/s/ Rebecca A. Herr
Rebecca A. Herr #MD0032
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Tel. 301-805-4700
E-mail: bherr@ch13md.com
ngrigsby@ch13md.com

**NOTICE OF DEADLINE AND OPPORTUNITY TO RESPOND TO THE OBJECTION TO CLAIMED EXEMPTIONS**

**PLEASE TAKE NOTICE THAT, PURSUANT TO LBR 4003-1, WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF SERVICE OF THIS OBJECTION** you must file and serve a written opposition to the objection to your claimed exemptions, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The opposition and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Avenues, NW, Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and to the undersigned.  You may append affidavits and documents in support of your opposition.  You may file and serve with or include in the opposition a request for hearing to be held in the Court's discretion.

**IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY SUSTAIN THE OBJECTION WITHOUT A HEARING.**  The court may sustain the objection without a hearing if the opposition filed states inadequate grounds for denial.  Parties in interest with questions may contact the Trustee.

Dated:  March 10, 2017

Respectfully submitted,

Nancy Spencer Grigsby
Chapter 13 Trustee

By Counsel:
/s/ Rebecca A. Herr
Rebecca A. Herr #MD0032
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Tel. 301-805-4700
E-mail: bherr@ch13md.com
ngrigsby@ch13md.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 10, 2017, a copy of the foregoing Trustee's Objection was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

William Haymore Brammer, Jr.
107 7th Street SE
Washington, DC  20003

Charles Maynard, Esq.
200-A Monroe Street #115
Rockville, MD  20850

                /s/ Rebecca A. Herr
                Rebecca A. Herr