CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
**MAR 2 4 2017**
Clerk, U.S. District and
Bankruptcy Courts

Date: 03/24/2017  Time: 09:30

**CASE: 16-00642 William Haymore Brammer, Jr.   : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[] Meeting of Creditors with 341(a) meeting to be held on 01/13/2017 at 02:00 PM at Ch 13 341 Meeting Rm., Room 1207. Confirmation hearing to be held on 02/10/2017 at 09:30 AM at Courtroom 1. Proof of Claim due by 04/13/2017. Deadline to Object to Debtor's Discharge Under Section 1328f or to Challenge Dischargeability of Certain Debts is

DE# 18-19 22C              DE# 45 IRS obj to plan
DE# 28 income              DE# 46 tr obj to exempt.
DE# 30 plan                DE# ___
DE# 31 sch A-J             DE# ___

DISPOSITIONS:
  Granted___   Sustained___   Denied___
  Overruled___ Withdrawn___   Under Adv.___
  Moot___      Consent___     Dismissed___
  Continued to: _June 16_, 20_17_, AT _9:30_ _A_.M.
  Proposed Order To Be Submitted By ___/___/___
  By [ ]Court  [ ]Movant  [ ]Opposing Party  [ ]Trustee  [ ]Jointly

DECISION:

  [ ] Signed by Court          [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel     [ ] Court
      [ ] Respondent's counsel [ ] Other _____

NOTES:   _No appearances_

_____
S. Martin Teel, Jr. /s/
S. Martin Teel, Jr. , United States Bankruptcy Judge