CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**

MAR 30 2017

Clerk, U.S. District and
Bankruptcy Courts

Date: 03/30/2017   Time: 02:00

**CASE: 16-00642 William Haymore Brammer, Jr.  :  CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Rebecca Herr representing Nancy Spencer Grigsby (Trustee)
(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[38] Motion for Relief from Stay regarding 107 7th Street, SE, Washington DC 20003. Fee Amount $181, Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 (Attachments: # 1 Debt # 2 Note # 3 Recorded Deed of Trust # 4 quitclaim deed # 5 Loan Modification # 6 Proposed Order)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# 44 objection          DE# ____

DE# ____          DE# ____

DE# ____          DE# ____

DE# ____          DE# ____

DISPOSITIONS:
    Granted____   Sustained____   Denied____
    Overruled✓   Withdrawn____   Under Adv.____
    Moot____     Consent____     Dismissed____
    Continued to: _____, 20___, AT ___:___ ___.M.
    Proposed Order To Be Submitted By 4/13/17
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [X]Jointly

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel     [ ] Court
    [ ] Respondent's counsel [ ] Other _____

NOTES:
No appearances

_____S. Martin Teel, Jr._____
S. Martin Teel, Jr. , United States Bankruptcy Judge