**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE                           :
WILLIAM HAYMORE BRAMMER, JR.    : Chapter 13 Case No. 16-00642-SMT
  Debtor

**TRUSTEE'S CONSENT PRAECIPE CONTINUING HEARING ON CONFIRMATION**

The Trustee, having obtained the consent of the debtor and of all objecting creditors, states that the hearing on confirmation has been continued from 9:30 a.m. on **March 24, 2017** to 9:30 a.m. on **June 16, 2017**.

The Trustee hereby certifies that the parties are entitled to obtain an automatic continuance pursuant to LBR 5071-1(b) and that the Trustee has arranged with the clerk of the Court the filing of this Praecipe to continue the hearing.

/s/ Nancy Spencer Grigsby
Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive #240
Annapolis, MD  21401

**CERTIFICATE OF SERVICE**

I hereby certify that on April 3, 2017, a copy of the foregoing Trustee's Consent Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

William Haymore Brammer, Jr.
107 7th Street SE
Washington, DC  20003

Charles Maynard
200-A Monroe Street #115
Rockville, MD  20850

/s/ Nancy Spencer Grigsby
Nancy Spencer Grigsby