The order below is hereby signed.

Signed: April 14 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
WILLIAM HAYMORE BRAMMER, JR.          : Chapter 13 Case No. 16-00642-SMT
   Debtor

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

Upon consideration of the Trustee's unopposed Objection to all of the debtor's claimed exemptions, pursuant to D.C. Code §15-501(a)(1), D.C. Code §15-501(a)(2) and D.C. Code §15-501(a)(3), and the court record herein, it is,

ORDERED, that the Trustee's Objection to claimed exemptions be and the same is hereby sustained and debtor's said claimed exemptions are hereby disallowed.

cc:   William Haymore Brammer, Jr.
      107 7th Street SE
      Washington, DC  20003

      Charles Maynard, Esq.
      200-A Monroe Street #115
      Rockville, MD  20850

      Nancy Spencer Grigsby
      185 Admiral Cochrane Drive, Suite 240
      Annapolis, MD  21401