The order below is hereby signed.

Signed: April 14 2017



S. Martin Teel, Jr.
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE
WILLIAM HAYMORE BRAMMER, JR.        : Chapter 13 Case No. 16-00642-SMT
   Debtor

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIMED EXEMPTIONS**

Upon consideration of the Trustee's unopposed Objection to all of the debtor's claimed exemptions, pursuant to D.C. Code §15-501(a)(1), D.C. Code §15-501(a)(2) and D.C. Code §15-501(a)(3), and the court record herein, it is,

ORDERED, that the Trustee's Objection to claimed exemptions be and the same is hereby sustained and debtor's said claimed exemptions are hereby disallowed.

cc:   William Haymore Brammer, Jr.
     107 7th Street SE
     Washington, DC  20003

     Charles Maynard, Esq.
     200-A Monroe Street #115
     Rockville, MD  20850

     Nancy Spencer Grigsby
     185 Admiral Cochrane Drive, Suite 240
     Annapolis, MD  21401

```
                           United States Bankruptcy Court
                                 District of Columbia
```

In re:                                                              Case No. 16-00642-smt
William Haymore Brammer, Jr.                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: plopez              Page 1 of 1               Date Rcvd: Apr 14, 2017
                              Form ID: pdf001           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 16, 2017.
db             +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 14, 2017 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Rebecca  Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7