The order below is hereby signed.

Signed: May 2 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA
### District of Columbia

| IN RE:<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Respondents | Motion No. |

**Rosenberg & Associates, LLC**
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 59218

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

    Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia

Page 1

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d) , to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Square 0870 Lot 0104" also known as 107 7th Street, SE, Washington, DC 20003 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $4,401.53 (said payment represents the regular mortgage payment) by April 1, 2017 (said payment shall not be considered late and shall not be subject to late charges if received by the 16th of the each month as provided for by the promissory note and loan modification) and continue thereafter to make regular monthly payments as they become due pursuant to the terms of the Promissory Note secured by the Deed of Trust on the above referenced property; and

2. Within 90 days from entry of this Order, the Debtor will cure the arrears of $5880.37 (which consist of one payment of $4401.53 for 3/1/2017, attorney fees and costs of $831.00 and late charges of $647.84); and

3. All payments to the Movant should be made to:

Wilmington Savings Fund Society, FSB, D/B/A Christiana
Trust as trustee of the Residential Credit Opportunities
Trust Series 2015-1
Attn: Bankruptcy Department
2999 Westminster Avenue, Suite 265,
Seal Beach, CA 90740

To the extent the Debtor defaults in making the above specified cure or regular payments within the first ninety days of the cure the Movant shall be immediately free to proceed with foreclosure of its security instrument; the forbearance provisions of this order will immediately terminate upon the failure to timely tender any and all payments within the first ninety days of this order and the filing of the Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If being understood between the parties that strict compliance provision is intended as good faith consideration for this order.  Upon default and termination of the forbearance provisions under this paragraph, the Movant shall file a Notice of Secured Creditor's Right to Commence Foreclosure Proceedings.  If the debtor defaults upon payment under the terms of this order and if said default occurs outside of the ninety day period set forth in this paragraph or if any payments which have been acknowledged in the calculation of the mortgage arrearage in this order, but which subsequently fail to clear and are dishonored then the Movant shall mail notice to the Debtor allowing an additional ten (10) business days from the filing of the notice to cure in certified funds and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) business days from the mailing of the notice, the payment

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 59218

remains in arrears, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Charles Maynard, Esq. |
|---|---|
| Mark D. Meyer, Esq. | Charles Maynard, Esq. |
| Attorney for Movant | Attorney for Debtor |

cc:
Mark D. Meyer, Esq.,
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles Maynard, Esq.,
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street, Suite 208
Rockville MD

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 59218

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the

signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

      /s/ Mark D. Meyer, Esq.
      Mark D. Meyer, Esq.

**End of Order**

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

FILE NUMBER: 59218