**United States Bankruptcy Court**
**District of District of Columbia, Washington D.C. Division**

**IN RE:**                                                                                   Case No. **16-00642**

**Brammer, Willaim Haymore**                                                                 Chapter **13**

Debtor(s)

## CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Amended Chapter 13 Plan**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, electronically or by first class mail, postage prepaid, on this  **22nd**  day of  **May** , **2017** .

*/s/ Charles M. Maynard*
**Charles M. Maynard 28320 MD**
**Law Office of Charles M. Maynard**
**401 E Jefferson St Ste 208**
**Rockville, MD  20850-2613**

**cmaynard@maynardlawgroup.com**

© 2017 CINgroup 1.866.218.1003 – CINcompass – CINcompass (www.cincompass.com)

**Brammer, Willaim Haymore**
**107 7th St SE**
**Washington, DC  20003-1213**

**FCI Lender Services Inc.**
**8180 E Kaiser Blvd**
**Anaheim, CA  92808-2277**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)