**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| | : | |
| WILLIAM H. BRAMMER | : | Case No: 16-00642 SMT |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| _____ | : | |

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED
BY CREDITOR DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE**

Having considered the Debtor's Objection to the Proof of Claim filed by DC Office of Tax and Revenue and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the proof of claim be and is hereby deemed wholly unsecured.

**ORDERED,** that the Debtor's objection to the proof of claim is GRANTED, and it is further

**ORDERED**, that the claim of DC Office of Tax and Revenue herein shall be disallowed as a claim under the Debtor's plan.

Copies of this Order sent to:

Angela Coleman
Compliance Section
DC Office of Tax and Revenue
1101 4th Street, SW 6th Floor
Washington, DC 20024

Eugenia D. Williams
Revenue Officer
DC Office of Tax and Revenue
1101 4th Street, SE
Washington, DC 20024

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, S.E.
Washington, DC 20003

**End of Order**

3