**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: | : |
| | : |
| WILLIAM H. BRAMMER | : Case No.: 16-00642 SMT |
| | : |
| Debtor(s) | : Chapter 13 |
| _____ | : |

**DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED**
**BY CREDITOR WILMINGTON SAVINGS FUND SOCIETY**

COMES NOW the Debtor William H. Brammer by and through his counsel, Charles M. Maynard, Esquire, and objects to the Proof of Claim filed by creditor Wilmington Savings Fund Society ("Wilmington") in the amount of $51,250.23 and assigns the following reasons for the same:

1. That Wilmington filed a proof of claim on January 1, 2017 in the amount of $51,250.23.

2. That the basis of the proof of claim is inaccurate because it also claims amounts far in excess of what the Debtor has already paid based on the loan modification and settlement agreements. The Debtor has paid in excess of $20,244.04 by way of certified checks through the year 2016 leaving a balance of $28,994.57.

3. That the proof of claim should be expunged to the extent that it is attempting to obtain an amount in violation of section 502 (b)(2) of the Bankruptcy Code.

4. That the Debtor is prepared to provide additional evidence to support his assertion regarding the loan modification and settlement agreements and payments such that the pre-petition arrears should only amount to $28,994.57.

**WHEREFORE**, Debtor prays that this Honorable Court:

A. Disallow the proof of claim filed by Wilmington Savings Fund Society or any of its predecessors in interest.

B. For such other and further relief as the nature of this cause requires.

Respectfully Submitted,

_____/s/_____
Charles M. Maynard
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

## NOTICE OF OPPORTUNITY TO OBJECT TO OBJECTION OF CLAIM

**PURSUANT TO LBR 3007-1, WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE,** you must file and serve a written opposition to the Objection to your claim and a proposed Order under Local Bankruptcy Rule 9072-1. The opposition and the proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave, Washington, DC 20001, and served (by delivery of mailing of copies) upon the Debtors Counsel and the Trustee. The opposition may append affidavits and documents you wish to attach in support of your claims.

**IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY GRANT THE OBJECTION TO CLAIM IN THE MANNER SOUGHT BY THE OBJECTION WITHOUT A HEARING.** You may file and serve with or include in the opposition a request for hearing, which may be held in the Court's discretion.

/s/ Charles M. Maynard
Charles M. Maynard

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the foregoing Objection was sent on the 11th day of June, 2017 by mail to the following to the extent that they were not served electronically via the CM/ECF system.

Nancy Spencer Grigsby
*Chapter 13 Trustee*
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer
Rosenberg & Associates, LLC
4340 East-West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

_____/s/_____
Charles M. Maynard