**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| | : | |
| WILLIAM H. BRAMMER | : | Case No: 16-00642 SMT |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| _____ | : | |

**ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY CREDITOR WILMINGTON SAVINGS FUND SOCIETY**

Having considered the Debtor's Objection to the Proof of Claim filed by Wilmington Savings Fund Society and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Columbia.

**ORDERED**, that the proof of claim be and is hereby deemed wholly unsecured.

**ORDERED,** that the Debtor's objection to the proof of claim is GRANTED, and it is further

**ORDERED**, that the claim of Wilmington Savings Fund Society herein shall be disallowed as a claim under the Debtor's plan.

Copies of this Order sent to:

Mark D. Meyer
Rosenberg & Associates, LLC
4340 East-West Highway, Suite #600
Bethesda, MD 20814

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, S.E.
Washington, DC 20003

**End of Order**