## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | : |
| | : |
| | : |
| WILLIAM H. BRAMMER | : Case No.: 16-00642 SMT |
| | : |
| | : |
| Debtor(s) | : Chapter 13 |
| | : |
| _____ | : |

### DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED
### BY DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE

COMES NOW the Debtor William H. Brammer by and through his counsel, Charles M. Maynard, Esquire, and objects to the Proof of Claim filed by creditor District of Columbia ("DC") Office Tax and Revenue in the amount of $39,473.21 and assigns the following reasons for the same:

1. That the DC Office of Tax and Revenue filed a proof of claim on March 8, 2017 in the amount of $ 39,473.21 for the years 2013, 2014 and 2015.

2. That the basis of the proof of claim is inaccurate because it also claims several years prior when Mr. Brammer resided in Moorpark, California and that for the years 2005 to 2008, the Debtor filed California Resident Income Tax, copies of which were recently sent to the Attention: Angela Coleman, Compliance Section, DC Office of Tax and Revenue.

3. That the proof of claim should be expunged to the extent that it is attempting to obtain an amount in violation of section 502 (b)(2) of the Bankruptcy Code and that the Debtor has already filed with the DC Office the outstanding tax returns for the years 2013 to 2015.

4. That in my recent communication with Ms. Coleman, she indicated to me that as soon as she received the out of state tax returns from the Debtor, she will amend the proof of claim accordingly and we look forward to this being done very soon.

**WHEREFORE**, Debtor prays that this Honorable Court:

A. Disallow the proof of claim filed by DC Office of Tax and Revenue or any of its predecessors in interest.

B. For such other and further relief as the nature of this cause requires.

Respectfully Submitted,

_____/s/_____
Charles M. Maynard
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

### NOTICE OF OPPORTUNITY TO OBJECT TO OBJECTION OF CLAIM

**PURSUANT TO LBR 3007-1, WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE,** you must file and serve a written opposition to the Objection to your claim and a proposed Order under Local Bankruptcy Rule 9072-1. The opposition and the proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave, Washington, DC 20001, and served (by delivery of mailing of copies) upon the Debtors Counsel and the Trustee. The opposition may append affidavits and documents you wish to attach in support of your claims.

**IF YOU FAIL TO FILE A TIMELY OPPOSITION, THE COURT MAY GRANT THE OBJECTION TO CLAIM IN THE MANNER SOUGHT BY THE OBJECTION WITHOUT A HEARING.** You may file and serve with or include in the opposition a request for hearing, which may be held in the Court's discretion.

/s/ Charles M. Maynard
Charles M. Maynard

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Objection was sent on the 11th day of June, 2017 by mail to the following to the extent that they were not served electronically via the CM/ECF system.

Nancy Spencer Grigsby
*Chapter 13 Trustee*
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Angela Coleman
Compliance Section
DC Office of Tax and Revenue
1101 4th Street, SW 6th Floor
Washington, DC 20024

Eugenia D. Williams
Revenue Officer
DC Office of Tax and Revenue
1101 4th Street, SE
Washington, DC 20024

William H. Brammer
107 7th Street, SE
Washington, DC 20003

_____/s/_____
Charles M. Maynard

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| | : | |
| WILLIAM H. BRAMMER | : | Case No: 16-00642 SMT |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| _____ | : | |

**<u>ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED
BY CREDITOR DISTRICT OF COLUMBIA OFFICE OF TAX AND REVENUE</u>**

Having considered the Debtor's Objection to the Proof of Claim filed by DC Office of Tax and Revenue and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the proof of claim be and is hereby deemed wholly unsecured.

**ORDERED,** that the Debtor's objection to the proof of claim is GRANTED, and it is further

**ORDERED**, that the claim of DC Office of Tax and Revenue herein shall be disallowed as a claim under the Debtor's plan.

Copies of this Order sent to:

Angela Coleman
Compliance Section
DC Office of Tax and Revenue
1101 4th Street, SW 6th Floor
Washington, DC 20024

Eugenia D. Williams
Revenue Officer
DC Office of Tax and Revenue
1101 4th Street, SE
Washington, DC 20024

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, S.E.
Washington, DC 20003

**End of Order**

3