oflsta13 (12/15)



In Re: **William Haymore Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **16–00642**
Chapter: **13**

### ORDER TO FILE SUMMARY OF YOUR ASSETS AND LIABILITIES
==================================================================

On 06/12/2017 the debtor(s) filed schedules (Dkt.No. 67). The filing, however, failed to include the following documents:

| | | | |
|---|---|---|---|
| ☑ | Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum) | ☐ | Summary of Assets and Liabilities for Non–Individuals (Form 206Sum) |

Federal Rule of Bankruptcy Procedure 1007(b) and LBR 1009–1 requires the debtor(s) to file certain schedules, statements, and other documents as prescribed by the appropriate Official Forms. Included among these Official Forms are the statistical summary and summary of schedules (Official Form 106 Sum for individual debtors or 206 Sum for non–individuals) to be submitted with the debtor's schedules. The debtor(s) failed to file one or both of these summaries with the schedules. Accordingly, it is

ORDERED that within 7 days of the entry of this order the debtor(s) shall file above noted summaries with a declaration under penalty of perjury (Official Form 106 Dec for individual debtors or 202 for non–individuals) or show cause, by a writing filed with this court, why the schedules (Dkt. No. 67) ought not be stricken.

Copies to:
Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee
_____

Dated: 6/13/17

For the Court:
Angela D. Caesar

By:
sw