oflsta13 (12/15)



In Re: **William Haymore Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **16–00642**
Chapter: **13**

### ORDER TO FILE SUMMARY OF YOUR ASSETS AND LIABILITIES
================================================================

   On 06/12/2017 the debtor(s) filed schedules (Dkt.No. 67). The filing, however, failed to include the following documents:

| | | | |
|---|---|---|---|
| ☑ | Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum) | ☐ | Summary of Assets and Liabilities for Non–Individuals (Form 206Sum) |

   Federal Rule of Bankruptcy Procedure 1007(b) and LBR 1009–1 requires the debtor(s) to file certain schedules, statements, and other documents as prescribed by the appropriate Official Forms. Included among these Official Forms are the statistical summary and summary of schedules (Official Form 106 Sum for individual debtors or 206 Sum for non–individuals) to be submitted with the debtor's schedules. The debtor(s) failed to file one or both of these summaries with the schedules. Accordingly, it is

   ORDERED that within 7 days of the entry of this order the debtor(s) shall file above noted summaries with a declaration under penalty of perjury (Official Form 106 Dec for individual debtors or 202 for non–individuals) or show cause, by a writing filed with this court, why the schedules (Dkt. No. 67) ought not be stricken.

Copies to:
Debtor(s)
Attorney for the Debtor(s) (if any)
Chapter 13 Trustee
_____

Dated: 6/13/17

For the Court:
Angela D. Caesar

By:
sw

```
                        United States Bankruptcy Court
                              District of Columbia
```

In re:                                                              Case No. 16-00642-smt
William Haymore Brammer, Jr.                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1           User: swyche              Page 1 of 1              Date Rcvd: Jun 13, 2017
                               Form ID: oflsta13         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2017.
db             +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2017 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Rebecca  Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four     USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7