The order below is hereby signed.

Signed: June 21 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In Re:

WILLIAM HAYMORE BRAMMER        Case No: 16-00642 SMT

Debtor        Chapter 13

## ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY CREDITOR PYOD, LLC

Having considered the Debtor's Objection to the Proof of Claim filed by PYOD, LLC and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the proof of claim be and is hereby deemed wholly unsecured.

**ORDERED,** that the Debtor's objection to the proof of claim is GRANTED, and it is further

**ORDERED**, that the claim of PYOD, LLC herein shall be disallowed as a claim under the Debtor's plan.

Copies of this Order sent to:

Leoann Shannon, Esq.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, S.E.
Washington, DC 20003

**End of Order**