The order below is hereby signed.

Signed: June 21 2017



S. Martin Teel, Jr.
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:                                          :
                                                :
                                                :
   WILLIAM HAYMORE BRAMMER          :          Case No: 16-00642 SMT
                                                :
   Debtor                                       :          Chapter 13
                                                :
_____      :

### ORDER GRANTING DEBTOR'S OBJECTION TO PROOF OF CLAIM FILED BY CREDITOR PYOD, LLC

Having considered the Debtor's Objection to the Proof of Claim filed by PYOD, LLC and any response thereto, and it appearing that proper notice has been given, it is by the United States Bankruptcy Court for the District of Maryland,

**ORDERED**, that the proof of claim be and is hereby deemed wholly unsecured.

**ORDERED,** that the Debtor's objection to the proof of claim is GRANTED, and it is further

**ORDERED**, that the claim of  PYOD, LLC herein shall be disallowed as a claim under

the Debtor's plan.


Copies of this Order sent to:

Leoann Shannon, Esq.
Resurgent Capital Services
P.O. Box 19008
Greenville, SC 29602

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, S.E.
Washington, DC 20003


**End of Order**

United States Bankruptcy Court
District of Columbia

In re:                                                               Case No. 16-00642-smt
William Haymore Brammer, Jr.,                                        Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1        User: plopez           Page 1 of 1          Date Rcvd: Jun 22, 2017
                           Form ID: pdf001         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2017.
db            +William Haymore Brammer, Jr.,   107 7th St., SE,   Washington, DC 20003-1213
              +Leoann Shannon, Esq.,   Resurgent Capital Services,   P.O. Box 19008,
               Greenville, SC 29602-9008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2017                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2017 at the address(es) listed below:
          Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
          Joycelyn S. Peyton    on behalf of Creditor   United States Of America joycelyn.s.peyton@usdoj.gov,
          Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
          Mark  Meyer   on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana
          Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
          bk@rosenberg-assoc.com
          Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
          Nancy Spencer Grigsby    grigsbyecf@ch13md.com
          Rebecca  Herr   on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
          U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                      TOTAL: 7