NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
William Haymore Brammer, Jr.  
**Debtor**

**Case No.** 16−00642

**Chapter** 13

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE: 8/24/2017

TIME: 2:00 PM

LOCATION: Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

The following matter(s) will be considered and acted upon at the time:

−Objection to Proof of Claim Filed by District of Columbia Office and Tax and Revenue, Filed by William Brammer (Docket Entry No. 63)

−Objection to Proof of Claim Filed by Creditor Wilmington Savings Fund Society, , Filed by William Brammer (Docket Entry No. 64)

This hearing will be a Scheduling Conference. Parties may contact Courtroom Deputy Aimee Mathewes at 202−354−3178 to arrange a telephonic appearance.

Dated: 8/1/17

For the Court:
Angela D. Caesar
BY: am