NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**  
William Haymore Brammer, Jr.  
**Debtor**

**Case No.** 16−00642

**Chapter** 13

# NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  8/24/2017

TIME:  2:00 PM

LOCATION:  Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

The following matter(s) will be considered and acted upon at the time:

−Objection to Proof of Claim Filed by District of Columbia Office and Tax and Revenue, Filed by William Brammer (Docket Entry No. 63)

−Objection to Proof of Claim Filed by Creditor Wilmington Savings Fund Society, , Filed by William Brammer (Docket Entry No. 64)

This hearing will be a Scheduling Conference. Parties may contact Courtroom Deputy Aimee Mathewes at 202−354−3178 to arrange a telephonic appearance.

Dated:  8/1/17

For the Court:
Angela D. Caesar
BY:  am

```
                        United States Bankruptcy Court
                             District of Columbia
```

In re:                                                              Case No. 16-00642-smt
William Haymore Brammer, Jr.                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: mathewes           Page 1 of 1           Date Rcvd: Aug 01, 2017
                              Form ID: ntchrg          Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
694786           DC Gov't Office of Tax & Revenue PO Box 75520 WDC
                                                                    TOTALS: 1, * 0, ## 0
```

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2017 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark   Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby     grigsbyecf@ch13md.com
              Rebecca   Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7