CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
**AUG 2 4 2017**
Clerk, U.S. District and
Bankruptcy Courts

Date: 08/24/2017 Time: 02:00

**CASE: 16-00642 William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[63] Objection to Secured Claim by Claimant DC Office of Tax and Revenue Filed by William Haymore Brammer Jr. (Attachments: # 1 Proposed Order) [Scheduling Conference]

**MOVANT** : William Brammer BY C Maynard;

DE# _Claim 3-1_____   DE# _____

DE# _____   DE# _____

DE# _____   DE# _____

DE# _____   DE# _____

[64] Objection to Secured Claim by Claimant Wilmington Savings Fund Society Filed by William Haymore Brammer Jr. (Attachments: # 1 Proposed Order) [Scheduling Conference]

**MOVANT** : William Brammer BY C Maynard;

DE# _Claim 4-1_____   DE# _____

DE# _75 response_____   DE# _____

DE# _____   DE# _____

DE# _____   DE# _____

DISPOSITIONS:
    Granted____   Sustained____   Denied____
    Overruled____   Withdrawn____   Under Adv.____
    Moot____   Consent____   Dismissed____
    Continued to: _Sept. 21_, 20_17_, AT _2:00_ P.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ] Court [ ] Movant [ ] Opposing Party [ ] Trustee [ ] Jointly

DECISION:

    [ ] Signed by Court        [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel        [ ] Court

[ ] Respondent's counsel        [ ] Other _____

NOTES:

_____ No appearances _____

_____

_____

_____

_____

_____ S. Martin Teel, Jr _____
S. Martin Teel, Jr. , United States Bankruptcy Judge