# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | : |
| WILLIAM H. BRAMMER | : Case No.: 16-00642 SMT |
| | : Chapter 13 |
| Debtor | : |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LINE REQUESTING WITHDRAWAL OF DOCUMENT

TO THE CLERK,

Please withdraw the Debtor's Objection to the Proof of Claim filed by District of Columbia Office of Tax and Revenue on June 11, 2017 and entered as Document #63 in the above captioned case.

Thank you!

Date: September 12, 2017

/s/ Charles M. Maynard
Charles M. Maynard
200-A Monroe Street, Suite #115
Rockville, MD  20850
301-294-6003
301-294-6004 FAX

*Debtor's Counsel*