**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE** * | |
| * | |
| **WILLIAM HAYMORE BRAMMER, JR.** * | **Case No. 16-00642-SMT** |
| * | **Chapter 13** |
| * | |
| **Debtor(s),** * | |
| * | |

\* * * * * * * * * * * *

## ORDER RESOLVING OBJECTION TO CLAIM NUMBER 4

THIS CAUSE IS BEFORE THE COURT on the Debtor's Objection [Docket No. 64] to Claim 4-1 filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 ("Wilmington"), and the response thereto filed by Wilmington; and the Debtor and Wilmington agreeing and consenting to the relief set forth in this Order; and good cause being shown; be it therefore **ORDERED** as follows:

1. Wilmington's prepetition arrears claim, asserted in the amount of $51,250.23, shall be allowed in the amount of $41,290.23. Such amount is reflective of removing $9,960.00 in pre-petition attorney's fees and costs; and

2. The $9,960.00 removed from the pre-petition arrearage claim shall remain part of Wilmington's total secured claim and shall remain part of the total balance owed on the loan.

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Charles M. Maynard |
|---|---|
| Mark D. Meyer, Esq. | Charles M. Maynard, Esq. |
| Attorney for the Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 | Attorney for Debtor |

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

Copies to:
Nancy Spencer Grigsby, Trustee
Mark D. Meyer, Esq.
Charles M. Maynard, Esq.

END OF ORDER