## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In Re:  WILLIAM HAYMORE BRAMMER, JR.

Debtor

Case No. 16-00642-SMT
Chapter 13

### TRUSTEE'S CONSENT PRAECIPE CONTINUING HEARING ON CONFIRMATION

The Trustee, having obtained the consent of the debtor and of all objecting creditors, states that the hearing on confirmation has been continued from September 22, 2017, 9:30 a.m. to October 20, 2017, 9:30 a.m.

The Trustee hereby certifies that the parties are entitled to obtain an automatic continuance pursuant to LBR 5071-1(b) and that the Trustee has arranged with the clerk of the Court the filing of this Praecipe to continue the hearing.

Respectfully submitted,

**/s/Nancy Spencer Grigsby**
NANCY L. SPENCER GRIGSBY
185 ADMIRAL COCHRANE DR.
SUITE 240
ANNAPOLIS, MD  21401
p. 301-805-4700
email: ngrigsby@ch13md.com

### CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2017, a copy of the foregoing Trustee's Consent Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

WILLIAM HAYMORE BRAMMER, JR.
107 7TH ST., SE
WASHINGTON, DC  20003

CHARLES MAYNARD
200-A MONROE STREET
SUITE 115
ROCKVILLE, MD  20850

**/s/ Nancy Spencer Grigsby**
Nancy Spencer Grigsby
Chapter 13 Trustee