**United States Bankruptcy Court**
**District of District of Columbia, Washington D.C. Division**

**IN RE:**                                                                                         Case No. **16-00642**

**Brammer, Willaim Haymore**                                                          Chapter **13**

Debtor(s)

# CERTIFICATE OF SERVICE

I hereby certify that on **September 26, 2017**, a copy of **Amended Chapter 13 Plan** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

Respectfully submitted,
**Brammer, Willaim Haymore**

***/s/ Charles M. Maynard***
**Charles M. Maynard 28320 MD**
**Law Office of Charles M. Maynard**
**401 E Jefferson St Ste 208**
**Rockville, MD  20850-2613**

**cmaynard@maynardlawgroup.com**

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

**Brammer, Willaim Haymore**
**107 7th St SE**
**Washington, DC  20003-1213**

**FCI Lender Services Inc.**
**8180 E Kaiser Blvd**
**Anaheim, CA  92808-2277**

© 2017 CINgroup 1.866.218.1003 – CINcompass    CINcompass (www.cincompass.com)