**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

IN RE:

**WILLIAM HAYMORE BRAMMER, JR.**

Debtor

Case No. **16-00642-SMT**
Chapter 13
Section 341 Meeting: 02/10/2017
Confirmation Hearing: 11/17/2017

**TRUSTEE'S RECOMMENDATION REGARDING CONFIRMATION OF**
**PLAN FILED OCTOBER 17, 2017**

Comes now Nancy L. Spencer Grigsby, Trustee of the above-captioned estate, and having reviewed the proposed plan, along with the Proofs of Claims filed to date, and having conducted an examination of the debtor, under oath, at the Meeting of Creditors pursuant to 11 U.S.C. §341(a) on the above-captioned date, represents to this Honorable Court that said proposed plan complies with the provisions of 11 U.S.C. §1325; and therefore, the Trustee recommends confirmation.

WHEREFORE, the Trustee recommends confirmation of the plan filed on October 17, 2017.

Date: November 14, 2017

Respectfully Submitted,

**/s/ Nancy L. Spencer Grigsby**
Nancy L. Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Dr.
Suite 240
Annapolis, MD 21401
ngrigsby@ch13md.com

**CERTIFICATE OF SERVICE**

I hereby certify that on **November 14, 2017**, a copy of the foregoing Trustee's Recommendation, was served on the debtor's attorney electronically via the CM/ECF system, and on the Debtor:

William Haymore Brammer, Jr.
107 7Th St., Se
Washington, DC 20003
*Debtor*

Charles Maynard via email
CMaynard@MaynardLawGroup.com

**/s/ Nancy L. Spencer Grigsby**
Nancy L. Spencer Grigsby
CHAPTER 13 TRUSTEE