**FINMGT13 (12/15)**



In Re: **William Haymore Brammer, Jr.**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

Case No.: **16–00642**
Chapter: **13**

## NOTICE OF REQUIREMENT
## TO COMPLETE INSTRUCTIONAL COURSE
## IN PERSONAL FINANCIAL MANAGEMENT AND TO
## FILE CERTIFICATION THEREOF (OFFICIAL FORM 423) AND TO FILE
## A MOTION FOR ENTRY OF DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)

======================================================================

   Notice is hereby given that, pursuant to 11 U.S.C. § 1328(g), and subject to limited exceptions, the debtor(s) must complete an instructional course in personal financial management after the filing of the petition and file a Certification About a Financial Management Course (Official Form 423) [1] as described in 11 U.S.C. § 111 no later than the date of the last payment made pursuant to the confirmed plan of the debtor(s) to receive a discharge.

   Notice is further given that the debtor(s) must file a motion for entry of discharge pursuant to 11 U.S.C. § 1328(a) with notice of deadline and opportunity to object and a proposed order after completion in full of all plan payments under the confirmed chapter 13 plan of the debtor(s) (including payments made pursuant to modifications thereto)[2]. The debtor(s) must file the motion within twenty–eight (28) days of the filing of the chapter 13 trustee's final report and account in this case. ***Failure to file the Certification About a Financial Management Course (Official Form 423) or the motion for entry of discharge (or both) in a timely manner may result in the case being closed without the entry of a discharge.***[3]

_____

[1] If the personal financial management provider has not filed a certificate with the Court, the debtor(s) ***must*** submit Official Form 423 ("Certification About a Financial Management Course") pursuant to Fed. R. Bankr. P. 1007(b)(7). The court will not consider any "certification" submitted by the debtor(s) other than Official Form 423. The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

2 A sample motion for entry of a discharge is available at the court's website at http://www.dcb.uscourts.gov under the link "Forms & Publications."

3 The debtor(s) must file a motion to reopen the case to permit the filing of the Certification About a Financial Management Course (Official Form 423) or the motion for entry of discharge pursuant to 11 U.S.C. § 1328(a) (or both) once the case is closed. The motion to reopen the case will require full payment of the reopening fee prior to the reopening of the case.

Dated: 11/17/17

For the Court:
Angela D. Caesar

By:
sw