**FINMGT13 (12/15)**



In Re:  **William Haymore**
**Brammer, Jr.**

Case No.:  **16–00642**
Chapter:  **13**

United States Bankruptcy Court for the
District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

### NOTICE OF REQUIREMENT
### TO COMPLETE INSTRUCTIONAL COURSE
### IN PERSONAL FINANCIAL MANAGEMENT AND TO
### FILE CERTIFICATION THEREOF (OFFICIAL FORM 423) AND TO FILE
### A MOTION FOR ENTRY OF DISCHARGE PURSUANT TO 11 U.S.C. § 1328(a)
=================================================================

   Notice is hereby given that, pursuant to 11 U.S.C. § 1328(g), and subject to limited exceptions, the debtor(s) must complete an instructional course in personal financial management after the filing of the petition and file a Certification About a Financial Management Course (Official Form 423) [1] as described in 11 U.S.C. § 111 no later than the date of the last payment made pursuant to the confirmed plan of the debtor(s) to receive a discharge.

   Notice is further given that the debtor(s) must file a motion for entry of discharge pursuant to 11 U.S.C. § 1328(a) with notice of deadline and opportunity to object and a proposed order after completion in full of all plan payments under the confirmed chapter 13 plan of the debtor(s) (including payments made pursuant to modifications thereto)[2]. The debtor(s) must file the motion within twenty–eight (28) days of the filing of the chapter 13 trustee's final report and account in this case. ***Failure to file the Certification About a Financial Management Course (Official Form 423) or the motion for entry of discharge (or both) in a timely manner may result in the case being closed without the entry of a discharge.[3]***

_____

[1] If the personal financial management provider has not filed a certificate with the Court, the debtor(s) ***must*** submit Official Form 423 ("Certification About a Financial Management Course") pursuant to Fed. R. Bankr. P. 1007(b)(7).  The court will not consider any "certification" submitted by the debtor(s) other than Official Form 423.  The form is available at http://www.uscourts.gov/bkforms/bankruptcy_forms.html.

2 A sample motion for entry of a discharge is available at the court's website at http://www.dcb.uscourts.gov under the link "Forms & Publications."

3 The debtor(s) must file a motion to reopen the case to permit the filing of the Certification About a Financial Management Course (Official Form 423) or the motion for entry of discharge pursuant to 11 U.S.C. § 1328(a) (or both) once the case is closed. The motion to reopen the case will require full payment of the reopening fee prior to the reopening of the case.

For the Court:
Angela D. Caesar

Dated:  11/17/17

By:
sw

United States Bankruptcy Court
District of Columbia

In re:                                                                          Case No. 16-00642-smt
William Haymore Brammer, Jr.                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0090-1          User: swyche          Page 1 of 1          Date Rcvd: Nov 17, 2017
                             Form ID: finmgt13      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 19, 2017.
db              +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 19, 2017                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 17, 2017 at the address(es) listed below:
          Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
          Joycelyn S. Peyton    on behalf of Creditor   United States Of America joycelyn.s.peyton@usdoj.gov,
           Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
          Mark Meyer    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana
           Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
           bk@rosenberg-assoc.com
          Nancy Spencer Grigsby   on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
          Nancy Spencer Grigsby    grigsbyecf@ch13md.com
          Rebecca  Herr   on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
          U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                            TOTAL: 7