IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In RE: | * |
| | * |
| WILLIAM H. BRAMMER | * |
| | *   Case No:  16-00642 SMT |
| Debtor | * |
| | * |
| | *   Chapter:  13 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION FOR ALLOWANCE
OF ATTORNEY'S FEES FROM CHAPTER 13 TRUSTEE
AFTER PLAN CONFIRMATION**

COMES NOW, Charles M. Maynard, counsel to the Debtor ("hereinafter "Applicant") who makes this request for the allowance of attorney's fees for services rendered for the benefit of the Debtor and the bankruptcy estate, and in support thereof states as follows:

1. Applicant entered his appearance on or about February 6, 2017 and has served as counsel to the Debtor throughout the pendency of the chapter 13 proceedings.

2. The fees sought in this application result from services rendered for or on behalf of the Debtor.

3. The fees sought to be paid to Applicant result from services rendered or required to be rendered in the initial retainer agreement as evidenced by the Rule 2016(b) Disclosure Statement filed upon entry of appearance of Applicant.

4. The services for which the fees are now sought by Applicant are reasonable and necessary services that benefit the Estate as the case has now been confirmed after resolution of objections by the DC Taxing Authorities and the Secured Creditor Wilmington Savings Fund and resolution of Motion to Lift the Automatic Stay.

5. Prior to the filing of this Application, Applicant has been paid a total of $00.00 in fees and is due $2500.00 pursuant to Rule 2016(b) Disclosure Statement filed upon entry of appearance of Applicant.

6. Applicant respectfully submits and hereby affirms to the Court that the fees requested by this application were reasonable and necessary.

7. Further, that the fees charged for the services described are reasonable based upon the customary fees and generally approved by this Court for services of this nature provided by comparably skilled professions.

8. No agreement or understanding exists between Applicant and any other person for the division or sharing of compensation for services rendered or costs advanced in connection with Applicant's representation of the Debtor.

9. The Debtor has requested that the services be provided by Counsel and that this Court allow the payment of the requested attorney's fees and, if necessary, approve the payment of the fees as an administrative expense through the Chapter 13 Plan.

10. Applicant avers the approval of the requested fees will not affect distribution to creditors under the plan.

**WHEREFORE**, Applicant, respectfully requests:

A. That he be paid a reasonable attorney's fee in the amount of **$2500.00** to be paid by the Chapter 13 Trustee as an administrative expense through the Chapter 13 Plan.

B. That such other and further relief be available as this cause may require.

Respectfully submitted,

_____/s/_____  Date: November 22, 2017
Charles M. Maynard, Esq.
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY**, that the foregoing Application for Allowance of Attorney's Fees on this 22nd day of November, 2017 a copy of the foregoing was filed electronically with the Court and to the extent that parties do not have access to the CM/ECF, mailed, postage pre-paid first class to the address below.

Nancy Spencer Grigsby
Chapter 13 Trustee
85 Admiral Cochrane Drive, #240
Annapolis, MD 21401

_____/s/_____
Charles M. Maynard, Esq.

5