## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In RE:                                  *
                                        *
WILLIAM H. BRAMMER                       *
                                        *       Case No:  16-00642 SMT
        Debtor                           *
                                        *
                                        *       Chapter:  13

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF OPPORTUNITY TO OBJECT TO APPLICATION
### FOR COMPENSATION OF ATTORNEY'S FEES

Pursuant to Local Rule 2002-1 of the District of Columbia Bankruptcy Rules, Notice

is hereby given that:

1.  An Application for Compensation of Attorney's Fees has been filed by the

Debtor's Counsel, (hereinafter "Applicant").

2.   The Application seeks fees of $2500.00 pursuant to Rule 2016(b) Disclosure

Statement and for representation of the Debtor during the pendency of chapter 13

proceedings.

3.   Pursuant to the Local Rules of this Court the Applicant has already filed a

2016(b) Disclosure statement.

4.   If the Court approves the Application, the Fees approved may be paid by the

Chapter 13 Trustee as an administrative expense.  Applicant avers that approval of the

requested fees will not affect distribution to creditors under the plan

5.  Any objection to the Application must be filed within twenty-one (21) days of the date of the Application with the Clerk, US Bankruptcy Court for the District of Columbia 333 Constitution Ave, NW #1225, Washington, DC 20001, with a copy sent to the undersigned Counsel, the Chapter 13 Trustee, and shall state the factual and legal grounds on which it is based.

6. The Application may be approved without further Order or Notice if no timely objection is filed, and the Court, in its discretion, may conduct a hearing or determine the matter without a hearing regardless of whether an objection is filed.

7.  Parties in interest with questions may contact the undersigned.

Date:  November 22, 2017             Respectfully submitted,


_____/s/_____
Charles M. Maynard, Esq.
**LAW OFFICE OF CHARLES M. MAYNARD, LLC**
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

## CERTIFICATION OF SERVICE

**I HEREBY CERTIFY**,  that the foregoing Notice of Application for Compensation of Attorney's Fees on this 22nd day of November, 2017 a copy of the foregoing was filed electronically with the Court and to the extent that parties do not have

access to the CM/ECF, mailed, postage pre-paid first class to the address below.

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, SE
Washington, DC 20003

_____/s/_____
Charles M. Maynard, Esq.

-