The order below is hereby signed.

Signed: December 27 2017



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| WILLIAM H. BRAMMER | * | Case #: 16-00642 SMT |
| | * | |
| | * | Chapter 13 |
| Debtor | * | |
| | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### ORDER GRANTING APPLICATION FOR COMPENSATION
### OF ATTORNEY'S FEES

This matter came before the Court on the Application for Compensation of Counsel for the Debtor ("Applicant") pursuant to 11 U.S.C. § 327. The Court being satisfied that such compensation is necessary and is in the best interest of the estate, it is hereby:

ORDERED, that the Application be, and the same hereby is GRANTED IN ITS ENTIRETY, and it is

1

2

FURTHER ORDERED, pursuant to 11 U.S.C. § 327 (a), that the Trustee Nancy Spencer Grigsby be, and she hereby is, authorized to compensate the Applicant for the purposes identified in the Debtor's Application and Rule 2016(b) Disclosure Statement in the order of $2500.00.

Copies of this Order to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, SE
Washington, DC 20003

**End of Order**