```
The order below is hereby signed.

Signed: December 27 2017
```



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| WILLIAM H. BRAMMER | * | Case #: 16-00642 SMT |
| | * | |
| | * | Chapter 13 |
| Debtor | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING APPLICATION FOR COMPENSATION
### OF ATTORNEY'S FEES

This matter came before the Court on the Application for Compensation of Counsel for the Debtor ("Applicant") pursuant to 11 U.S.C. § 327. The Court being satisfied that such compensation is necessary and is in the best interest of the estate, it is hereby:

ORDERED, that the Application be, and the same hereby is GRANTED IN ITS ENTIRETY, and it is

1

FURTHER ORDERED, pursuant to 11 U.S.C. § 327 (a), that the Trustee Nancy Spencer Grigsby be, and she hereby is, authorized to compensate the Applicant for the purposes identified in the Debtor's Application and Rule 2016(b) Disclosure Statement in the order of $2500.00.

Copies of this Order to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

William H. Brammer
107 7th Street, SE
Washington, DC 20003

**End of Order**

United States Bankruptcy Court
District of Columbia

In re:                                                                    Case No. 16-00642-smt
William Haymore Brammer, Jr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: jackson          Page 1 of 1          Date Rcvd: Dec 28, 2017
                              Form ID: pdf001        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2017.
db             +William Haymore Brammer, Jr.,   107 7th St., SE,   Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2017 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark  Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby     grigsbyecf@ch13md.com
              Rebecca   Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7