IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>    Movant<br>v.<br><br><br><br>    Respondents | Motion No. |

## NOTICE OF DEFAULT

    Now comes, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1, the movant, and state as follows:

    1.  The Movant is the holder of a Deed of Trust on the real property and improvements with a legal description of "Square 0870 Lot 0104" also known as 107 7th Street, SE, Washington, DC 20003.

    2.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $4,653.80 (said payment represents the regular mortgage payment) to the Movant on November 1, 2017 through June 1, 2018.

    3.  The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

    4.  Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $36,792.30 (6 Regular monthly payments; Late Charges iao $698.07; Attorney Fees iao $100.00 less suspense of $1,236.17) in certified funds, the automatic stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218
PROJECT NAME:
Brammer, Jr., William H.
PROPERTY ADDRESS:
107 7th Street, SE

5. All payments to the Movant should be made to:

        Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1

        /s/Mark D. Meyer, Esq.
        Mark D. Meyer, Esq.
        DC Bar 475552
        Rosenberg & Associates, LLC
        4340 East West Highway, Suite 600
        Bethesda, MD 20814
        301.907.8000

## Certificate of Service

I hereby certify that on this 13th day of June, 2018, a copy of the foregoing Affidavit was mailed by first class, postage pre-paid mail or via electronic email, to:

| | |
|---|---|
| Nancy Spencer Grigsby<br>Trustee<br>185 Admiral Cochrane Drive, Suite 240<br>Annapolis, MD 21401 | Charles Maynard, Esquire<br>Law Offices of Charles M. Maynard, LLC<br>401 East Jefferson Street  Suite 208 ,<br>Rockville MD |
| William H. Brammer, Jr.<br>107 7th Street, SE<br>Washington, DC 20003 | |

        /s/Mark D. Meyer, Esq.
        Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER:  59218
PROJECT NAME:
Brammer, Jr., William H.
PROPERTY ADDRESS:
107 7th Street, SE