UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| WILLIAM H. BRAMMER | * | |
| | * | Case #: 16-00642 SMT |
| | * | |
| Debtor | * | Chapter 13 |

| | | |
|---|---|---|
| WILMINGTON TRUST | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| William H. Brammer | * | |
| | * | |
| Defendant | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**OPPOSITION TO CREDITOR WILMINGTON TRUST
NOTICE OF DEFAULT**

Comes now the Debtor, William Haymore Brammer by and through his attorney, Charles M. Maynard, Esquire, and files this Opposition to Plaintiff's Notice of Default and in support of which states the following:

1. That the Debtor agrees with the statement made in paragraph #1.
2. That the Debtor agrees with the statement made in paragraph #2 and maintains that the subject of the Notice of Default was improperly issued.
3. That Debtor disagrees with the statement propounded in paragraph #3. Creditor issued its Notice of Default on June 13, 2018, stating that no payments have been made by the Debtor from November 2017 to June 2018. Debtor consistently made his timely monthly payments pursuant to the Consent Agreement and it is his practice to make copies of all correspondence and instruments when issued.

4. That the Debtor agrees in part and disagrees in part with the statement made in paragraph #4 in that all payments from November 2017 to May 2018 were issued to the payee by Creditor in the Consent Order as follows:

> **Wilmington Savings Fund Society, FSB**
> **D/B/A/ Christiana Trust as Trustee of Residential Credit**
> **Opportunities Trust Series 2015-1**
> **Attn: Bankruptcy Department**
> **2999 Westminster Avenue, Suite #265**
> **Seal Beach, CA 90740**

5. That the Debtor received an email correspondence from Dave Kleinman subsequent to his April 2018 payment indicating FCI's (loan processor) address for future payments as follows:

> **FCI Lender Services**
> **8180 East Kaiser Blvd**
> **Anaheim Hills, CA 92808**

6. Debtor issued his June 2018 payment to the stated address above as per email from Mr. Kleinman.

7. Debtor maintains that the Consent Order entered into between Debtor and Creditor was limited to the cure of a missed January 2017 post-petition mortgage payment and that the current Notice of Default was improperly issued by Creditor.

8. Upon investigation by the Debtor after receipt of the Notice of Default, Debtor discovered that only three (3) payments have cleared his account since November 2017 and the remaining funds are still residing in his account.

9. That Debtor is without knowledge as to why his prior payments have not been processed and further, on the advice of counsel, has not canceled payments on any outstanding checks and reissued such payments.

**WHEREFORE**, the Debtor pray that this Honorable Court:

A. Deny the Plaintiff's Notice of Default for the aforesaid reasons and maintain the Automatic Stay accordingly; and

2

B.  Grant such other and further relief as the nature of this cause may require.

Respectfully submitted,

/s/ Charles M. Maynard
Charles M. Maynard

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Opposition to the Notice of Default was sent on June 22th, 2018 to:

Nancy Spencer Grigsby
Chap 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

/s/ Charles M. Maynard
Charles M. Maynard