NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**
William Haymore Brammer, Jr.
**Debtor**

**Case No.** 16–00642–SMT

**Chapter** 13

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above–referenced case on the following date and time:

DATE:  7/19/2018

TIME:  2:00 PM

LOCATION:  Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

The following matter(s) will be considered and acted upon at the time:

Notice of Default Filed by Wilmington Savings Fund Society, FSB (Docket Entry No. 99)

Dated:  6/28/18

For the Court:
Angela D. Caesar
BY:  am