## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**WILLIAM HAYMORE BRAMMER, JR.**

Case No. **16-00642-SMT**
Chapter 13

Debtor

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   WILLIAM HAYMORE BRAMMER, JR.
      107 7TH ST., SE
      WASHINGTON, DC  20003
      *Debtor*

      CHARLES MAYNARD
      200-A MONROE STREET
      SUITE 115
      ROCKVILLE, MD  20850
      *Attorney for Debtor*

NANCY L. SPENCER GRIGSBY
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest