**CASE HEARING SUMMARY**
**(This is NOT an ORDER)**

**FILED**
**JUL 19 2018**
Clerk, U.S. District and
Bankruptcy Courts

Date: 07/19/2018 Time: 02:00

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[99] Notice *of Default on Consent Order Modifying Automatic Stay* Filed by Mark Meyer on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. (Re: Related Document(s) #:57 Consent Order.)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# _____  _____    DE# _____  _____

DE# _____  _____    DE# _____  _____

DE# _____  _____    DE# _____  _____

DE# _____  _____    DE# _____  _____

DISPOSITIONS:
   Granted____   Sustained____   Denied____
   Overruled____ Withdrawn____   Under Adv.____
   Moot____      Consent____     Dismissed____
   Continued to: _____Aug. 16_____, 20 18, AT 2:00 P.M.
   Proposed Order To Be Submitted By ____/____/____
   By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

   [ ] Signed by Court            [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel       [ ] Court
       [ ] Respondent's counsel   [ ] Other _____

NOTES:   No appearances
_____

*[Signed]* S. Martin Teel, Jr.
_____
S. Martin Teel, Jr. , United States Bankruptcy Judge