**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia**

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor(s) | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>    Movant<br>v.<br><br>William H. Brammer, Jr.<br><br><br>    Respondents | Motion No. |

## **NOTICE OF CURE OF NOTICE OF DEFAULT**

Dear Clerk:

　　The Notice of Default regarding the Consent Order Modifying the Automatic Stay filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 on June 13, 2018 has been cured.

　　　　　　　　　　　　　　/s/ Mark D. Meyer, Esq.
　　　　　　　　　　　　　　Mark D. Meyer, Esq.
　　　　　　　　　　　　　　Rosenberg & Associates, LLC
　　　　　　　　　　　　　　4340 East West Highway, Suite 600
　　　　　　　　　　　　　　Bethesda, MD 20814
　　　　　　　　　　　　　　301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of August, 2018, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Cure of Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Charles Maynard, Esq.
Nancy Spencer Grigsby, Trustee

I hereby further certify that on the 15th day of August, 2018, a copy of the Notice of Cure of Notice of Default was also mailed first class mail, postage prepaid to:

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Respectfully Submitted,

/s/ Mark D. Meyer, Esq._____
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218