The order below is hereby signed.

Signed: August 24 2018



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**WILLIAM HAYMORE BRAMMER, JR.**

        Debtor

Case No. **16-00642-SMT**
Chapter 13

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    WILLIAM HAYMORE BRAMMER, JR.
       107 7TH ST., SE
       WASHINGTON, DC  20003
       *Debtor*

       CHARLES MAYNARD
       200-A MONROE STREET
       SUITE 115
       ROCKVILLE, MD  20850
       *Attorney for Debtor*

NANCY L. SPENCER GRIGSBY
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest