# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | * |
| | * |
| WILLIAM HAYMORE BRAMMER | * Case # 16-00642 SMT |
| | * |
| Debtor | * Chapter 13 |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## EMERGENCY MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL AND REINSTATE AUTOMATIC STAY
### *(AND REQUEST FOR A HEARING)*

COMES NOW the Debtor, William Haymore Brammer, by and through his attorney, Charles M. Maynard, Esquire, and files this Motion to Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay and in support of which states the following:

1. That the Debtor filed the Chapter 13 bankruptcy petition on December 15, 2016 and the chapter 13 plan was confirmed on November 16, 2017.

2. That this matter arose due to a deficiency in plan payments to the Trustee that the Debtor has incurred based, in part, on fulfilling his obligation regarding post-petition payments to his mortgage lender and more recently the birth of a newborn baby to his spouse.

3. That the Debtor has indicated to me that he has every intention of curing the outstanding plan payments to the Trustee immediately.

4. That counsel literally and unintentionally overlook the response date of the Trustee's Motion to Dismiss as the focus was on curing the outstanding notice of default filed by the mortgage lender, which has now been cured. The issue with the mortgage lender involved the debtor making payments to different addresses as instructed by the lender and as result not being

1

properly credited the payments that he was making. That counsel profusely apologizes for this unintentional mishap.

5. That the Debtor has complied with all of his responsibilities of the Bankruptcy Code and upon information and belief has been making all of his plan payments to date except for the amount in question with the Trustee and to dismiss his chapter 13 petition would be manifest unjust and would cause severe hardship on the Debtor who with his spouse (wife) has just received a newborn into the family.

**WHEREFORE,** these premises considered, Debtor prays:

A. That this Honorable Court Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay.

B. For such other and further relief as the nature of this cause may require.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard, Esquire
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

**REQUEST FOR HEARING**

The Debtor requests a hearing on this Motion to Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay.

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the foregoing Emergency Motion was sent on the 25th day of August, 2018 to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, #240
Annapolis, MD 21401

William Haymore Brammer
107 7th Street, S.E.
Washington, DC 20003

/s/ Charles Maynard
Charles Maynard