**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In Re: | * |
| | * |
| | * |
| WILLIAM HAYMORE BRAMMER | * Case No.:  16-00642 SMT |
| | * |
| | * |
| Debtor | * Chapter 13 |
| | * |
| | * |
| | * |
| | * |

*************************************************************************

**ORDER ON EMERGENCY MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL AND REINSTATE AUTOMATIC STAY**

TO THE HONORABLE, THE JUDGE OF SAID COURT:

UPON CONSIDERATION of the Emergency Motion to Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay and the opposition thereto, and the record herein, it is, this _____day of_____20_____, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Debtor's Motion hereby is GRANTED.

Copies to:    all Parties of Record

**End of Order**