The order below is signed, vacating the Order Dismissing Case, resulting in a hearing on the motion to dismiss still to be held on September 28, 2018.  The court has entered the order without awaiting responses because it appeared that the motion would likely be granted (so that the trustee's motion to dismiss would be decided on the merits instead of being granted for lack of a timely opposition). However, if a creditor or a trustee had shown that the failure timely to oppose the trustee's motion to dismiss the case was not the result of excusable neglect, that would have resulted in denial of the motion to vacate. Accordingly, it is further

ORDERED that (1) upon the filing of an opposition to the debtor's motion to vacate the order of dismissal, the court will vacate the order below, and hold a hearing on the debtor's motion to vacate on September 20, 2018, at 10:30 a.m., and (2) any opposition to the debtor's motion to vacate must be filed by September 14, 2018.

Dated: August 27, 2018.



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In Re:

WILLIAM HAYMORE BRAMMER

    Debtor

Case No.: 16-00642
SMT

Chapter 13

*********************************************************************

### ORDER ON EMERGENCY MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL AND REINSTATE AUTOMATIC STAY

TO THE HONORABLE, THE JUDGE OF SAID COURT:

UPON CONSIDERATION of the Emergency Motion to Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay and the opposition thereto, and the record herein, it is, this _____ day of _____ 20_____, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Debtor's Motion hereby is GRANTED and the Order Dismissing Case is VACATED.

Copies to:  All entities on BNC mailing list; e-recipients of orders.

**End of Order**