**The order below is signed, vacating the Order Dismissing Case, resulting in a hearing on the motion to dismiss still to be held on September 28, 2018. The court has entered the order without awaiting responses because it appeared that the motion would likely be granted (so that the trustee's motion to dismiss would be decided on the merits instead of being granted for lack of a timely opposition). However, if a creditor or a trustee had shown that the failure timely to oppose the trustee's motion to dismiss the case was not the result of excusable neglect, that would have resulted in denial of the motion to vacate. Accordingly, it is further**

    **ORDERED that (1) upon the filing of an opposition to the debtor's motion to vacate the order of dismissal, the court will vacate the order below, and hold a hearing on the debtor's motion to vacate on September 20, 2018, at 10:30 a.m., and (2) any opposition to the debtor's motion to vacate must be filed by September 14, 2018.**

    **Dated: August 27, 2018.**



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | * |
| | * |
| WILLIAM HAYMORE BRAMMER | * |
| | * Case No.: 16-00642 |
| | * SMT |
| Debtor | * |
| | * Chapter 13 |
| | * |
| | * |

*********************************************************************

### ORDER ON EMERGENCY MOTION TO RECONSIDER AND VACATE ORDER OF DISMISSAL AND REINSTATE AUTOMATIC STAY

TO THE HONORABLE, THE JUDGE OF SAID COURT:

UPON CONSIDERATION of the Emergency Motion to Reconsider and Vacate Order of Dismissal and Reinstate Automatic Stay and the opposition thereto, and the record herein, it is, this _____day of_____20_____, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Debtor's Motion hereby is GRANTED and the Order Dismissing Case is VACATED.

Copies to: All entities on BNC mailing list; e-recipients of orders.

**End of Order**

United States Bankruptcy Court
District of Columbia

In re:                                                                    Case No. 16-00642-SMT
William Haymore Brammer, Jr.                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: admin              Page 1 of 2          Date Rcvd: Aug 28, 2018
                              Form ID: pdf001          Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2018.
```
db          +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213
aty         +Charles M. Maynard,    LAW OFFICE OF CHARLES M. MAYNARD, LLC,    200-A Monroe Street, Suite #115,
              Rockville, MD 20850-4424
smg          Child Support Services Division,    Office of the Attorney General,
              Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg         +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
              Washington, DC 20019-3540
smg         +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
              441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg          Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC  20220-0001
smg          U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
              4th Floor,    Washington, DC  20001-2733
cr          +United States Of America,    Department of Justice, Tax Division,
              P.O. Box 227, Ben Franklin Station,    Washington, DC 20044-0227
693482      +Charles M. Maynard, Esq.,    200-A Monroe Street,    Suite #115,    Rockville, MD 20850-4424
694813      +DC Gov't Office of Tax and Revenue,    P.O. Box 37559,    Washington DC 20013-7559
695838      +FCI Lender Services, Inc.,    P.O. Box 27370,    Anaheim CA 92809-0112
692386      +Mark D. Meyer, Esq.,    Rosenberg & Associates, LLC,    4340 East West Highway, Suite 600,
              Bethesda, MD 20814-4411
698226       U.S. Department of Education-National,    Payment Center,    PO Box 105028,
              Atlanta GA 30348-5028
698222       US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
691760      +Wilmington Savings Fund Society,    c/o Rosenberg & Associates LLC,
              8601 Westwood Center Drive Ste.255,    Vienna, VA 22182-2287
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         +E-mail/Text: angela.coleman@dc.gov Aug 28 2018 23:07:36     D.C. Office of Tax and Revenue,
              Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
smg          E-mail/Text: cio.bncmail@irs.gov Aug 28 2018 23:07:35     Internal Revenue Service,
              P.O. Box 7346,    Philadelphia, PA  19101-7346
smg          E-mail/Text: atlreorg@sec.gov Aug 28 2018 23:07:37     Securities and Exchange Commission,
              Atlanta Regional Office,    Office of Reorganization,    950 East Paces Ferry Road NE, Ste. 900,
              Atlanta, GA  30326-1382
691761       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 28 2018 23:20:14      Capital One,
              PO Box 30285,    Salt Lake city, UT 84130-0285
696490       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:20:28
              PORTFOLIO RECOVERY ASSOCIATES, LLC,    P.O. Box 41067,    Norfolk VA 23541
696221       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:20:28
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
693998      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 28 2018 23:20:28
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
693669      +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 28 2018 23:20:21
              PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
696991      +E-mail/Text: bkdepartment@rtresolutions.com Aug 28 2018 23:07:39     Real Time Resolutions, Inc,
              P.O. Box 35888,    Dallas TX 75235-0888
696496       E-mail/Text: bkdepartment@rtresolutions.com Aug 28 2018 23:07:39
              Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
              Dallas, Texas 75247-4029
694169      +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 23:20:28     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
694786       DC Gov't Office of Tax & Revenue PO Box 75520 WDC
smg*         Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
cr*         +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
693357*     +Department of Treasury,    Internal Revenue Service,    PO Box 7346,
              Philadelphia, PA 19101-7346
693678*      Internal Revenue Service,    P.O. Box 7317,    Philadelphia PA 19101-7317
cr         ##+Wilmington Savings Fund Society, FSB, D/B/A Christ,    2999 Westminister Avenue,    Suite 265,
              Seal Beach, CA 90740-5379
695795     ##+Wilmington Savings Fund Society, FSB, D/B/A Christ,    2999 Westminster Avenue, Suit 265,
              Seal Beach, CA 90740-5379
                                                                                  TOTALS: 1, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0090-1          User: admin              Page 2 of 2             Date Rcvd: Aug 28, 2018
                              Form ID: pdf001          Total Noticed: 26

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark    Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby     grigsbyecf@ch13md.com
              Rebecca    Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                          TOTAL: 7
```