**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
IN RE
WILLIAM HAYMORE BRAMMER, JR.   : Chapter 13 Case No. 16-00642-SMT
   Debtor                      : Hearing: 9/28/2018*
```

**PRAECIPE WITHDRAWING TRUSTEE'S MOTION TO DISMISS**

The Clerk of the Court will please note that the Trustee hereby **withdraws** the Motion to Dismiss. The Trustee also Consents to the Debtor's Motion to Vacate Order Dismissing.

/s/ Nancy L. Spencer Grigsby
Nancy L. Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive #240
Annapolis, MD  21401-7493

**Certificate of Service**

I hereby certify that on September 24, 2018, a copy of the foregoing Trustee's Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

William Haymore Brammer, Jr.
107 7th Street SE
Washington, DC  20003

Charles Maynard
200-A Monroe Street #115
Rockville, MD  20850

/s/ Nancy L. Spencer Grigsby
Nancy L. Spencer Grigsby