IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265<br>Seal Beach, CA 90740<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

## **NOTICE OF DEFAULT**

    Now comes, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1, the movant, and state as follows:

    1.  The Movant is the holder of a Deed of Trust on the real property and improvements with a legal description of "Square 0870 Lot 0104" also known as 107 7th Street, SE, Washington, DC 20003.

    2.  Pursuant to the terms of the Consent Order entered in the above referenced matter, the Debtor was to make a payment of $4,653.48 (said payment represents the regular mortgage payment) to the Movant on September 1, 2018 through January 1, 2019.

    3.  The Debtor did not make the above referenced payments and is in default under the terms of this Consent Order.

    4.  Pursuant to the terms of the Consent Order, unless the Debtor cures this default within Ten (10) days from the mailing of this notice, in total by tendering the sum of $23,367.08 (5 regular monthly payments and attorney fees in the amount of $100.00 less suspense in the amount of $0.32) in certified funds, the automatic

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218
PROJECT NAME:
Brammer, Jr., William H.

PROPERTY ADDRESS:
107 7th Street, SE

stay shall be terminated, and the Movant shall be free to commence a foreclosure proceeding on the real property and improvements described in the Deed of Trust securing the Movant.

    5. All payments to the Movant should be made to:

FCI Lender Services
Attn: Bankruptcy Department
P.O. Box 27370
Anaheim, CA 92809-0112

Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1

/s/Mark D. Meyer, Esq.

Mark D. Meyer, Esq.
DC Bar 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

Certificate of Service

    I hereby certify that on this 4th day of January, 2019, a copy of the foregoing Affidavit was mailed by first class, postage pre-paid mail, to:

Nancy Spencer Grigsby
Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles Maynard, Esquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208 ,
Rockville MD

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

/s/Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

PROJECT NAME:
Brammer, Jr., William H.

PROPERTY ADDRESS:
107 7th Street, SE