UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In Re | * | |
| WILLIAM H. BRAMMER | * | |
| | * | Case #: 16-00642 SMT |
| | * | |
| Debtor | * | Chapter 13 |
| WILMINGTON TRUST | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | |
| | * | |
| William H. Brammer | * | |
| | * | |
| Defendant | * | |

***********************************************************************

## OPPOSITION TO CREDITOR WILMINGTON TRUST NOTICE OF DEFAULT

Comes now the Debtor, William Haymore Brammer by and through his attorney, Charles M. Maynard, Esquire, and files this Opposition to Plaintiff's Notice of Default and in support of which states the following:

1. That the Debtor agrees with the statement made in paragraph #1.
2. That the Debtor agrees with the statement made in paragraph #2 and maintains that the subject of the Notice of Default was improperly issued.
3. That Debtor disagrees with the statement propounded in paragraph #3 because the Debtor cured the previously issued Notice of Default on August 15, 2018 with the understanding that the cure included the month of September 2018.
4. That upon subsequent review of the information available to the Debtor, the Debtor has concluded that the cure of the prior Notice of Default paid on August 15, 2018, inclusive of the mortgage due on September 2018 resulted in

1

a surplus of $8,916.17 that should have been applied to future months. See attached **EXHIBIT A.**

5. That Debtor now provides copies of payments paid to the lender during the same period complained of in the Notice of Default issued on January 4, 2019 as follows:

    a. Payment was made by Debtor in October 2018 in the amount of $4653.80 and deposited by lender/creditor on 10-16-2018. However, this payment for some unexplained reason has yet to be credited to Debtor's account. See attached **EXHIBIT B**.

    b. Payments were made by Debtor in the months of November and December 2018 on or about the dates indicated on the check payments. See attached **EXHIBIT C.**

    c. It appears that the payments made for the months of November and December 2018 by the Debtor have yet to be credited to his account. Furthermore, Debtor has not received any return mail with these payments and Debtor is without knowledge why said payments have not yet been processed.

6. All payments made by the Debtor during the periods in question were sent to the payee and address provided by the lender/creditor as follows:

    **FCI Lender Services**
    **Attn: Loan Servicing Department**
    **8180 East Kaiser Blvd**
    **Anaheim Hills, CA 92808**

7. That the mortgage payment for January 2019 is not considered to be late until after the 16th day of the month and that Debtor intends to make this January 2019 mortgage payment prior to that date.

**WHEREFORE**, the Debtor prays that this Honorable Court:

A. Deny the Plaintiff's Notice of Default for the aforesaid reasons and maintain the Automatic Stay accordingly; and

  B. Order that the Debtor's account be credited with the surplus funds and apply such credit towards outstanding payments owed or future payments to be made; and

  C. Grant such other and further relief as the nature of this cause may require.

               Respectfully submitted,

               /s/ Charles M. Maynard
                Charles M. Maynard

### CERTIFICATE OF SERVICE

 **I DO HEREBY CERTIFY** that a copy of the foregoing Opposition to the Notice of Default was sent on January 15th, 2019 to:

Nancy Spencer Grigsby
Chap 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

               /s/ Charles M. Maynard
                Charles M. Maynard