NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**
William Haymore Brammer, Jr.
**Debtor**

**Case No.** 16−00642−SMT

**Chapter** 13

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above−referenced case on the following date and time:

DATE:  January 29, 2019

TIME:  10:00 AM

LOCATION:  Courtroom 1, E. Barrett Prettyman U. S. Courthouse, 333 Constitution Ave, NW, Washington, DC

The following matter(s) will be considered and acted upon at the time:

Affidavit Re: Notice of Default on Consent Order Modifying Automatic Stay Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015−1.

Dated:  1/16/19

For the Court:
Angela D. Caesar
BY:  rj