## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | * |
| | * |
| WILLIAM HAYMORE BRAMMER, Jr. | * |
| | * Case No: 16-00642 SMT |
| | * |
| | * |
| | *    Chapter 13 |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EMERGENCY MOTION TO POSTPONE AND RESCHEDULE HEARING PRESENTLY SCHEDULED FOR JANUARY 29, 2019 AT 10:00 AM

COMES NOW Debtor, William H. Brammer, Jr. through undersigned attorney, respectfully moves this Honorable Court for a postponement and rescheduling of the hearing presently set for January 29, 2019 at 10:00 AM and for reasons therefore, states as follows:

1. That there is a conflict with counsel's schedule in that he will be out of the country on a previously scheduled vacation from January 25, 2019 to February 2, 2019.

2. That counsel's schedule is available on February 6, 7, 8 and 19, 20 and 21 and anytime thereafter.

3. That counsel's travel and lodging has already being paid for and is non-refundable.

4. That counsel immediately took steps to proceed to hearing and if necessary will be ready to attend the hearing on short notice upon return.

5. That there is no prejudice to any of the creditors and the Trustee.

WHEREFORE, these premises considered, Debtor prays:

A. That the hearing be continued to the next scheduled available date; and

B. For such other and further relief as the nature of this cause may require.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard, Esquire
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Counsel for Debtor*

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Emergency Motion was sent on the 18th day of January, 2019 by mail to the following to the extent that they were not served electronically via the CM/ECF system.

Nancy Spencer Grigsby
Chap 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

 /s/ Charles M. Maynard
Charles M. Maynard, Esq.