## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: | : |
| | : |
| | : |
| WILLIAM HAYMORE BRAMMER | : Case No.:  16-00642 SMT |
| | : |
| | : |
| Debtor | : Chapter 13 |
| | : |
| | : |

**************************************************************************

### ORDER ON EMERGENCY MOTION TO POSTPONE AND RESCHEDULE HEARING PRESENTLY SCHEDULED FOR JANUARY 29, 2019 AT 10:00 AM

TO THE HONORABLE, THE JUDGE OF SAID COURT:

UPON CONSIDERATION of the Emergency Motion to Postpone and Reschedule Hearing and the opposition thereto, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Debtor's Motion hereby is GRANTED.

cc: Debtor
    Chapter 13 Trustee
    US Trustee
    Counsels of Record

**End of Order**

1