# EXHIBIT A

**William H. Brammer, Jr.**
**Loan No. 9900705764**

| Event | Date | | Amount | Notes |
|---|---|---|---|---|
| NOD issued 6/13/2018 | 6/13/2018 | | $ 36,792.30 | Cure through 7/1/2018 (July 2018 Payment) |
| | Check No. | Date | Posted | Amount |
| Unaccounted Payment | 1079 | 10/13/2017 | 11/16/2017 | $  4,401.53 |
| Unaccounted Payment | 1101 | 2/12/2018 | 3/15/2018 | $  4,401.53 |
| Unaccounted Payment | 1127 | 4/11/2018 | 5/3/2018 | $  4,401.53 |
| Unaccounted Payment | 1145 | 6/3/2018 | 6/25/2018 | $  4,401.53 |
| *Total Unaccounted Payments* | | | | $ 17,606.12 |
| NOD less Unaccounted Payments | | | | $ 19,186.18 |
| Payment Due for August 2018 | | | | $  4,653.80 |
| Payment Due for September 2018 | | | | $  4,653.80 |
| *Total Due Aug-Sept 2018* | | | | $  9,307.60 |
| Total to Cure through September 2018 payment | | | | $ 28,493.78 | NOD less Unaccounted Payments plus Total Due Aug-Sept 2018 |
| Amount Presented to Reinstate | | | | $ 37,409.95 | Paid by Certified Funds on 8/15/2018 |
| Remaining Balance carry forward to future months | | | | $  8,916.17 | |

Check Image - Citibank

6/17/18, 2:19 PM



Print a Copy >    ✕

**ATM/Debit Card:** XXXX-XXXX-XXXX-5887

As of 06-17-2018 14:18 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Business Checking: 4819 1079 | 11/16/2017 | $ 4,401.53 | |

🔍 🔍

```
                                                           1079
   NEW COLUMBIA LAW GROUP PLLC
        107 7TH STREET SE
        WASHINGTON, DC 20003              DATE October 13 2017  16-7011-2540
PAY
TO THE    FCI Lender Services             _ $ 4401 53
ORDER OF
    Four Thousand al no 53  Two ——————  DOLLARS

    citibank
FOR Loan # 9905708764 July 2017

    #001079#  #254070116#  #1556 4819#
```

```
                                      Grandpoint Bank
                                      Los Angeles, CA
                                      >1222244566<
                                      9087770045000 11-15-2017
```

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

Check Image - Citibank                                                                    6/17/18, 2:21 PM



**ATM/Debit Card: XXXX-XXXX-XXXX-5887**

As of 06-17-2018 14:21 EDT

## SERVICES Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Business Checking: 4819 1101 | 03/15/2018 | $ 4,401.53 |

NEW COLUMBIA LAW GROUP PLLC
107 7TH STREET SE
WASHINGTON, DC 20003

1101

15-7011-2540

DATE February 12, 2018

PAY TO THE ORDER OF ___ FCT Landry's Service ___ $ 4401 53

___ Four thousand four hundred and one 53/100 ___ DOLLARS

citibank
CITIBANK N.A. BR #611
BOX 839, 375 H AVENUE SE
WASHINGTON, DC 20031

FOR Loan No. 90705764 Feb 2018.

#001101# :25407011 6: #1556 4819#

Grandpoint Bank
Los Angeles, CA
>122244566<
9091490021000 03-14-2018

PAY TO THE
GRANDPOINT BANK
FOR DEPOSIT ONLY
FOR LENDER SERVICES INC
TRUST ACCOUNT POOL #1

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more

Check Image - Citibank

6/17/18, 2:22 PM



Print a Copy ›    ✕

**ATM/Debit Card:** XXXX-XXXX-XXXX-5887

As of 06-17-2018 14:22 EDT

## SERVICES **Check Details**

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Business Checking: 4819 1127 | | 05/03/2018 | $ 4,401.53 |



```
                                                          1127
NEW COLUMBIA LAW GROUP PLLC
    107 7TH STREET SE
   WASHINGTON, DC 20003                        DATE  4/1 2018      15-7011-2540

PAY
TO THE
ORDER OF  FCI Lude Service                        $ 4401 53

Four Thousand four hundred ol. and 53/100              DOLLARS

citibank
CITIBANK N.A. (66-091)

FOR               Loan No. 9400705764        

     ⑆0011127⑆ ⑇254070116⑇  ⑆1556 4819⑆
```

---

**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information. Learn more



ATM/Debit Card: XXXX-XXXX-XXXX-5883

As of 01-11-2019 15:38 EST

## Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Business Checking: 4819 | 1145 | 06/26/2018 | $ 4,401.53 |

— 🔍 +

```
                                    a9007¢ 764                          1145
  NEW COLUMBIA LAW GROUP PLLC
         107 7TH STREET SE
       WASHINGTON, DC 20003
                                          DATE June 13, 2018   15-7011-2540
  PAY
  TO THE    FCI Lenders Servic                       | $ 4401 53
  ORDER OF
       Four Thousand ... 53/100
                                                     DOLLARS 🔒
      citibank®
        CITIBANK, N.A. SR #813
        800 PENNSYLVANIA AVENUE SE
        WASHINGTON, DC 20003
  FOR June 2018 payment                        William W Snow
        ⑊00⑊⑊45⑊  ⑊254070⑊⑊6⑊      ⑊⑊556 48⑊9⑊
```

```
                                          Grandppoint Bank
                                          Los Angeles, CA
                                          >122244566<
                                           9080690008400  06-25-2018

                    PAY TO THE ORDER OF
                    GRANDPOINT BANK
                    122244566
                    FOR DEPOSIT ONLY
                    FCI LENDER SERVICES INC
                    TRUST ACCOUNT POOL#1
```

# EXHIBIT B



Print a Copy >    ×

ATM/Debit Card: XXXX-XXXX-XXXX-5883

As of 01-11-2019 15:37 EST

# Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Business Checking: 4819 | 1146 | 10/17/2018 | $ 4,653.80 |



# EXHIBIT C

William H. Brammer, Jr.
107 7th Street SE
Washington, DC 20003

November 11, 2018

FCI Lender Services
Attn: Loan Servicing Dept.
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Re: Loan No. 9900705764, November 2018 Payment
        Wilmington Savings Fund Society, FSB
        D/B/A Christiana Trust as Trustee of Residential Credit Opportunities
        Trust Series 2015-1

Dear Sir or Madam:

Please see enclosed payment for November 2018 to be applied to Loan No. 9900705764.

Regards,

William H. Brammer, Jr.
(202) 841-3859
whbrammerjr@gmail.com


cc:      File
        Charles M. Maynard, Esq.

Encl:  SunTrust Bank Temporary Check in the amount of $4,653.80



William H. Brammer, Jr.
107 7th Street SE
Washington, DC 20003

December 10, 2018

FCI Lender Services
Attn: Loan Servicing Dept.
8180 East Kaiser Blvd
Anaheim Hills, CA 92808

Re: Loan No. 9900705764, December 2018 Payment
        Wilmington Savings Fund Society, FSB
        D/B/A Christiana Trust as Trustee of Residential Credit Opportunities
        Trust Series 2015-1

Dear Sir or Madam:

Please see enclosed payment for December 2018 to be applied to Loan No. 9900705764.

Regards,

William H. Brammer, Jr.
(202) 841-3859
whbrammerjr@gmail.com

cc:      File
        Charles M. Maynard, Esq.

Encl:  SunTrust Bank Temporary Check in the amount of $4,653.80

