The order below is signed, and the hearing on the debtor's Opposition to Creditor Wilmington Trust's notice of default is continued to February 7, 2019, at 2:00 p.m.

Dated: January 21, 2019.



S. Martin Teel, Jr.
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| In Re: | : |
| --- | --- |
| | : |
| | : |
| WILLIAM HAYMORE BRAMMER | : Case No.: 16-00642 SMT |
| | : |
| | : |
| Debtor | : Chapter 13 |
| | : |
| | : |

*******************************************************************

### ORDER ON EMERGENCY MOTION TO POSTPONE AND RESCHEDULE HEARING PRESENTLY SCHEDULED FOR JANUARY 29, 2019 AT 10:00 AM

TO THE HONORABLE, THE JUDGE OF SAID COURT:

UPON CONSIDERATION of the Emergency Motion to Postpone and Reschedule Hearing and the opposition thereto, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia:

**ORDERED**, that the Debtor's Motion hereby is GRANTED.

cc: Debtor
    Chapter 13 Trustee
    US Trustee
    Counsels of Record

**End of Order**

United States Bankruptcy Court
District of Columbia

In re:                                                                  Case No. 16-00642-SMT
William Haymore Brammer, Jr.                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: admin              Page 1 of 1              Date Rcvd: Jan 22, 2019
                              Form ID: pdf001          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
db            +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
              Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
              Mark Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
               Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
               bk@rosenberg-assoc.com
              Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
              Nancy Spencer Grigsby    grigsbyecf@ch13md.com
              Rebecca  Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
              U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7