**FILED**
**FEB 07 2019**
Clerk, U.S. District and Bankruptcy Courts

CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 02/07/2019 Time: 02:00

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[115] Affidavit Re: *Notice of Default on Consent Order Modifying Automatic Stay* Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. (Re: Related Document(s) #:57 Consent Order.)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# 57 consent order         DE# ___
DE# 116 opposition           DE# ___
DE# 121 order cont. hrg      DE# ___
DE# ___                      DE# ___

DISPOSITIONS:
    Granted___   Sustained___   Denied___
    Overruled___ Withdrawn___   Under Adv.___
    Moot___      Consent___     Dismissed___
    Continued to: February 21, 2019, AT 2:00 P.M.
    Proposed Order To Be Submitted By ___/___/___
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

    [ ] Signed by Court            [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel       [ ] Court
        [ ] Respondent's counsel   [ ] Other ___

NOTES:
    No Appearances

S. Martin Teel, Jr. (FB)

_____
S. Martin Teel, Jr., United States Bankruptcy Judge

S. Martin Teel, Jr., United States Bankruptcy Judge