IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265<br>Seal Beach, CA 90740<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

1. Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

2. On or about December 15, 2016, William H. Brammer, Jr. ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

3. Nancy Spencer Grigsby is the Chapter 13 trustee of the Debtor's estate.

4. At the time of the initiation of these proceedings, the Debtor owned a parcel of fee simple real estate improved by a residence with a legal description of "Land referred to in this commitment is described as all that certain property situated in City of Washington in the County of District of Columbia and State of DC and being described in a Deed dated 06/01/2005 and recorded 07/07/2005 as Instrument Number 93636 among the Land Records of the County and State set forth above and referenced as follows:
Lot Numbered 104 in Square Numbered 870 in a Subdivision made by John R.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

Ferris as per plat recorded in Liber 44 at Folio 117 in the Office of the Surveyor for the District of Columbia
Parcel No. 0870/0104" also known as 107 7th Street, SE, Washington, DC 20003 (hereinafter "the subject property").

5. The subject property is encumbered by a Deed of Trust securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

6. The total amount due under the Deed of Trust securing the Movant as of February 15, 2019, including attorney's fees and court costs, is approximately $1,570,790.95.

7. The Debtor is in default under paragraphs 3 and 9 of the Deed of Trust by failing to pay real property taxes from March 2017 – September 2018, and the Movant has accelerated the entire balance of the Note and Mortgage and interest continues to accrue.

8. Due to the Debtor's failure to to pay property taxes for 2017/2018, the Movant has had to advance the taxes in the amount of $17,617.79, which has further increased the loan balance and equity in the Debtor's residence is dissipating.

9. The Movant lacks adequate protection of its interest in the subject property.

10. The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Note and Deed of Trust.

11. Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Note and Deed of Trust.

12. The subject property is not necessary for an effective reorganization.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

WHEREFORE, the Movant, Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 its successors and/or assigns, respectfully requests that this Honorable Court:

1. Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with a foreclosure sale, accept a deed in lieu or agree to a short sale of the real property and improvements located at 107 7th Street, SE, Washington, DC 20003; and

2. Grant such other and further relief as may be just and necessary.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
DC Bar 475552

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

## **CERTIFICATE OF SERVICE**

      I hereby further certify that on the 15th day of February, 2019, a copy of the foregoing Motion for Relief from the Automatic Stay was mailed first class mail, postage prepaid to:

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles Maynard, Esquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208
Rockville, MD 20850

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

                                              /s/ Mark D. Meyer, Esq.
                                              Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218