IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>    Movant<br><br>v.<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Respondents | Motion No. |

## EXHIBIT A -- DEBT

**Pre Petition Arrears**

| | | |
|---|---|---|
| N/A | | $0.00 |
| | Total: | $0.00 |

**Post Petition Arrears**

| | | |
|---|---|---|
| Advances for Property Taxes | | $17,617.79 |
| Attorney Fees and Costs | | $1,031.00 |
| | Total: | $18,648.79 |

**Total Pre and Post Petition Arrears:**     **$18,648.79**

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

1