

Government of the District of Columbia
Office of Tax and Revenue
Real Property Tax Administration
1101 4th Street, SW
Washington, DC 20024

%%KEYLINE
WILLIAM H BRAMMER JR
107 7TH ST SE
WASHINGTON DC 20003-1213

*Below are instructions for individuals with limited English proficiency who need assistance.
All others please turn to the next page for important information from the Office of Tax and Revenue.*



**Language Assistance**

Si necesita ayuda en Español, por favor llame al **(202) 727-4829** para proporcionarle un intérprete **de manera gratuita**.

Nếu quý vị cần giúp đỡ về tiếng Việt, xin gọi **(202) 727-4829** để chúng tôi thu xếp có thông dịch viên đến giúp quý vị **miễn phí**.

Si vous avez besoin d'aide en Français appelez-le **(202) 727-4829** et l'assistance d'un interprète vous sera **fournie gratuitement**.

በአማርኛ እርዳታ ከፈለጉ በ **(202) 727-4829** ይደውሉ። የነጻ አስተርጓሚ ይመደብልዎታል።

한국어로 언어 지원이 필요하신 경우 **(202) 727-4829** 로 연락을 주시면 **무료로** 통역이 제공됩니다.

如果您需要用(中文)接受幫助，請電洽 **(202) 727-4829** 將**免費**向您提供口譯員服務。

Office of the Chief Financial Officer
Office of Tax & Revenue
Customer Service Administration
1101 4th Street, SW Suite W270
Washington, DC 20024

V 6.0-2018-07-23-RPBILL02

Government of the District of Columbia
Office of the Chief Financial Officer
Office of Tax and Revenue

1101 4th Street, SW
Washington, D.C. 20024

**Notice Number:** 0023486180816

Tax Year 2018 is October 1, 2017 thru September 30, 2018    Class 001

## REAL PROPERTY TAX BILL

| Square | Suffix | Lot | Property Address | Mrtg. No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0870 |  | 0104 | 107 7TH ST SE |  | $865,140 | 0.85 | $6,730.22 |

| DESCRIPTION | TAX | PENALTY | INTEREST | PAYMENT | TOTAL |
|---|---|---|---|---|---|
| 2018 Second Half | $3,365.11 |  |  |  | $3,365.11 |
| 2018 First Half | $3,365.11 | $336.51 | $302.86 |  | $4,004.48 |
| 2017 | $6,719.24 | $671.92 | $1,511.83 |  | $8,902.99 |

**Total**  $16,272.58

**Additional Information**    Taxpayer's Record    See reverse side for important information

- **Pay online; it's easy!** See reverse for instructions on payment or visit *www.taxpayerservicecenter.com*.
- 14% of your Tax Year 2018 Real Property Tax is used to pay the General Obligation Bonds debt service requirement.
- **The Homestead Deduction reduced your taxes by $623.48.**

| If paid by: | Sep 15, 2018 | Amount due: | $16,272.58 |
| If paid by: | Oct 15, 2018 | Amount due: | $16,810.84 |
| If paid by: | Nov 14, 2018 | Amount due: | $17,012.57 |
| If paid by: | Dec 14, 2018 | Amount due: | $17,214.31 |
| If paid by: | Jan 13, 2019 | Amount due: | $17,416.06 |
| If paid by: | Feb 12, 2019 | Amount due: | $17,617.79 |

--------------------PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT--------------------

| Square | Suffix | Lot | Property Address | Mrtg No. | Assessment | Tax Rate/$100 | Annual Tax |
|---|---|---|---|---|---|---|---|
| 0870 |  | 0104 | 107 7TH ST SE |  | $865,140 | 0.85 | $6,730.22 |

WILLIAM H BRAMMER JR

**Notice Number:** 0023486180816
**Notice Date:** August 16, 2018

**DCN #** 1 8 2 0 1 3 1 5 8

Amount Enclosed: $ _____

For Official Use Only:

OFFICE OF TAX AND REVENUE
REAL PROPERTY TAX ADMINISTRATION
P.O. BOX 98095
WASHINGTON, DC 20090-8095

| PAYMENT DUE BY: | Sep 15, 2018 |
| AMOUNT DUE: | $16,272.58 |

7    0870    0104    182013158    0001627258

## TAX BILL INFORMATION

**PAYMENTS:**
You must pay your real property tax bill by March 31 for the first half tax payment and by September 15 for the second half tax payment.  If the due date is on a weekend or holiday, it is due the next business day.

Payments may be made in the following manner:
1. Pay online using our eCheck system at *www.taxpayerservicecenter.com:*
    - Click on the Real Property Tab and then click Online Bill Payment;
    - You will need information from the front of this bill to make your payment.
2. Pay by check payable to the "DC Treasurer":
    - To ensure your payment is recorded accurately, you **must** write your **Square, Suffix, and Lot number** on your check or money order;
    - Mail your check with the coupon at the bottom of this notice to Office of Tax and Revenue, P.O. Box 98095, Washington, DC 20090-8095;
    - If paying for more than one property, you **must** include separate checks for each payment voucher.
3. Pay in person at any DC branch of the Wells Fargo Bank:
    - Be sure to include the coupon at the bottom of this notice to ensure timely credit for your payment.

**PENALTY, INTEREST, AND FEES:**
The law provides that if your real property tax is not paid in full by the due date on the tax bill, the Office of Tax and Revenue must charge a penalty equal to 10 percent of the delinquent tax and interest on the delinquent tax at the rate of 1.5 percent per month (or part thereof) until paid. Furthermore, a $65 fee will be assessed for each dishonored payment.

**TAX SALE:**
Properties delinquent in the payment of real property tax, BID tax, special or nuisance assessment, water bill or public space rental charge for one year may be subject to being sold at the tax sale in July of the year following the date of this bill.  If your property becomes subject to tax sale, in addition to being advertised in the newspapers, you will be notified of the possibility of tax sale in a special notice.  The notice will give you instructions on procedures to prevent the sale of your property.

**PROPERTY CREDITS, DEDUCTIONS, AND TAX RATES:**
The Homestead Deduction, Senior/Disabled Property Owner Tax Relief and the Assessment Cap Credit are automatically deducted (if applicable) to calculate the tax amount due on this tax bill.  The Homestead Deduction and Assessment Cap Credit are deducted from the current Assessed Value to arrive at the current Estimated Taxable Assessment; these amounts were indicated on your annual assessment notice mailed to you by March 1st. The current "Total Value" annual assessment and current "Taxable Assessment" are also viewable on our website, *www.taxpayerservicecenter.com*, by clicking on *Real Property* and then *Real Property Tax Database Search*. The Senior/Disabled Property Owner Tax Relief reduces the tax bill by 50% of the tax on the Taxable Assessment. To learn more about the Assessment Cap Credit in reference to real property tax liability please visit *www.taxpayerservicecenter.com*, click on *Real Property*, and then click on *Real Property Other Credits and Deductions*.

| Class | Tax Rate per $100 | Description |
|---|---|---|
| 1 | $0.85 | Residential real property, including multifamily |
| 2 | $1.65 | Commercial and industrial real property, including hotels and motels, for the first $3 million of assessed value |
| 2 | $1.85 | Commercial and industrial real property, including hotels and motels, for assessed value more than $3 million |
| 3 | $5.00 | Vacant real property |
| 4 | $10.00 | Blighted real property |

**APPLY FOR OR REPORT CHANGE IN HOMESTEAD, SENIOR/DISABLED TAX RELIEF:**
If you are not currently receiving but believe you are eligible for Homestead, Senior/Disabled tax relief, you may apply online following the instructions below. If you are currently receiving the Homestead and/or Senior/Disabled tax relief but you are no longer domiciled in the District, if the property is no longer your principal place of residence, or if the property is receiving the Senior/Disabled tax relief and the total of your household's Federal adjusted gross income exceeds $130,550, you must notify us within 30 days of the change to cancel your tax relief.  You can apply or report a change in the following manner:
- Visit our website at  *www.taxpayerservicecenter.com;*
- Click on the *Real Property* tab, click on the *Homestead Deduction* to select the applicable form.

**ADDRESS CHANGE:**
Obtain a change of address form online at  *www.taxpayerservicecenter.com:*
- Click on the *Forms* tab, click on *Real Property Tax Forms and Publications*, and click on *Change of Address;*
- Complete the form and mail to the address on the form or fax to the number indicated on the form.

While we do take steps to find better addresses if mail is returned, it is your responsibility to be sure we have your correct mailing address.

**BILL QUESTIONS:**
Please contact our Customer Service Center at 202-727-4TAX (4829). Or, please send a detailed explanation to the Office of Tax and Revenue, Real Property Tax Administration, Attention: ASD Chief, 1101 4th St, SW, Suite 550, Washington, DC 20024. Assistance with property classifications III (3) and IV (4), please contact the Department of Consumer and Regulatory Affairs, Vacant Building Enforcement Unit at 202-442-4332 or e-mail  *vacantbuildings@dc.gov.*