IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265<br>Seal Beach, CA 90740<br><br>    Movant<br><br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

### **NOTICE OF MOTION FOR RELIEF FROM STAY AND HEARING THEREON**

    Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 has filed papers with the court seeking relief from the automatic stay of 11 U.S.C. § 362(a) to enable it to proceed to foreclosure on the property known as 107 7th Street, SE, Washington, DC 20003.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

    If you do not want the court to grant the motion for relief from stay, or if you want the court to consider your views on the motion, then by

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

**MARCH 4, 2019**

you or your lawyer must file a written response with the Clerk of the Bankruptcy Court explaining your position and mail a copy to:

>Diane S. Rosenberg, Attorney for the Movant
>Rosenberg & Associates, LLC
>4340 East West Highway, Suite 600
>Bethesda, MD 20814
>diane@rosenberg-assoc.com
>
>Nancy Spencer Grigsby, Trustee
>185 Admiral Cochrane Drive, Suite 240
>Annapolis, MD 21401

If you mail rather than deliver, your response to the Clerk of the Bankruptcy Court for filing, you must mail it early enough so that the court will receive it by the date stated above.

The hearing is scheduled for

**MARCH 7, 2019 at 2:00 PM at the United States Bankruptcy Court, 333 Constitution Avenue, NW Washington, DC 20001, .**

IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.

Date: February 15, 2019            /s/ Mark D. Meyer, Esq.
                                   Mark D. Meyer, Esq.
                                   DC Bar 475552

                                   Rosenberg & Associates, LLC
                                   4340 East West Highway, Suite 600
                                   Bethesda, MD 20814
                                   301-907-8000
                                   mark.meyer@rosenberg-assoc.com

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on February 15, 2019, a copy of the foregoing Notice of Motion for Relief from the Automatic Stay was mailed, first class postage prepaid, to the following:

| | |
|---|---|
| William H. Brammer, Jr.<br>107 7th Street, SE<br>Washington, DC 20003 | Nancy Spencer Grigsby, Trustee<br>185 Admiral Cochrane Drive, Suite 240<br>Annapolis, MD 21401 |
| | Charles Maynard, Esquire<br>Law Offices of Charles M. Maynard, LLC<br>401 East Jefferson Street  Suite 208 ,<br>Rockville MD |

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218