IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |

### NOTICE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES

Dear Clerk:

Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1.  Please add my name to the mailing matrix and send all notices to:

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
 DC Bar 475552

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 20, 2019, a copy of the foregoing Line Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Nancy Spencer Grigsby, Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles MaynardEsquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208 ,
Rockville MD

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218