IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>     Debtor | Case No. 16-00642-SMT<br>Chapter 13 |

## **PRAECIPE PROVIDING UPDATED PAYMENT HISTORY**

     Attached please find an updated post-petition payment history regarding the Notice of Default filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. Per the attached history the Debtor remains due for 5 payments of $4653.48 for October 2018 - February 2019, attorney's fees of $100, less $415.10 in suspense for a total of $22952.30.

                                              Respectfully submitted,

                                              /s/ Mark D. Meyer, Esq.
                                              Mark D. Meyer, Esq.
                                              DC Bar 475552

                                              Rosenberg & Associates, LLC
                                              4340 East West Highway, Suite 600
                                              Bethesda, MD 20814
                                              301-907-8000

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on February 21, 2019, a copy of the foregoing was served via ECF to the following:

                                              Nancy Spencer Grigsby, Trustee
                                              185 Admiral Cochrane Drive, Suite 240
                                              Annapolis, MD 21401

                                              Charles MaynardEsquire
                                              Law Offices of Charles M. Maynard, LLC
                                              401 East Jefferson Street  Suite 208 ,
                                              Rockville MD

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218