| Loan Number | xxxxxxx5764 |
|---|---|
| Investor Name | RCO |
| Debtor Name | BRAMMER, JR |
| Filing Date | 12/15/2016 |
| BK Case Number: | 16-00642 |
| Chapter | 13 |
| 1st Post Pet Pmt Due | 1/1/2017 |
| Plan Confirmed | 11/17/2017 |

| Post-Petition Due | Date Received | Amount Received | Amount Due | Suspense Application | Suspense Balance | |
|---|---|---|---|---|---|---|
| | 2/15/2017 | $4,153.51 | $4,153.51 | | $4,153.51 | MONTHLY PAYMENT $4,153.51 |
| 1/1/2017 | | | | $4,153.51 | | |
| | | | | | $0.00 | PCN EFF 8/1/17 $4,653.48 |
| | 3/16/2017 | $4,153.51 | $4,153.51 | | | |
| | | | | | $4,153.51 | |
| 2/1/2017 | | | | $4,153.51 | | |
| | | | | | $0.00 | |
| | 4/20/2017 | $4,401.53 | $4,153.51 | | | |
| | | | | | $4,401.53 | |
| 3/1/2017 | | | | $4,153.51 | | |
| | | | | | $248.02 | |
| | 5/25/2017 | $4,401.53 | $4,153.51 | | | |
| | | | | | $4,649.55 | |
| 4/1/2017 | | | | $4,153.51 | | |
| | | | | | $496.04 | |
| | 6/30/2017 | $4,401.53 | $4,153.51 | | | |
| | | | | | $4,897.57 | |
| 5/1/2017 | | | | $4,153.51 | | |
| | | | | | $744.06 | |
| | 10/5/2017 | $4,401.53 | $4,153.51 | | | |
| | | | | | $5,145.59 | |
| 6/1/2017 | | | | $4,153.51 | | |
| | | | | | $992.08 | |
| | 11/15/2017 | $4,401.53 | $4,153.51 | | | |
| | | | | | $5,393.61 | |
| 7/1/2017 | | | | $4,153.51 | | |
| | | | | | $1,240.10 | |
| | 2/1/2018 | $4,401.53 | $4,653.48 | | | |
| | | | | | $5,641.63 | |
| 8/1/2017 | | | | $4,653.48 | | |
| | | | | | $988.15 | |
| | 3/14/2018 | $4,401.53 | $4,653.48 | | | |
| | | | | | $5,389.68 | |
| 9/1/2017 | | | | $4,653.48 | | |
| | | | | | $736.20 | |
| | 5/2/2018 | $4,401.53 | $4,653.48 | | | |
| | | | | | $5,137.73 | |
| 10/1/2017 | | | | $4,653.48 | | |
| | | | | | $484.25 | |
| | 6/25/2018 | $4,401.53 | $4,653.48 | | | |
| | | | | | $4,885.78 | |
| 11/01/17 | | | | $4,653.48 | | |
| | | | | | $232.30 | |
| | 8/23/2018 | $37,410.00 | $4,653.48 | | | |
| | | | | | $37,642.30 | |
| 12/01/17 | | | | $4,653.48 | | |
| | | | | | $32,988.82 | |
| 01/01/18 | | | | $4,653.48 | | |
| | | | | | $28,335.34 | |
| 02/01/18 | | | | $4,653.48 | | |
| | | | | | $23,681.86 | |
| 03/01/18 | | | | $4,653.48 | | |
| | | | | | $19,028.38 | |
| 04/01/18 | | | | $4,653.48 | | |
| | | | | | $14,374.90 | |
| 05/01/18 | | | | $4,653.48 | | |
| | | | | | $9,721.42 | |
| 06/01/18 | | | | $4,653.48 | | |
| | | | | | $5,067.94 | |
| 07/01/18 | | | | $4,653.48 | | |
| | | | | | $414.46 | |
| | 10/16/18 | $4,563.80 | $4,563.48 | | | |
| | | | | | $4,978.26 | |
| 08/01/18 | | | | $4,653.48 | | |
| | | | | | $324.78 | |
| | 02/06/18 | $4,653.80 | $4,563.48 | | | |
| | | | | | $4,978.58 | |
| 09/01/18 | | | | $4,563.48 | | |
| | | | | | $415.10 | **DUE FOR 10/1/18** |