**FILED**
**FEB 2 1 2019**
Clerk, U.S. District and Bankruptcy Courts

CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 02/21/2019    Time: 02:00

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[115] Affidavit Re: *Notice of Default on Consent Order Modifying Automatic Stay* Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. (Re: Related Document(s) #:57 Consent Order.)

**MOVANT**: Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# 57 consent order    DE# ___
DE# 116 opposition    DE# ___
119 exhibits to DE 116
DE# 130 payment history    DE# ___
DE# ___    DE# ___

DISPOSITIONS:
  Granted___  Sustained___  Denied___
  Overruled___  Withdrawn___  Under Adv.___
  Moot___  Consent___  Dismissed___
  Continued to: Mar. 7, 20 19, AT 2:00 P .M.
  Proposed Order To Be Submitted By ___/___/___
  By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

  [ ] Signed by Court    [ ] Filed by Counsel
  [ ] To be prepared by:
      [ ] Movant's counsel    [ ] Court
      [ ] Respondent's counsel    [ ] Other ___

NOTES:  No appearances

_S. Martin Teel, Jr._
S. Martin Teel, Jr. , United States Bankruptcy Judge