**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

In Re *
WILLIAM H. BRAMMER *
* Case #: 16-00642 SMT
*
Debtor * Chapter 13

---

WILMINGTON SAVINGS FUND *
SOCIETY, FSB, D/B/A CHRISTIANA*
TRUST AS TRUSTEE OF THE *
RESIDENTIAL CREDIT *
OPPORTUNITIES TRUST SERIES *
2015-1 *
Movant *
*
v. *
*
William H. Brammer, Jr. *
*
Respondent *
***************************************************************

**RESPONSE TO CREDITOR WILMINGTON SAVINGS FUND MOTION FOR RELIEF FROM AUTOMATIC STAY**

Comes now the Debtor, William Haymore Brammer by and through his attorney, Charles M. Maynard, Esquire, and files this Response to Movant's Motion for Relief from Automatic Stay and in support of which states the following:

1. That the Debtor agrees with the statement made in paragraph #1.
2. That the Debtor agrees with the statements made in paragraphs #2 and #3.
3. That Debtor agrees with the statements propounded in paragraphs #4 and #5.
4. That the Debtor does not have sufficient information to agree or disagree with the statement made in paragraph #6.

5. That Debtor disagrees with the statement made in paragraph #7 in that on or around June 13, 2018, Debtor communicated with the DC Real Property Tax Division and made them aware of the Chapter 13 Bankruptcy filing. DC Real Property Tax representative Helene Moreland acknowledged the Bankruptcy. Afterwards, Debtor discussed with Ms. Moreland whether the DC Office of Tax and Revenue (OTR) would be filing a proof of claim with the bankruptcy Court or if the Debtor should undergo a payment plan for outstanding real property taxes. Ms. Moreland informed Debtor that no action could be taken during the pendency of the bankruptcy and also informed Debtor that OTR would likely file a proof of claim, but if they elected not to do so, Debtor would be informed in order to formulate a plan of repayment. Having not heard from OTR, Debtor recently reached back to Ms. Moreland to inquire about whether OTR had filed a proof of claim. Debtor, via his business, has invoiced clients for amounts more than sufficient to remit real property taxes and is actively pursuing collection of these amounts owed.
6. That the Debtor does not have sufficient information to agree or disagree with the statement made in paragraph #8.
7. That the Debtor disagrees with the statements made in paragraphs 9, 10, 11 and 12 for the reasons stated above.

**WHEREFORE**, the Debtor prays that this Honorable Court:

A. Deny the Movant's Motion for Relief from Stay for the aforesaid reasons and maintain the Automatic Stay accordingly; and

B. Grant such other and further relief as the nature of this cause may require.

Respectfully submitted,

/s/ Charles M. Maynard
Charles M. Maynard

**CERTIFICATE OF SERVICE**

**I DO HEREBY CERTIFY** that a copy of the foregoing Response to the Motion for Relief from Stay was sent on March 5th, 2019 to:

Nancy Spencer Grigsby
Chap 13 Trustee
185 Admiral Cochrane Drive, Suite #240
Annapolis, MD 21401

Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite #600
Bethesda, MD 20814

William H. Brammer
107 7th Street, SE
Washington, DC 20003

/s/ Charles M. Maynard
Charles M. Maynard