CASE HEARING SUMMARY
**(This is NOT an ORDER)**

Date: 03/07/2019   Time: 02:00

FILED
MAR 07 2019
Clerk, U.S. District and
Bankruptcy Courts

**CASE: 16-00642-SMT William Haymore Brammer, Jr.   : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[115] Affidavit Re: *Notice of Default on Consent Order Modifying Automatic Stay* Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. (Re: Related Document(s) #:57 Consent Order.)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

[124] Motion for Relief from Stay regarding 107 7th Street SE, Washington, DC 20003. Fee Amount $181, Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 (Attachments: # 1 Debt # 2 Notice of Motion # 3 Note # 4 Recorded Deed of Trust # 5 Tax Bill)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

DE# ____  _____   DE# ____  _____

DISPOSITIONS:
    Granted____   Sustained____   Denied____
    Overruled____   Withdrawn____   Under Adv.____
    Moot____   Consent____   Dismissed____
    Continued to: _____Apr. 4_____, 2019, AT 2:00 P.M.
    Proposed Order To Be Submitted By ____/____/____
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

[ ] Signed by Court               [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel          [ ] Court
    [ ] Respondent's counsel      [.] Other _____

NOTES:

_____ No appearances _____

_____

_____

_____

_____

_____ S. Martin Teel, Jr. (sm) _____
S. Martin Teel, Jr. , United States Bankruptcy Judge