**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | |
| **WILLIAM HAYMORE BRAMMER, JR.** | Case No. **16-00642-SMT**<br>Chapter 13<br>Hearing: 04/26/2019 |
| Debtor | |

**MOTION TO DISMISS AND**
**NOTICE OF OPPORTUNITY FOR A HEARING**

  Comes now, NANCY L. SPENCER GRIGSBY, Chapter 13 Trustee herein and states that the Debtor is in material default with respect to the terms of the plan as confirmed by the Court in that the payments by or for the Debtor have not been made as proposed.

  The material default consists of $4,800.00, representing 3.20 plan payments.

  WHEREFORE, the Trustee moves that the subject case be dismissed pursuant to 11 U.S.C. Sec.1307(c).

|  |  |
|---|---|
|  | Respectfully Submitted, |
| Date: March 13, 2019 | **/s/ NANCY L. SPENCER GRIGSBY**<br>NANCY L. SPENCER GRIGSBY<br>CHAPTER 13 TRUSTEE<br>185 ADMIRAL COCHRANE DR.<br>SUITE 240<br>ANNAPOLIS, MD  21401<br>NGRIGSBY@CH13MD.COM |

**NOTICE OF OPPORTUNITY TO OBJECT TO MOTION TO DISMISS**

**UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT 11:00 am  ON 04/26/2019**

**PLEASE TAKE NOTICE THAT WITHIN TWENTY ONE (21) DAYS AFTER THE DATE OF THIS NOTICE** you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

### CERTIFICATE OF SERVICE

      I hereby certify that the Motion to Dismiss and Opportunity for a Hearing was served on **March 13, 2019** electronically to those recipients authorized to receive a Notice of Electronic Filing by the Court, and by first class mail, postage prepaid to:

WILLIAM HAYMORE BRAMMER, JR.
107 7TH ST., SE
WASHINGTON, DC  20003
*Debtor*

CHARLES MAYNARD
200-A MONROE STREET
SUITE 115
ROCKVILLE, MD  20850
*Attorney for Debtor*

    **/s/ NANCY L. SPENCER GRIGSBY**
    NANCY L. SPENCER GRIGSBY
    CHAPTER 13 TRUSTEE

**RECEIPT HISTORY**

| Receipt Date | Receipt Source | Receipt Description | Receipt Amount |
|---|---|---|---|
| 02/10/2017 | NEW COLUMBIA GROUP LLC 105 | ESCROW PAYMENTS | $413.00 |
| 03/16/2017 | NEW COLUMBIA LAW GROUP PL | ESCROW PAYMENTS | $413.00 |
| 06/15/2017 | 4043725000    - | EPAY - Standard Payment | $413.00 |
| 08/15/2017 | 4206399000    - | EPAY - Standard Payment | $413.00 |
| 08/15/2017 | 4206399006Other- | EPAY - Other | $1,652.00 |
| 09/19/2017 | 4295385000    - | EPAY - Standard Payment | $413.00 |
| 10/18/2017 | 4370844000    - | EPAY - Standard Payment | $413.00 |
| 11/20/2017 | 4451691000    - | EPAY - Standard Payment | $413.00 |
| 01/02/2018 | 4560738000    - | EPAY - Standard Payment | $413.00 |
| 02/07/2018 | 4655346000    - | EPAY - Standard Payment | $900.00 |
| 04/02/2018 | 4798222000 | EPAY - Standard Payment | $900.00 |
| 06/01/2018 | 4957757000 | EPAY - Standard Payment | $900.00 |
| 08/13/2018 | 5148292000 | EPAY - Standard Payment | $1,800.00 |
| 08/30/2018 | 5190999000 | EPAY - Standard Payment | $1,800.00 |
| 09/17/2018 | 5238164000 | EPAY - Standard Payment | $900.00 |
| 09/26/2018 | 5259498000 | EPAY - Standard Payment | $900.00 |
| 12/07/2018 | 5454369000 | EPAY - Standard Payment | $900.00 |

**TOTAL RECEIPTS: $13,956.00**