IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In Re:                                    :
                                          :
                                          :
WILLIAM HAYMORE BRAMMER : Case No.:  16-00642 SMT
                                          :
                                          :
    Debtor                           : Chapter 13
                                          :
_____:

### RESPONSE OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

Debtor, William Haymore Brammer, by and through his counsel, Charles M. Maynard, Esquire, opposes the Trustee's Motion to Dismiss and in support of which states the following:

1. That Debtor filed a Chapter 13 Petition with this Court on December 15, 2016 and the petition was confirmed on or about November 16, 2017.

2. That the Debtor objects to the Trustee's Motion to Dismiss in that the outstanding plan payments of $4800.00 is incorrect in that the Debtor made a payment on or about March 13, 2019 for $1000.00 (the same day that the Trustee's Motion was filed with the Court) and plans to make another significant payment in the very near future.

3. That the Debtor contracted a gastrointestinal flu, which sidelined him from work as he is a solo practitioner and that in the interim, his wife also contracted an illness while suffering from postpartum depression and caring for their daughter who has been diagnosed with a form of gastrointestinal reflex (GERD).  The sum total of these events has had a very debilitating impact on Mr. Brammer pursuing outstanding collection of fees from his clients and steadying his family situation.

4. That to dismiss Debtor's case in light of these circumstances and the immense stress that he is under would be unjust, burdensome and prejudicial to the Debtor who has otherwise

complied with the applicable provisions under the Bankruptcy Code and will cure the outstanding financial deficiency in the very near future.

    **WHEREFORE**, Debtor prays that this Honorable Court:

    A. Deny the Trustee's Motion to Dismiss Debtor's case, and;

    B. Accept the outstanding plan payments as though they were timely made; and

    C. Grant such other and further relief as the nature of this cause requires.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard
LAW OFFICE OF CHARLES M. MAYNARD, LLC
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX
*Attorney for Debtor*

## REQUEST FOR A HEARING

Debtor requests a hearing on the Trustee's Motion to Dismiss.

/s/ Charles M. Maynard
Charles M. Maynard

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Opposition was sent on the 3rd day of April, 2019 to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, #240
Annapolis, MD 21401

William Haymore Brammer
107 7th Street, SE
Washington, DC 20003

/s/ Charles M. Maynard
Charles M. Maynard

4