CASE HEARING SUMMARY
**(This is NOT an ORDER)**

FILED
APR 0 4 2019
Clerk, U.S. District and
Bankruptcy Courts

Date: 04/04/2019  Time: 02:00

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[115] Affidavit Re: *Notice of Default on Consent Order Modifying Automatic Stay* Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1. (Re: Related Document(s) #:57 Consent Order.)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

[124] Motion for Relief from Stay regarding 107 7th Street SE, Washington, DC 20003. Fee Amount $181, Filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 (Attachments: # 1 Debt # 2 Notice of Motion # 3 Note # 4 Recorded Deed of Trust # 5 Tax Bill)

**MOVANT** : Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 BY M Meyer;

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DE# _____ _____    DE# _____ _____

DISPOSITIONS:
    Granted____    Sustained____    Denied____
    Overruled____  Withdrawn____    Under Adv.____
    Moot_____   Consent_____    Dismissed____
    Continued to: _____20____, AT ____:____ ____.M.
    Proposed Order To Be Submitted By   4/18/19
    By [ ]Court  [ ]Movant  [ ]Opposing Party  [ ]Trustee  [X]Jointly

DECISION:

[ ] Signed by Court          [ ] Filed by Counsel
[ ] To be prepared by:
    [ ] Movant's counsel      [ ] Court
    [ ] Respondent's counsel  [ ] Other _____

NOTES:  *No appearances*

_____
S. Martin Teel, Jr. , United States Bankruptcy Judge