**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia**

| | |
|---|---|
| IN RE:<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br><br><br>    Respondents | Motion No. |

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

## **CONSENT ORDER MODIFYING AUTOMATIC STAY**

Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia

Page 1

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Square 0870 Lot 0104" also known as 107 7th Street, SE, Washington, DC 20003 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $17,617.79 (said payment represents the 2017 and 2018 real property taxes advanced by the Movant) by May 15, 2019; and

2. Continue to timely pay all real property taxes and hazard insurance; and

3. All payments to the Movant should be made to:

   FCI Lender Services
   P. O. Box 27370
   Anaheim Hills, CA 92809-0112

To the extent the Debtor defaults in making the payment specified in paragraph 1 the Movant shall be immediately free to proceed with foreclosure of its security instrument without further notice or order.  If the debtor defaults upon the requirements of paragraph 2 then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure the default and shall file an Affidavit of Default with the Court.  Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings.  If after ten (10) days from the mailing of the notice, the default is not cured, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

AGREED AND CONSENTED TO:

| /s/ Mark D. Meyer, Esq. | /s/ Charles Maynard |
|---|---|
| Mark D. Meyer, Esq. | Charles Maynard |
| Attorney for Movant | Attorney for Debtor |

cc:
Mark D. Meyer, Esq., Esquire
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

Nancy Spencer Grigsby
Trustee
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD 21401

Charles Maynard, Esquire
Law Offices of Charles M. Maynard, LLC
401 East Jefferson Street  Suite 208 , Rockville MD

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

    I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

                                              /s/ Mark D. Meyer, Esq.
                                              Mark D. Meyer, Esq.

**End of Order**