**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia**

| | |
|---|---|
| IN RE<br><br>WILLIAM H. BRAMMER, JR.<br><br>    Debtor(s) | Case No. 16-00642-SMT<br>Chapter 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1<br>2999 Westminster Avenue, Suit 265<br>Seal Beach, CA 90740<br><br>    Movant<br>v.<br><br>WILLIAM H. BRAMMER, JR.<br>107 7th Street, SE<br>Washington, DC 20003<br><br>    Respondents | Motion No. |

### **NOTICE OF CURE OF NOTICE OF DEFAULT**

Dear Clerk:

   The Notice of Default regarding the Consent Order Modifying the Automatic Stay filed by Wilmington Savings Fund Society, FSB, D/B/A Christiana Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1 on January 4, 2019 has been cured.

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER
DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 59218

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of April, 2019, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Notice of Cure of Notice of Default will be served electronically by the Court's CM/ECF system on the following:

Charles Maynard, Esq.
Nancy Spencer Grigsby, Trustee

I hereby further certify that on the 9th day of April, 2019, a copy of the Notice of Cure of Notice of Default was also mailed first class mail, postage prepaid to:

William H. Brammer, Jr.
107 7th Street, SE
Washington, DC 20003

Respectfully Submitted,

/s/ Mark D. Meyer, Esq._____
Mark D. Meyer, Esq.
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000

MARK MEYER

DC BAR 475552
MD BAR 15070
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000

FILE NUMBER: 59218