The order below is hereby signed.

Signed: April 12 2019



_____
S. Martin Teel, Jr.
United States Bankruptcy Judge

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
District of Columbia**

| IN RE: <br><br> WILLIAM H. BRAMMER, JR. <br><br>   Debtor | Case No. 16-00642-SMT <br> Chapter 13 |
|---|---|
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE OF THE RESIDENTIAL CREDIT OPPORTUNITIES TRUST SERIES 2015-1 <br><br>   Movant <br> v. <br><br> WILLIAM H. BRAMMER, JR. <br> 107 7th Street, SE <br> Washington, DC 20003 <br><br><br>   Respondents | Motion No. |
| **CONSENT ORDER MODIFYING AUTOMATIC STAY** ||

    Upon consideration of the Movant's Motion Seeking Relief from the Automatic Stay, the parties having reached an agreement, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Columbia

Page 1

ORDERED that the Automatic Stay be, and it is hereby, modified pursuant to 11 U.S.C. Sections 362(d), to permit Movant to commence foreclosure proceeding against the real property and improvements with a legal description of "Square 0870 Lot 0104" also known as 107 7th Street, SE, Washington, DC 20003 and to allow the successful purchaser to obtain possession of same; and be it further

ORDERED that the above Order be and it is hereby, stayed provided that the Debtor:

1. Make a payment to the Movant of $17,617.79 (said payment represents the 2017 and 2018 real property taxes advanced by the Movant) by May 15, 2019; and

2. Continue to timely pay all real property taxes and hazard insurance; and

3. All payments to the Movant should be made to:

   FCI Lender Services
   P. O. Box 27370
   Anaheim Hills, CA 92809-0112

To the extent the Debtor defaults in making the payment specified in paragraph 1 the Movant shall be immediately free to proceed with foreclosure of its security instrument without further notice or order. If the debtor defaults upon the requirements of paragraph 2 then the Movant shall mail notice to the Debtor allowing an additional ten (10) days from the mailing of the notice to cure the default and shall file an Affidavit of Default with the Court. Attorney fees for filing each Affidavit of Default may be $100.00 with additional charges for objections and/or hearings. If after ten (10) days from the mailing of the notice, the default is not cured, Movant or its attorney shall be free to commence a foreclosure proceeding on the real property and improvements described above, without further order of court

Upon the filing of the third such affidavit, the Automatic Stay shall immediately terminate; and be it further

ORDERED that the fourteen (14) day stay of Rule 4001(a)(3) be, and it is hereby, waived and the terms of this Order are immediately enforceable; and be it further

ORDERED that the Automatic Stay of 11 U.S.C. Section 362 be, and it hereby, shall not be reimposed as to the Debtor's interest, by the conversion of this case to a case under any other chapter of the Bankruptcy Code.

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

AGREED AND CONSENTED TO:

/s/ Mark D. Meyer, Esq.  
Mark D. Meyer, Esq.  
Attorney for Movant

/s/ Charles Maynard  
Charles Maynard  
Attorney for Debtor

cc:  
Mark D. Meyer, Esq., Esquire  
Rosenberg & Associates, LLC  
4340 East West Highway, Suite 600  
Bethesda, MD 20814

Nancy Spencer Grigsby  
Trustee  
185 Admiral Cochrane Drive, Suite 240  
Annapolis, MD 21401

Charles Maynard, Esquire  
Law Offices of Charles M. Maynard, LLC  
401 East Jefferson Street  Suite 208 , Rockville MD

William H. Brammer, Jr.  
107 7th Street, SE  
Washington, DC 20003

Rosenberg &
Associates, LLC
4340 East West
Highway, Suite 600
Bethesda, MD 20814

File Number: 59218

I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

/s/ Mark D. Meyer, Esq.  
Mark D. Meyer, Esq.

**End of Order**

Page 3

```
                          United States Bankruptcy Court
                               District of Columbia
In re:                                                       Case No. 16-00642-SMT
William Haymore Brammer, Jr.                                 Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0090-1          User: admin              Page 1 of 1            Date Rcvd: Apr 12, 2019
                              Form ID: pdf001          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2019.
db        +William Haymore Brammer, Jr.,   107 7th St., SE,   Washington, DC 20003-1213

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2019              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2019 at the address(es) listed below:
    Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
    Joycelyn S. Peyton    on behalf of Creditor   United States Of America joycelyn.s.peyton@usdoj.gov,
     Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
    Mark Meyer    on behalf of Creditor   Wilmington Savings Fund Society, FSB, D/B/A Christiana
     Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
     bk@rosenberg-assoc.com
    Nancy Spencer Grigsby    on behalf of Trustee Nancy Spencer Grigsby grigsbyecf@ch13md.com
    Nancy Spencer Grigsby     grigsbyecf@ch13md.com
    Rebecca  Herr    on behalf of Trustee Nancy Spencer Grigsby bherr@ch13md.com
    U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                      TOTAL: 7