**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE
WILLIAM HAYMORE BRAMMER, JR.   : Chapter 13 Case No. 16-00642 SMT
  Debtor

**PRAECIPE RESETTING HEARING ON TRUSTEE'S MOTION TO DISMISS**

The Clerk of the Court will please note that the hearing on the Trustee's pending Motion to Dismiss has been **reset** to **11:00 a.m. on July 12, 2019.**

        /s/ Nancy Spencer Grigsby
        Nancy Spencer Grigsby
        Chapter 13 Trustee
        185 Admiral Cochrane Drive #240
        Annapolis, MD  21401

**Certificate of Service**

I hereby certify that on April 25, 2019, a copy of the foregoing Trustee's Praecipe, was served on the debtor's attorney electronically via the CM/ECF system and a copy was mailed, postage prepaid, to the remaining entities:

William Haymore Brammer, Jr.
107 7th Street SE
Washington, DC  20003

Charles Maynard
200-A Monroe Street #115
Rockville, MD  20850

        /s/ Nancy Spencer Grigsby
        Nancy Spencer Grigsby