NTCHRG (02/03)



United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354–3280
www.dcb.uscourts.gov

**In Re**  
William Haymore Brammer, Jr.  
**Debtor**

**Case No.** 16–00642–SMT

**Chapter** 13

## NOTICE OF HEARING

====================

NOTICE IS HEREBY GIVEN that a hearing will be held before the Honorable S. Martin Teel, Jr., United States Bankruptcy Judge for the District of Columbia, in the above–referenced case on the following date and time:

DATE:  7/26/2019

TIME:  11:00 AM

LOCATION:  Courtroom 1, United States Courthouse, 333 Constitution Ave NW, Washington, DC 20001

The following matter(s) will be considered and acted upon at the time:

At the request of the Court, the hearing scheduled for 7/12/19 is continued to July 26, 2019 at 11:00 AM.

Dated:  6/14/19

For the Court:  
Angela D. Caesar  
BY:  am