CASE HEARING SUMMARY
**(This is NOT an ORDER)**

Date: 07/26/2019  Time: 11:00

FILED
JUL 26 2019
Clerk, U.S. District and Bankruptcy Courts

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Nancy Spencer Grigsby and Rebecca Herr representing Nancy Spencer Grigsby (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[134] Motion to Dismiss Case for Failure to Make Plan Payments Filed by Nancy Spencer Grigsby (Attachments: # 1 Proposed Order)

**MOVANT** : Nancy Grigsby BY R Herr; N Grigsby;

DE# 137 response         DE# ___

DE# ___                  DE# ___

DE# ___                  DE# ___

DE# ___                  DE# ___

DISPOSITIONS:
    Granted____  Sustained_✓_  Denied____
    Overruled___  Withdrawn_✗_  Under Adv.___
    Moot____     Consent____   Dismissed____
    Continued to: _____, 20___, AT ___:___ ___.M.
    Proposed Order To Be Submitted By ___/___/___
    By [ ]Court [ ]Movant [ ]Opposing Party [✗]Trustee [ ]Jointly

DECISION:

[ ] Signed by Court           [ ] Filed by Counsel
[ ] To be prepared by:
      [ ] Movant's counsel    [ ] Court
      [ ] Respondent's counsel [ ] Other _____

NOTES:
_No appearances_

S. Martin Teel, Jr.
S. Martin Teel, Jr. , United States Bankruptcy Judge