### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | * |
| | Case No.: 16-00642-SMT |
| WILLIAM HAYMORE BRAMMER, JR., | * |
| | Chapter 13 |
| Debtor. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION OF DISMISSAL OF TRUSTEE'S MOTION TO DISMISS

Nancy Spencer Grigsby, Chapter 13 Trustee, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, together with Charles M. Maynard, Debtor's Counsel, hereby stipulate to the dismissal of the *Trustee's Motion to Dismiss* (Dkt. 134) without prejudice.

Date: July 29, 2019

Respectfully submitted,

Nancy Spencer Grigsby
Chapter 13 Trustee

By Counsel:
/s/ Rebecca A. Herr
Rebecca A. Herr #MD0032
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
Tel. 301-805-4700
E-mail: bherr@ch13md.com
ngrigsby@ch13md.com

Seen and Agreed:

/s/ **Charles M. Maynard**
**Charles M. Maynard**
Debtor's Counsel

### CERTIFICATION

I hereby certify that the electronic signatures set forth above with the /s/ designation are true and correct copies of the original and that the undersigned is in possession of the originally signed and executed document.

/s/ Rebecca A. Herr
Rebecca A. Herr

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2019, to the extent that the following persons were not served electronically via the CM/ECF system, I caused a copy of the pleading above referenced to be sent, by First Class U.S. Mail, postage prepaid to:

**William Haymore Brammer, Jr.**
107 7th St., SE
Washington, DC 20003
*Debtor*

**Charles M. Maynard**
401 East Jefferson Street
Suite 208
Rockville, MD 20850
*Debtor's Counsel via CM/ECF*