# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In Re:   William Haymore Brammer, Jr.　　　　　　　　Case No. 16-00642-SMT
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer)

vs.

William Haymore Brammer, Jr., Debtor
Nancy Spencer Grigsby, Trustee
　　　　　　Respondent(s)

## NOTICE OF DEFAULT AND NOTICE OF TERMINATION OF AUTOMATIC STAY

The Debtor has failed to comply with the Consent Order and Stipulation Modifying Automatic Stay entered <u>April 12, 2019</u>, in the following manner:

The Debtor should have paid 2017 and 2018 real property taxes advanced by the Movant in the amount of $17,617.79 on or before <u>May 15, 2019</u>. The debtor has failed to make that payment. The amount necessary to cure the default is therefore $17,717.79, which includes attorney's fees and costs in the amount of $100.00. **All subsequent payments and late charges that come due after the filing of this notice must be included in the payment to cure the default.**

Under the provisions of the Consent Order, the stay of Section 362 (a) will terminate and the Movant will resume the foreclosure of its Deed of Trust recorded among the land records of District of Columbia, D.C., and which is secured by the property of the Debtors at **107 7th Street, SE,, Washington, D.C. 20003**, unless the default noted is cured within ten (10) days from the date this notice is filed.   The Consent Order applies to proceedings for possession of

19-802524

the property after foreclosure.

Signed and mailed this 5th day of September, 2019.

Respectfully submitted:

*/s/ Dinh Ngo, Esq.    [dn 9/5/19]*
Dinh Ngo, Esq.
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

19-802524

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2019 I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing pleading will be served electronically by the Court's CM/ECF system on the following:

Nancy Spencer Grigsby
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401
grigsbyecf@ch13md.com

Charles M. Maynard
401 East Jefferson Street
Suite 208
Rockville, Maryland  20850
CMaynard@MaynardLawGroup.com


I hereby further certify that on the 5th day of September, 2019, a copy of the foregoing pleading was also mailed first class mail, postage prepaid to:


William Haymore Brammer, Jr.
107 7th St., SE
Washington, D.C.  20003
(Via U.S Mail)

                                                               */s/ Dinh Ngo, Esq.*
                                                               Dinh Ngo, Esq.