# EXHIBIT A

**New Columbia LAW GROUP PLLC**

Overcoming Obstacles, Uncovering Opportunities™

May 14, 2019

VIA USPS EXPRESS MAIL

Mark D. Meyer
Rosenberg & Associates LLC
4340 East West Highway, Ste. 600
Bethesda, MD 20814

Re: Partial Cure for Advanced Property Taxes
US Bankruptcy Court for the District of Columbia Case 16-00642 SMT, In Re William H. Brammer, Jr., Loan No. 9900705764, Wilmington Savings Fund Society, FSB D/B/A Christiana Trust as Trustee of Residential, Credit Opportunities Trust Series 2015-1, Mortgage Processor FCI Lender Services

Dear Mr. Meyer:

Please find attached a check in the amount of $4,000 in partial cure of the property taxes advanced by your client. This check is forwarded after discussion with, and on the advice of, my attorney, Charles Maynard.

The hardship conditions as discussed in our last meeting on or around April 4, 2019, have persisted for the ensuing month including additional health related issues that I have encountered as well as my daughters taking needed time away from business. In addition, and presenting more of a challenge, that while invoices to be collected for past work for clients continue to coming in but at a rate not in my control, I had a major client decide to change representation midweek last week, requiring my refund to them of nearly $13,000.00 – a sum I had counted on to effect a full cure to your client.

I am onboarding new clients as well as continuing work for current clients, pushing for their remittances despite the impact on my available time presented by my family's health issues. I do request your client's continued forbearance while I seek collection of the amount remaining. I believe Mr. Maynard will discuss this with you.

If you require any additional information or if you have any questions or concerns regarding this matter, please do not hesitate to contact Mr. Maynard at (301) 294-6003, email cmaynard@maynardlawgroup.com or me at 202.670.1684 or whbrammer@nc-lg.com. Thank you.

Best regards,

*William H. Brammer, Jr.*

William H. Brammer, Jr.

Cc:  Charles Maynard, Esq.

Encl. Check in the amount of $4,000 made payable to FCI Lender Service Inc.
Citibank Certified Check No. 230286100

2



# EXHIBIT B

Prepared by William H. Brammer 9/14/19

Page 1

# New Columbia Law Group PLLC - William Brammer
## Earnings and Collections

### Accounts Receivable

| Client | Amount | Comments |
|---|---:|---|
| Estate of Jeffery Lindsay | $ 10,050.91 | To be paid by Personal Representative upon sale of condo held by the Estate. Sale and closing are imminent accornding to PR Brian Kass of Kass Legal PLLC |
| Israelov | $ 38,244.57 | Prelitigation Demand made. |
| Clearly Agile Inc. | $ 2,725.00 | |
| Charles S. Esu | $ 26,706.31 | Prelitigation Demand made. |
| Michael A Shannon | $ 1,439.00 | |
| DYNC | $ 10,185.00 | |
| Porscia Fashion | $ 1,260.00 | |
| FrameMart Gallery Inc. | $ 650.00 | |
| Toure Immigration | $ 5,211.82 | |
| Toure Bank of America | $ 1,023.75 | |
| Robert King | $ 49,073.00 | Appellate matter DC Court of Appeals |
| KMC Consulting Iternational | $ 1,875.00 | Pursuing collection action against client. |
| Leslie Scott Folks | $ 1,820.00 | Pursuing collection action against client. |
| EMB Partners LLC | $ 1,850.00 | Pursuing collection action against client. |
| The Remedy LLC | $ 875.00 | Establishing a payment plan |
| Curtis Corwin | $ 610.92 | Remainder for represntation in Case 1787 Columbia Road v. Corwin |
| Curtis Corwin | $ 4,858.05 | For legal representation in Corwin v. The Press 1787 Inc. |
| Shimon Bellis | $ 795.40 | |
| Mija Coit | $ 3,122.23 | Pursuing court awarded judgement against client. |
| Capitol Energy Group, Inc. | $ 5,694.85 | Pursuing court awarded judgement against client. |
| **Total Invoiced & Owed** | **$ 168,070.81** | |

New Columbia Law Group PLLC