IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

| | |
|---|---|
| William Haymore Brammer, Jr., DEBTOR | CASE NO. 16-00642-SMT |
| | TRIAL DATE: October 24, 2019 |
| Nancy Spencer Grigsby, TRUSTEE | CHAPTER 13 |

NOTICE OF HEARING ON NOTICE OF DEFAULT AND NOTICE OF
TERMINATION OF AUTOMATIC STAY
1034 Cook Drive Southeast, Washington, D.C. 20032

U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer) herein, has filed papers with the court seeking relief from the automatic stay of 11 U.S. C. Sec. 362 (a) to enable it to collect all or any part of a consumer debt from the Debtor and/or from an individual that is liable on the debt with the Debtor or has guaranteed the debt.  Your rights may be affected.  You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case.  (If you do not have a lawyer, you may wish to consult one.)

The hearing is scheduled for **October 24, 2019 at 10:30 a.m.** before the United States Bankruptcy Judge for the District of Columbia, in Courtroom No. 1, 2nd Floor, 333 Constitution Avenue, NW, Washington, DC 20001.

DATE: October 1, 2019   /s/ Dinh Ngo, Esq.   [dn 10/1/19]
Dinh Ngo, Esq
Attorney for Movant
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, #800
Laurel, MD  20707
301-490-1196
bankruptcyva@mwc-law.com

19-802524

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice of Continued Hearing on Motion for Relief from Stay was mailed, first class, postage prepaid, on October 1, 2019, to William Haymore Brammer, Jr., at 107 7th St., SE, Washington, D.C.  20003, Charles M. Maynard, Attorney for Debtor at 401 East Jefferson Street, Suite 208, Rockville, Maryland  20850 and Nancy Spencer Grigsby, trustee at 185 Admiral Cochrane Dr., suite 240, Annapolis, Maryland  21401.

                                                            */s/ Dinh Ngo, Esq.*
                                                            Dinh Ngo, Esq

19-802524