CASE HEARING SUMMARY
(This is NOT an ORDER)

Date: 10/24/2019  Time: 10:30

**FILED**
OCT 24 2019
Clerk, U.S. District and
Bankruptcy Courts

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)
Rebecca Herr (Trustee)
(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[149] Notice *of Default* Filed by Dinh Ngo on behalf of U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer). (Re: Related Document(s) #:141 Consent Order.)

**MOVANT** : U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer) BY D Ngo;

DE# 141 Consent order        DE# ___ _____
DE# 150 opposition           DE# ___ _____
DE# ___ _____        DE# ___ _____
DE# ___ _____        DE# ___ _____

DISPOSITIONS:
       Granted____    Sustained____    Denied____
       Overruled____  Withdrawn____    Under Adv.____
       Moot____       Consent____      Dismissed____
       Continued to: _____, 20___, AT ___:___ ___.M.
       Proposed Order To Be Submitted By ___/___/___
       By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

   [ ] Signed by Court           [ ] Filed by Counsel
   [ ] To be prepared by:
       [ ] Movant's counsel      [ ] Court
       [ ] Respondent's counsel  [ ] Other _____

NOTES:

Bring consent order current by 11/30/2019 (pay add'l $13,617.79 to cure funds r/e taxes ad bring all postpet. pp. current) If does that, N of D will be deemed no longer in effect as of full cure occurring, not only as of that date of full cure. No relief from N of Default if does not cure by 11/30/2019

S. Martin Teel, Jr., United States Bankruptcy Judge