# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**WILLIAM HAYMORE BRAMMER, JR.**

                Debtor

Case No. **16-00642-SMT**
Chapter 13

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    WILLIAM HAYMORE BRAMMER, JR.
       107 7TH ST., SE
       WASHINGTON, DC  20003
       *Debtor*

       CHARLES MAYNARD
       200-A MONROE STREET
       SUITE 115
       ROCKVILLE, MD  20850
       *Attorney for Debtor*

REBECCA A. HERR
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest