# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In Re:  :
:
:
WILLIAM HAYMORE BRAMMER: Case No.:  16-00642 SMT
:
:
    Debtor    : Chapter 13
:
_____ :

## RESPONSE OPPOSITION TO TRUSTEE'S MOTION TO DISMISS

    Debtor, William Haymore Brammer, by and through his counsel, Charles M. Maynard, Esquire, opposes the Trustee's Motion to Dismiss and in support of which states the following:

    1. That Debtor filed a Chapter 13 Petition with this Court on December 15, 2016 and the petition was confirmed on or about November 16, 2017.

    2. That the Debtor objects to the Trustee's Motion to Dismiss in that he has already made a payment of $2500.00 towards the outstanding plan payments ($4500.00) and the remainder will be cured in the very near future. Debtor has simultaneously just recently partially cured a notice of default of $8,000.00 with the mortgage lender and is awaiting outstanding payments due to him by his clients to satisfy the reminder due to the Trustee and the mortgage lender.

    3. That to dismiss Debtor's case in light of these circumstances and the immense stress that he is under would be unjust, burdensome and prejudicial to the Debtor who has otherwise complied, although not timely, with the applicable provisions under the Bankruptcy Code.

    **WHEREFORE**, Debtor prays that this Honorable Court:

    A. Deny the Trustee's Motion to Dismiss Debtor's case, and;

    B. Accept the outstanding plan payments as though they were timely made; and

C. Grant such other and further relief as the nature of this cause requires.

Respectfully Submitted,

/s/ Charles M. Maynard
Charles M. Maynard
LAW OFFICE OF CHARLES M. MAYNARD, LLC
200-A Monroe Street, Suite #115
Rockville, MD 20850
(301) 294-6003
(301) 294-6004 FAX

*Attorney for Debtor*

## REQUEST FOR A HEARING

Debtor requests a hearing on the Trustee's Motion to Dismiss.

/s/ Charles M. Maynard
Charles M. Maynard

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that a copy of the foregoing Opposition was sent on the 30th day of November, 2019 to:

Nancy Spencer Grigsby
Chapter 13 Trustee
185 Admiral Cochrane Drive, #240
Annapolis, MD 21401

William Haymore Brammer
107 7th Street, SE
Washington, DC 20003

/s/ Charles M. Maynard
Charles M. Maynard