# EXHIBIT 1



**Print a copy**

ATM/Debit Card:          As of 10-21-
XXXX-XXXX-             2019 15:38 EDT
XXXX-5883

# Check Details

| Account | Check # | Post Date | Amount |
|---------|---------|-----------|--------|
| Business Checking - 4819 | 1187 | 2019-10-17 | $ 4653.80 |





**Security Tip:** Check Image files may be automatically saved on the hard drive of this computer. If other people use this computer you should delete these files so that no one will have access to your check images and account information.

Learn More

# EXHIBIT 2

Prepared by William H. Brammer 11/29/19

New Columbia Law Group PLLC

Page 1

## New Columbia Law Group PLLC - William Brammer
### Earnings and Collections

### Current Accounts Receivable

| Client | Amount | Comments |
|---|---|---|
| Israelov | $ 38,244.57 | Demand made. |
| Clearly Agile Inc. | $ 900.00 | Invoiced |
| Charles S. Esu | $ 26,706.31 | Demand made. |
| Michael A Shannon | $ 2,665.00 | Invoiced |
| DYNC | $ 12,735.00 | Invoiced |
| Porscia Fashion | $ 7,181.45 | Invoiced |
| FrameMart Gallery Inc. | $ 785.00 | Invoiced |
| Toure Immigration | $ 4,711.82 | Invoiced |
| Toure Bank of America | $ 1,023.75 | Invoiced |
| Robert King | $ 61,273.00 | invoiced |
| EMB Partners LLC | $ 1,850.00 | Invoiced. Negotiating payment plan. |
| The Remedy LLC | $ 875.00 | Establishing a payment plan |
| Curtis Corwin | $ 610.92 | Remainder for representation in Case 1787 Columbia Road v. Corwin. Establishing Payment Plan |
| Curtis Corwin | $ 4,858.05 | For legal representation in Corwin v. The Press 1787 Inc. Establishing Payment Plan |
| Shimon Bellis | $ 595.40 | Payment Plan |
| **Total Current Invoiced & Owed** | **$ 165,015.27** | |

### Collection Actions and Judgments Awarded

| Client | Amount | Comments |
|---|---|---|
| KMC Consulting Itenational | $ 1,875.00 | Pursuing collection action against client. |
| Leslie Scott Folks | $ 1,820.00 | Pursuing collection action against client. |
| Mijia Coit | $ 3,122.23 | Pursuing court awarded judgement against client. |
| Capitol Energy Group, Inc. | $ 5,694.85 | Pursuing court awarded judgement against client. |
| **Total Collection or Judgement** | **$ 12,512.08** | |

| | | |
|---|---|---|
| **Total Invoiced & Owed with Collection & Judgment** | **$ 177,527.35** | |

# EXHIBIT 3



ATM/Debit Card: XXXX-XXXX-XXXX-5883

As of 11-27-2019 15:01 EDT

# Check Details

| Account | Check # | Post Date | Amount |
|---|---|---|---|
| Business Checking - 4819 | 1193 | 2019-11-26 | $ 4653.80 |



# EXHIBIT 4

William H. Brammer, Jr.
107 7th Street SE
Washington, DC 20003

November 27, 2019

SN Servicing Corporation
323 5th Street
Eureka, CA 95501

Re:    New Loan No. 0000293188, Old Loan No. 9900705764

Dear Sir or Madam:

Please see enclosed payment to be applied as an additional partial cure to the property taxes advanced.
The amount of $17, 087.37 was advanced with regards to property taxes paid by the lender.  A partial
cure of $4,000 was made on May 14, 2019, leaving a total owed of $13,087.37.  Enclosed is an additional
partial cure of $8,000.00 leaving a balance of $5,087.37.  This is to be applied to New Loan No.
0000293188.

Regards,

William H. Brammer, Jr.
(202) 841-3859
whbrammerjr@gmail.com

cc:    File
       Charles M. Maynard, Esq.

Encl:  Citibank check no. 1202 in the amount of $8,000.00

New Columbia Law Group PLLC
107 7th Street SE
Washington, DC 20003

1202

15-7011/2540

DATE November 27, 2019

PAY TO THE ORDER OF _SN Servicing Corporation_ $ 8,000.

_Eight thousand_ DOLLARS

CitiBank NA BR # 913
600 Pennsylvania Avenue SE
Washington, DC 20003

FOR _Loan No. 0000293188_ Stephanie Rice

⑈001202⑈ ⑆254070116⑆ ⑈1556 4819⑈



```
===========================================
               SOUTHEAST
     600 PENNSYLVANIA AVE SE FRNT 2
          WASHINGTON, DC 20003-9998
                104974-0270
               (800)275-8777
             11/27/2019 04:20 PM
===========================================
===========================================
-------------------------------------------
Product          Qty    Unit      Price
                        Price
-------------------------------------------
PM Exp 2-Day      1    $25.50    $25.50
Flat Rate Env
    (Domestic)
    (EUREKA, CA  95501)
    (Flat Rate)
    (Signature Requested)
    (Scheduled Delivery Day)
    (Friday 11/29/2019 03:00 PM)
    (Money Back Guarantee)
    (USPS Tracking #)
    (EJ172635536US)
PM Exp Insurance              $0.00
    (Up to $100.00 included)
-------------------------------------------
Total:                       $25.50
-------------------------------------------


-------------------------------------------
Debit Card Remit'd           $25.50
    (Card Name:MasterCard)
    (Account #:XXXXXXXXXXXX5883)
    (Approval #)
    (Transaction #:609)
    (Receipt #:034801)
    (Debit Card Purchase:$25.50)
    (Cash Back:$0.00)
    (AID:A0000000042203      Chip)
    (AL:Citibank Card)
    (PIN:Verified    Citibank Card)
-------------------------------------------

Includes up to $100 insurance

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
```

# Make A Payment

1. Accept Terms & Conditions | 2. Confirm Payment Details | **3. Payment Completed**

## Payment Complete - Confirmation

Your payment has now been submitted. Please print this page for your records.

***On the 02 Dec 2019, $ 2,502.00 will be debited from your account.***

| | |
|---|---|
| Confirmation Number: | 6363303 |
| Payer Name: | William Brammer |
| Payer Email Address: | whbrammerjr@gmail.com |
| | |
| Online Payment ID: | 16006427305 |
| Chapter 13 Trustee: | Rebecca A. Herr |
| | |
| Payment Type: | Single Payment |
| Payment Entered Date: | 27 Nov 2019 |
| Payment Date: | 28 Nov 2019 |
| Payment Effective Date: | 02 Dec 2019 |
| | |
| Payment Amount: | $ 2,500.00 |
| Bank Processing Fee: | $ 2.00 |
| **Total Amount:** | **$ 2,502.00** |

*Please note, this payment will show as two separate debits to your banking account in the amounts of $ 2,500.00 and $ 2.00*

 Close Window    Print