# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | * | Case No. 16-00642 SMT |
| | * | |
| William Haymore Brammer | * | |
| | * | Chapter 13 |
| | * | |
| Debtor | * | |

*************************************************************************

## ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR EXTENSION OF TIME TO CURE AND TO CONTINUE AND OR MAINTAIN THE AUTOMATIC STAY

Upon consideration of Debtor's Emergency Motion for Extension of Time to Cure and to Continue and or Maintain the Automatic Stay and good cause having been shown for granting the same,

**IT IS HEREBY ORDERED,** that the Motion for Extension of Time to Cure and to Continue and or Maintain the Automatic Stay be and the same hereby is GRANTED.

Copies of this Order sent to:

Nancy Spencer Grigsby
185 Admiral Cochrane Drive
Ste. 240
Annapolis, MD 21401
T: (301) 805-4700
F: (301) 805-9577
*Chapter 13 Trustee*

Dinh Ngo, Esq.
Bar No. VA055
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800

1


Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com
*Counsel for Movant Creditor U.S. National Bank*


Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Ste. 600
Bethesda, MD 20814
*Counsel for Creditor Wilmington Savings Trust*


**End of Order**


Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com
*Counsel for Movant Creditor U.S. National Bank*


Mark D. Meyer, Esq.
Rosenberg and Associates, LLC
4340 East West Highway, Ste. 600
Bethesda, MD 20814
*Counsel for Creditor Wilmington Savings Trust*


**End of Order**

3