# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In Re:   William Haymore Brammer, Jr.          Case No. 16-00642-SMT
                                                Chapter 13

**********************************
U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer)
vs.

William Haymore Brammer, Jr., Debtor
Rebecca Herr, Trustee
                    Respondent(s)

## RESPONSE TO DEBTORS EMERGENCY MOTION TO EXTEND TIME

The Debtor has failed to comply with the requirements set forth at the hearing on October 24, 2019, by failing to become current on the taxes and monthly payments. On October 24, 2019 this Court gave Debtor until November 30, 2019 to be current in their payments and taxes. Creditor opposes any extension of time and prays this court enter the Order it specified on October 24, 2019.

Signed and mailed this 11th day of December, 2019.

Respectfully submitted:

/s/ Kevin Feig   (kf)
Kevin Feig, Esq.
Attorney for Movant
Bar No. 460479
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Suite 800
Laurel, MD 20707
301-490-1196
bankruptcyva@mwc-law.com

19-802524

## CERTIFICATE OF SERVICE

I hereby further certify that on the 11th day of December, 2019, a copy of the foregoing pleading was mailed first class mail, postage prepaid to:

Rebecca A. Herr
185 Admiral Cochrane Dr.
Suite 240
Annapolis, Maryland  21401
ecf@ch13md.com

Charles M. Maynard
401 East Jefferson Street
Suite 208
Rockville, Maryland  20850
CMaynard@MaynardLawGroup.com

William Haymore Brammer, Jr.
107 7th St., SE
Washington, D.C.  20003
(Via U.S Mail)

>  /s/ Kevin Feig_____
>  Kevin Feig, Esq.

19-802524