CASE HEARING SUMMARY
(This is NOT an ORDER)

**FILED**
**DEC 1 3 2019**
Clerk, U.S. District and
Bankruptcy Courts

Date: 12/13/2019  Time: 11:00

**CASE: 16-00642-SMT William Haymore Brammer, Jr. : CHAPTER 13**

Charles M. Maynard representing William Haymore Brammer Jr. (Debtor)

Rebecca Herr (Trustee)

(no aty) representing U. S. Trustee for Region Four (U.S. Trustee)

[154] Motion to Dismiss Case for Failure to Make Plan Payments Filed by Rebecca Herr (Attachments: # 1 Proposed Order)

**MOVANT** : Rebecca Herr (no aty)

DE# 90 confirmation order          DE# ____
DE# 157 opposition                 DE# ____
DE# ____                           DE# ____
DE# ____                           DE# ____

DISPOSITIONS:
    Granted____   Sustained____   Denied____
    Overruled____ Withdrawn____   Under Adv.____
    Moot____      Consent____     Dismissed____
    Continued to: __1/7__, 2020, AT 9:30 A.M.
    Proposed Order To Be Submitted By ___/___/___
    By [ ]Court [ ]Movant [ ]Opposing Party [ ]Trustee [ ]Jointly

DECISION:

    [ ] Signed by Court          [ ] Filed by Counsel
    [ ] To be prepared by:
        [ ] Movant's counsel     [ ] Court
        [ ] Respondent's counsel [ ] Other ____

NOTES:  No appearances

_S. Martin Teel, Jr._ (SMT)
S. Martin Teel, Jr., United States Bankruptcy Judge