#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| In Re: | : | |
| WILLIAM H. BRAMMER | : | Case No.:  16-00642 SMT |
|  | : | Chapter 13 |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### LINE REQUESTING WITHDRAWAL OF DOCUMENT

TO THE CLERK,

Please withdraw the Debtor's Response Opposition to Trustee's Motion to Dismiss filed on November 30, 2019 and entered as Document #157 in the above captioned case.

Thank you!

Date: January 16, 2020

/s/ Charles M. Maynard
Charles M. Maynard
200-A Monroe Street, Suite #115
Rockville, MD  20850
301-294-6003
301-294-6004 FAX

*Debtor's Counsel*