The order below is hereby signed.

Signed: January 17 2020



_S. Martin Teel, Jr._
_United States Bankruptcy Judge_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**WILLIAM HAYMORE BRAMMER, JR.**

          Debtor

Case No. **16-00642-SMT**
Chapter 13

### ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:    WILLIAM HAYMORE BRAMMER, JR.
        107 7TH ST., SE
        WASHINGTON, DC  20003
        _Debtor_

        CHARLES MAYNARD
        200-A MONROE STREET
        SUITE 115
        ROCKVILLE, MD  20850
        _Attorney for Debtor_

REBECCA A. HERR
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest