The order below is hereby signed.

Signed: January 17 2020



S. Martin Teel, Jr.
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

IN RE:
**WILLIAM HAYMORE BRAMMER, JR.**

Case No. **16-00642-SMT**
Chapter 13

Debtor

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Motion to Dismiss Case, and any responses thereto, and after any hearing thereon, good cause appearing therein, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the above-referenced Chapter 13 case is dismissed, in accordance with 11 U.S.C. §1307(c); and ALL PARTIES ARE HEREBY NOTIFIED that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:   WILLIAM HAYMORE BRAMMER, JR.
      107 7TH ST., SE
      WASHINGTON, DC  20003
      *Debtor*

      CHARLES MAYNARD
      200-A MONROE STREET
      SUITE 115
      ROCKVILLE, MD  20850
      *Attorney for Debtor*

REBECCA A. HERR
*Chapter 13 Trustee*
*185 ADMIRAL COCHRANE DR.*
*SUITE 240*
*ANNAPOLIS, MD  21401*

All Creditors and Parties of Interest

United States Bankruptcy Court
District of Columbia

In re:  
William Haymore Brammer, Jr.  
     Debtor

Case No. 16-00642-SMT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1          User: admin              Page 1 of 2              Date Rcvd: Jan 17, 2020
                             Form ID: pdf001          Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
```
db            +William Haymore Brammer, Jr.,    107 7th St., SE,    Washington, DC 20003-1213
aty           +Charles M. Maynard,    LAW OFFICE OF CHARLES M. MAYNARD, LLC,    200-A Monroe Street, Suite #115,
                Rockville, MD 20850-4424
smg            Child Support Services Division,    Office of the Attorney General,
                Judiciary Square 441 4th Street, NW,    5th Floor,    Washington, DC  20001
smg           +District Unemployment Compensation Board,    4058 Minnesota Ave., NE,    4th Floor,
                Washington, DC 20019-3540
smg           +Office of Attorney General,    Tax, Bankruptcy, and Finance,    One Judiciary Square,
                441 4th Street, NW,    6th Floor,    Washington, DC 20001-2714
smg            Secretary of the Treasury,    15th and Pennsylvania Aveneu, NW,    Washington, DC  20220-0001
smg            U.S. Attorney's Office,    Civil Division - Judiciary Ct. Building,    555 4th St., N.W.,
                4th Floor,    Washington, DC  20001-2733
cr            +United States Of America,    Department of Justice, Tax Division,
                P.O. Box 227, Ben Franklin Station,    Washington, DC 20044-0227
693482        +Charles M. Maynard, Esq.,    200-A Monroe Street,    Suite #115,    Rockville, MD 20850-4424
694813        +DC Gov't Office of Tax and Revenue,    P.O. Box 37559,    Washington DC 20013-7559
695838        +FCI Lender Services, Inc.,    P.O. Box 27370,    Anaheim CA 92809-0112
692386        +Mark D. Meyer, Esq.,    Rosenberg & Associates, LLC,    4340 East West Highway, Suite 600,
                Bethesda, MD 20814-4411
732599        +U.S. Bank Trust National Association,    SN Servicing,    323 5th Street,    Eureka CA 95501-0305
698226         U.S. Department of Education-National,    Payment Center,    PO Box 105028,
                Atlanta GA 30348-5028
698222         US Department of Education,    P O Box 16448,    St Paul, MN 55116-0448
691760        +Wilmington Savings Fund Society,    c/o Rosenberg & Associates LLC,
                8601 Westwood Center Drive Ste.255,    Vienna, VA 22182-2287
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           +E-mail/Text: angela.coleman@dc.gov Jan 18 2020 00:04:36     D.C. Office of Tax and Revenue,
                Bankruptcy Division,    1101 4th Street SW,    Washington, DC 20024-4457
smg            E-mail/Text: cio.bncmail@irs.gov Jan 18 2020 00:04:35      Internal Revenue Service,
                P.O. Box 7346,    Philadelphia, PA  19101-7346
smg            E-mail/Text: atlreorg@sec.gov Jan 18 2020 00:04:37      Securities and Exchange Commission,
                Atlanta Regional Office,    Office of Reorganization,    950 East Paces Ferry Road NE, Ste. 900,
                Atlanta, GA  30326-1382
691761         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 18 2020 00:03:27      Capital One,
                PO Box 30285,    Salt Lake city, UT 84130-0285
696490         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 00:03:27
                PORTFOLIO RECOVERY ASSOCIATES, LLC,    P.O. Box 41067,    Norfolk VA 23541
696221         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 00:28:42
                Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
693998        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 18 2020 00:03:27
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
693669        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 18 2020 00:03:27
                PYOD, LLC its successors and assigns as assignee,    of Roundup Funding L.L.C.,
                Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
696991        +E-mail/Text: bkdepartment@rtresolutions.com Jan 18 2020 00:04:38      Real Time Resolutions, Inc,
                P.O. Box 35888,    Dallas TX 75235-0888
696496         E-mail/Text: bkdepartment@rtresolutions.com Jan 18 2020 00:04:38
                Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
                Dallas, Texas 75247-4029
694169        +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:03:27      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr             U.S. Bank Trust N.A. as Trustee
cr             U.S. Bank Trust National Association as Trustee of
694786         DC Gov't Office of Tax & Revenue PO Box 75520 WDC
smg*           Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA  19101-7346
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
693357*       +Department of Treasury,    Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA 19101-7346
693678*        Internal Revenue Service,    P.O. Box 7317,    Philadelphia PA 19101-7317
cr            ##+Wilmington Savings Fund Society, FSB, D/B/A Christ,    2999 Westminister Avenue,    Suite 265,
                Seal Beach, CA 90740-5379
695795        ##+Wilmington Savings Fund Society, FSB, D/B/A Christ,    2999 Westminster Avenue, Suit 265,
                Seal Beach, CA 90740-5379
                                                                                   TOTALS: 3, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0090-1                  User: admin                    Page 2 of 2                  Date Rcvd: Jan 17, 2020
                                      Form ID: pdf001                Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:

```
          Charles M. Maynard    on behalf of Debtor William Haymore Brammer, Jr. CMaynard@MaynardLawGroup.com
          Dinh  Ngo    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of Bungalow
           Series III Trust, Movant (SN Servicing Corporation, Servicer) dngo@mwc-law.com
          Joycelyn S. Peyton    on behalf of Creditor    United States Of America joycelyn.s.peyton@usdoj.gov,
           Eastern.Taxcivil@usdoj.gov;Robert.D.Metcalfe@usdoj.gov
          Kevin R. Feig    on behalf of Creditor    U.S. Bank Trust National Association as Trustee of
           Bungalow Series III Trust, Movant (SN Servicing Corporation, Servicer) Kevinfeig@aol.com,
           bankruptcyva@mwc-law.com
          Mark  Meyer    on behalf of Creditor    Wilmington Savings Fund Society, FSB, D/B/A Christiana
           Trust as trustee of the Residential Credit Opportunities Trust Series 2015-1
           bk@rosenberg-assoc.com
          Rebecca A. Herr    ecf@ch13md.com
          U. S. Trustee for Region Four    USTPRegion04.DC.ECF@USDOJ.GOV
                                                                                             TOTAL: 7
```